TRINA A. HIGGINS, United States Attorney (7349)
CARL D. LESUEUR, Assistant United States Attorney (16087)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON WAGNER and MICHAEL MAINS, Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** Case No. 2:24-cr-00357-TS Senior Judge Ted Stewart |
|---|---|

Notice is hereby given of the entry of appearance of Travis K. Elder, Assistant United States Attorney, as **co-counsel** for the United States of America in the above captioned matter for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

Carl D. LeSueur (Lead Counsel)   Travis K. Elder (Co-Counsel)
Assistant United States Attorney   Assistant United States Attorney
111 South Main St., Ste. 1800   111 South Main St., Ste. 1800
Salt Lake City, Utah 84111   Salt Lake City, Utah 84111

Dated: November 7, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Travis K. Elder*
TRAVIS K. ELDER
Assistant United States Attorney