RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
SPENCER FANE LLP
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
  *Attorneys for Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>AARON A. WAGNER, and<br>MICHAEL MAINS,<br><br>Defendant. | **NOTICE OF ERRATA OF RULE 16 MOTION FOR DISCOVERY**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart |
|---|---|

On November 1st, 2024, Defendant Aaron A. Wagner, through his attorneys, filed a Rule 16 Motion for Discovery (Dkt. 18). The motion incorrectly referenced the Utah Rules of Evidence instead of the Federal Rules of Evidence.

DATED this 7th day of November 2024.

SPENCER FANE LLP

/s/ Richard A. Van Wagoner
Richard A. Van Wagoner
Nathan A. Crane
 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF ERRATA OF RULE 16 MOTION FOR DISCOVERY** was served upon Plaintiff by submission of the document for electronic filing on November 7, 2024.

>Carl D. Lesueur
>Assistant United States Attorney
>Brent L. Andrus
>Assistant United States Attorney
>111 S. Main Street, Ste. 1800
>Salt Lake City, UT 84111
>801-524-5682
>Carl.lesueur@usdoj.gov
>Brent.Andrus@usdoj.gov
>*Attorney for Plaintiff*

>>*/s/ Megan Neff*
>>Legal Assistant

4812-5308-7597, v. 1