RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
SPENCER FANE LLP
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone:  (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
 *Attorneys for Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>Defendant. | **ORDER GRANTING AMENDED (STIPULATED) MOTION FOR ONE-WEEK EXTENSION TO RESPOND TO GOVERNMENT INTERLOCUTORY MOTION TO SELL REAL PROPERTY, DKT. 93**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart |

Having reviewed Defendant Aaron Wagner's motion for a one-week extension in which to respond to the government's interlocutory motion to sell real property, Dkt. 93, and good cause appearing, the Court grants the motion.  Defendant Wagner's response to the government's interlocutory motion to sell real property is due September 17, 2025.

IT IS SO ORDERED.

DATED this 15th day of September 2025.

BY THE COURT:

_____
Ted Stwart
United States District Court Judge