RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
SPENCER FANE LLP
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone:  (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
  *Attorneys for Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>Defendant. | **AARON WAGNER'S EMERGENCY MOTION FOR PERMISSION TO TRAVEL TO MEET WITH AND SAY GOODBYE TO HIS FATHER**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

On an emergency basis, Defendant Aaron Wagner ("Aaron"), through undersigned counsel, moves the Court for permission to travel to meet with and say goodbye to his father who is not expected to live much longer. His father, Glenn Wagner ("Mr. Wagner"), lives in Magrath, AB, Canada.

On October 23, 2025, Aaron received notice that his father had taken a fall, lay on the floor for two hours unable to get up, but finally was able to crawl to his phone.  Mr. Wagner has end-stage kidney failure, has become increasingly weak, cannot complete

his courses of treatment, has lost significant weight, and is now under full care for most of his needs. His life expectancy is very short. Attached as **Exhibit A** is a letter from Dr. Brad Weston of Southgate Medical Centre, in Lethbridge, Alberta, detailing Mr. Wagner's condition and prognosis.

Aaron is a dual citizen of the United States and Canada. The Clerk of the Court is holding his passports pursuant to the order on conditions of release. Aaron asks for permission to obtain his passports[1] from the Clerk of the Court and travel to meet with and say goodbye to his father before he passes. He intends to stay 4-5 days and then return to the United States. If the Court permits the travel, he will make the travel arrangements and notify his pretrial officer and the United States, through his counsel, of the itinerary, including means and timing of travel, and where he will be staying and upon his return, turn over the passports to the Clerk of the Court.

Counsel for Aaron reached out to the United States Attorney's office and sought its stipulation or non-opposition to this request. The government expressed concern that Aaron has not established sufficient ties to the United States and will not return to the United States. The government also questioned the authenticity of the letter that Mr. Wagner has end-stage kidney failure and is on death's door.

The United States asked for the original communication transmitting the letter from Dr. Weston on suspicion that the letter could be fake. On October 23, 2025, at 2:10 p.m., Aaron received the letter, **Exhibit A**, from Dr. Weston at

---

[1] Aaron does not know if his Canadian passport expired. If so, he would need his U.S. passport.

bradweston10@hotmail.com. Counsel has provided that email to the United States. *See* **Exhibit B**.

As the Court is aware from prior hearings, Aaron came to the United States 25 years ago to attend college at Washington State University. He resided in Pullman, Washington for two years, and then served an ecclesiastical mission in Las Vegas, Nevada for two years. He attended BYU. He married his now estranged wife in 2005, and they have seven young children together. Aaron has been very active in his children's lives and activities. Aaron is currently in a contentious divorce and child custody dispute with his estranged spouse, and they are undergoing a custody evaluation. The divorce/child custody action requires his presence and attention. Aaron became a United States citizen in 2017. He has owned and operated businesses and owned property in Utah and other states. His mother and a sister live in Arizona, and a brother lives in Utah.

As for Aaron's most important ties to the United States, he has seven children: Posie is 6, Brave is 8, Jagger is 10, Tucker is 12, Saylor is 14, Edge is 16, and Saydie is 18. They live in Utah County. Aaron's children are the most important part of his life. He has never missed a parent time visit with his children. He is active in their lives and attends their activities. His oldest daughters are world class golfers who compete in tournaments in Utah and other states. Aaron has attended every tournament in Utah and traveled to California to watch and support Saydie in world championships. Aaron attends his son's basketball tryouts, practices, and games. He recently attended his children's parent teacher conferences at Alpine Elementary. He has volunteered to

chaperone the children on school field trips and at class parties. He would never abandon his children.

In response to Aaron's request to meet with his father before he passes away, the government asked whether Aaron is current on child and spousal support. He is. His divorce/child custody attorney, Thomas Burns, responded to that inquiry as follows:

> Mr. LaSueur:
>
> Attached is the latest statement from ORS concerning Aaron's child support situation. Contrary to the odd child support lien cases, he is and will remain current on all of his child support obligations. Hopefully, that will eliminate the child support issue as an impediment to his request . . . to leave to see his parent.
>
> If I can provide anything else, I am happy to do so, if available to me.

*See* **Exhibit C**.[2]

Aaron also volunteers at the Women's and Children's Center on Thursday evenings, helping prepare and serve dinner for guests. Aaron has volunteered for the Festival of Trees, regularly attends church in Sandy, volunteers at his church as a greeter, and recently attended the men's "Fire and Iron" event where he volunteered as staff to help set up the event.

---

[2] The Office of Recovery Service showed that a payment for June 2025 was owing, even though Aaron had made the payment. Aaron has video evidence of handing the June payment to his estranged wife and a text exchange with her confirming he had made the payment. Counsel has seen and verified the video. ORS refuses to accept video or text proof of payment, and his estranged wife has refused to sign a document confirming that fact with ORS. Aaron made the payment directly to his ex-wife as opposed to going through ORS because she claimed she was in desperate, immediate need of the money. Given his estranged wife's refusal to sign the confirmation of payment with ORS, Aaron made an additional payment to clear the purported debt with ORS. *See* **Exhibit D**.

Aaron is very close with his nieces and nephews who live in Utah and is active in their lives. He babysits for them on a weekly basis and attends one nephew's flag football games and another nephew's hockey games.

The United States asked what Aaron is doing for work. Counsel responded that he is enrolled in an executive program with the Wharton School of Business and is engaged in business consulting on a contract basis.

While Aaron has been on pretrial release, he has traveled with permission to Arizona, Las Vegas, Los Angeles, San Diego, Tampa, and Austin. *See* **Exhibit E**. He has always returned as promised.

Aaron was originally detained on false information his estranged wife provided to the government. She alleged he had fake passports for his children and large quantities of cash in a duffle bag, and that he was planning to flee with his children in a private plane. A search revealed that the referenced duffle bag had no fake passports and no stash of cash for an escape with his children but contained his jiu jitsu equipment. Indeed, during the course of the criminal case, his estranged wife has made repeated false accusations against Aaron and has attempted to leverage the criminal case against him to gain advantages in the divorce case, claiming she has the ear of the prosecutor and the FBI. Counsel for the United States has, of course, assured that this assertion is untrue.

While Aaron cares deeply about spending time with and saying goodbye to his father before his father passes, the entirety of his life and what he cares about most are

in the United States. If the Court grants him permission to visit his father one last time so they can say their goodbyes, Aaron will go and return.

DATED this 24th day of October 2025.

SPENCER FANE LLP

*/s/ Richard A. Van Wagoner*
Richard A. Van Wagoner
Nathan A. Crane
 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AARON WAGNER'S MOTION FOR PERMISSION TO TRAVEL TO MEET WITH AND SAY GOODBYE TO HIS FATHER** was served upon Plaintiff by submission of the document for electronic filing on October 24, 2025.

>Carl D. LeSueur
>Brent L. Andrus
>Assistant United States Attorney
>111 S. Main Street, Ste. 1800
>Salt Lake City, UT 84111
>801-524-5682
>Carl.lesueur@usdoj.gov
>Brent.Andrus@usdoj.gov
>  *Attorney for Plaintiff*

>>*/s/ Megan Neff*
>>Legal Assistant

4812-5308-7597, v. 1