# Exhibit A

Southgate Medical Centre
10-15 Southgate Blvd S
Lethbridge, AB T1K 6S5
PH: 403-942-7790   FAX: 403-942-0651

Thursday, October 23, 2025

Re:   Glenn Wagner
      PO Box 991
      Magrath
      T0K 1J0

To Whom It May Concern:


Additional Notes:
   This note is for Aaron Wagner, Glenn's oldest son.

   Glenn is declining rapidly from his many health concerns. He is on dialysis for kidney failure and is becoming increasingly weak and unable to complete his full courses of treatment. This is end stage disease and his life expectancy is very short. He has lost significant weight and is now full care for nearly al his needs.

   Glenn is 70 yrs old and reside in Magrath Alberta Canada at the above address. I would advise any family that lives abroad to attend to him as soon as possible.

Dr. Brad Weston

# Exhibit B

## Van Wagoner, Rick

| | |
|---|---|
| **From:** | Van Wagoner, Rick |
| **Sent:** | Friday, October 24, 2025 9:18 AM |
| **To:** | LeSueur, Carl (USAUT) |
| **Cc:** | Crane, Nathan |
| **Subject:** | FW: [EXTERNAL] Fwd: letter |
| **Attachments:** | glen letter .pdf |

Carl: this was attached to an email from Dr. Weston to Aaron. We are not waiving attorney-client privilege by providing you this communication between Aaron and us.  Thank you.

**Rick Vanwagoner**  Partner
Spencer Fane Snow Christensen & Martineau

10 Exchange Place, Suite 1100 | Salt Lake City, UT 84111
O 801.322.9168
rvanwagoner@spencerfane.com | spencerfane.com

**From:** Aaron Wagner <aaronwags@gmail.com>
**Sent:** Thursday, October 23, 2025 10:23 PM
**To:** Van Wagoner, Rick <rvanwagoner@spencerfane.com>; Crane, Nathan <Ncrane@spencerfane.com>
**Subject:** [EXTERNAL] Fwd: letter

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Sent from Gmail Mobile

---------- Forwarded message ---------
From: **Brad Weston** <bradweston10@hotmail.com>
Date: Thu, Oct 23, 2025 at 2:10 PM
Subject: letter
To: aaronwags@gmail.com <aaronwags@gmail.com>

1

# Exhibit C

```
09/16/2025    16:59:40                    OFFICE OF RECOVERY SERVICES                            SUMMARY TOTALS
                                                DEBT COMPUTATION                     STARTING ARREARS:           0.00
CASE NUMBER: C001804198       REPORT FOR PERIOD STARTING 01/01/2025 AND ENDING 09/16/2025
                                                                                     SUPPORT AND FEES DUE:  15,747.24
CASE TYPE: IVDS                                                                      INTEREST DUE:               0.00
                                                                                     TOTAL OWED:            15,747.24
OBLIGEE:  CANDACE   WAGNER                                                           TOTAL PAYMENTS:        -5,249.08
OBLIGOR:  AARON     WAGNER                                                           NET ADJUSTMENTS:       -7,873.62
                                                                                     BALANCE:                2,624.54
```

| TRANS DATE | PAYMENT DATE | AMOUNT | TYPE | CURRENT | CURRENT FEES | STATE ACCR | STATE JUDGMNT | STATE INTEREST | NADC ACCR | NADC JUDGMNT | NADC INTEREST | UNPAID FEES | UNAPPLD | REFND | DISBRS | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 0.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/29/2025 |  | 6,450.00 | ARTR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 |
| RETROACTIVE ADJUSTMENT FOR MONTHS 01/2025 THRU 03/2025 |
| 04/29/2025 |  | 2,150.00 | ASPT | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,600.00 |
| 04/29/2025 |  | 1,423.62 | ARTR | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,023.62 |
| RETROACTIVE ADJUSTMENT FOR MONTHS 01/2025 THRU 03/2025 |
| 04/29/2025 |  | 474.54 | ASPT | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 |
| 05/01/2025 |  | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 |
| 05/01/2025 |  | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,648.16 |
| 05/01/2025 |  | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 |
| 06/01/2025 |  | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 |
| 06/01/2025 |  | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,272.70 |
| 06/01/2025 |  | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 |
| 07/01/2025 |  | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 |
| 07/01/2025 |  | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,897.24 |
| 07/01/2025 |  | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 |
| 08/01/2025 |  | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 |
| 08/01/2025 |  | 474.54 | CHRG | 474.54 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,846.32 |
| 08/01/2025 |  | 2,150.00 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,996.32 |
| 08/25/2025 |  | -12,900.00 | AOPD | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 5,471.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,096.32 |
| 08/25/2025 |  | -2,847.24 | AOPD | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 |
| 09/01/2025 |  | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 |
| 09/01/2025 |  | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,399.08 |
| 09/01/2025 |  | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 |
| 09/15/2025 | 09/10/2025 | 5,249.08 | PMT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 |
| TOTALS: |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 | 0.00 | 2,624.54 |

NOTE: This may not contain all debts currently owed to ORS. Obligee payments marked with '*' were reduced by cost recovery fee(s) or with '**' were reduced by other fee(s). While the total amount owed should be accurate as of the date of this form, the party to whom the support is owed may change when the family's assistance status changes.

This page is intentionally blank.

# Exhibit D

▶ SHOW ME HOW                                           EXPORT AS PDF    PRINT

**Status: Pending Approval,**
**Wire Reference Number: OLBB20251024699955045**

You've successfully created a wire payment. The payment requires additional approval(s). Approvers in your company can find it in their Approval Inbox on the Home page, or in Manage Wire Payments.

Manage Wire Payments     Create Another Wire Payment

**Beneficiary**
Utah Office of Recovery Services - 002198125 - USD
Address:

**Value Date**         **Amount To Be Sent**
2025-10-24             $2,639.54 USD

**Beneficiary Bank Details**
Account Number or IBAN: 002198125
Bank ID: 124000054
Bank ID Type: FED
Bank Name: ZB NA DBA ZIONS BANK
Bank Address: 1 S Main St, SALT LAKE CITY, UT, 84133, US

**Funding Account**

**Charges**
Additional charges for routing of the Wire Payment will be paid by: N/A

Sender to Receiver Information

**Payment Purpose**
Case: #C001804198, SSN#:4257

Manage Wire Payments    Create Wire

# Exhibit E

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON WAGNER,<br><br>Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR TRAVEL**<br><br>Case No. 2:24-CR-357<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia Romero |

The Court, having reviewed Defendant Wagner's Motion to Travel, with no objection from the government, and good cause appearing, HEREBY ORDERS Defendant Wagner's Motion To Travel is GRANTED. Defendant Wagner may travel to and from Arizona during the time period February 6, 2025 to February 9, 2025 on commercial flights to visit family members. He is ordered to provide any information requested by pre-trial services before, during and after the travel.

DATED this __4th__ day of February 2024.

BY THE COURT

_Cecilia M. Romero_
Magistrate Judge Cecilia Romero

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ORDER GRANTING UNOPPOSED MOTION FOR TRAVEL** as served upon the following by submission of the document for electronic filing on February 4, 2025:

>Carl Leseur
>Assistant United States Attorney
>Brent Andrus
>Assistant United States Attorney
>111 S. Main Street, Ste. 1800
>Salt Lake City, UT 84111
>801-524-5682
> *Attorneys for USA*

>*/s/ Richard A. Van Wagoner*
>4885-6142-8836, v. 1

United States Probation Office
District of Utah

## TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron Mauga  DATE: 6/8/25
NAME: Aaron Wagner  PHONE NUMBER: 801 735 6105
ADDRESS:  FAX NUMBER:
111 S 300 W #1021 SALT LAKE CITY UT 84101

DESTINATION: AUSTIN, TX
DEPARTURE DATE: 6/9/25  RETURN DATE: 6/11/25
PURPOSE OF TRIP: BUSINESS/LEGAL
PERSONS TRAVELING WITH: N/A
ACCOMMODATIONS AT DESTINATION (will be verified):
(if more than one destination or stop is being planned, see back of request form) NEED TO FIND A HOTEL
  NAME: FAIRMONT AUSTIN  PHONE NUMBER: 512-600-2000
  ADDRESS: 101 RED RIVER ST. AUSTIN, TX 78701
  RELATIONSHIP:

MODE OF TRANSPORTATION:
  VEHICLE:
    MAKE AND MODEL:  LICENSE PLATE NUMBER:
    REGISTERED OWNER OF VEHICLE:
  AIRLINE:
    NAME OF AIRLINE: DELTA
    DEPARTURE FLIGHT NUMBER AND TIME: DL 1986 @ 2:04 pm
    RETURN FLIGHT NUMBER AND TIME: DL 1986 @ 7:15 pm
  OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $2-3K
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
  ✓ YES  ___ NO
IF NO, EXPLAIN:
DO YOU HAVE ANY PENDING CHARGES? ✓ YES ___ NO
IF YES EXPLAIN: SAME ONES.

FOR OFFICE USE ONLY

Approved/Date

United States Probation Officer Signature

please write special instructions on back

Yes or No?:   NV State Felon Registration? ___   Idaho Sex Offender Registration? ___

United States Probation Office
District of Utah

# TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron MAUGA   DATE: 6/29/25
NAME: Aaron Wagner   PHONE NUMBER: 801 735 6105
ADDRESS: 111 S. 300 W #1021   FAX NUMBER: _____
SLC, UT 84101

DESTINATION: SAN DIEGO / LA AREA.
DEPARTURE DATE: JULY 4/2025   RETURN DATE: JULY 10th/2025.
PURPOSE OF TRIP: DAUGHTERS WORLD CHAMPIONSHIPS GOLF TOURNEY.
PERSONS TRAVELING WITH: _____
ACCOMMODATIONS AT DESTINATION (will be verified): TBD. WILL PROVIDE.
(if more than one destination or stop is being planned, see back of request form)
NAME: _____   PHONE NUMBER: _____
ADDRESS: _____
RELATIONSHIP: _____

MODE OF TRANSPORTATION:
  VEHICLE:
    MAKE AND MODEL: _____   LICENSE PLATE NUMBER: _____
    REGISTERED OWNER OF VEHICLE: _____
  AIRLINE:
    NAME OF AIRLINE: DELTA.
    DEPARTURE FLIGHT NUMBER AND TIME: DL 1296 @ 11:25am.
    RETURN FLIGHT NUMBER AND TIME: DL 1116 @ 7:10pm
  OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.): _____

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $4K.
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS.
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS? N/A.
____ YES   ____ NO
IF NO, EXPLAIN: _____
DO YOU HAVE ANY PENDING CHARGES? ____ YES ____ NO
IF YES EXPLAIN: _____

---

FOR OFFICE USE ONLY

| Approved/Date | United States Probation Officer Signature |
|---|---|
|  |  |

please write special instructions on back

Yes or No?:   NV State Felon Registration? ____   Idaho Sex Offender Registration? ____

United States Probation Office
District of Utah

# TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron Mauga   DATE: 7/2/25
NAME: Aaron A. Wagner   PHONE NUMBER: 801 735 6105
ADDRESS: 111 S 300 W #1021   FAX NUMBER: _____
SALT LAKE CITY, UT 84101

DESTINATION: LOS ANGELES / SAN DIEGO / TAMPA
DEPARTURE DATE: JULY 4th   RETURN DATE: JULY 14th
PURPOSE OF TRIP: BIRTHDAY / DAUGHTERS WORLD CHAMPIONSHIP GOLF
PERSONS TRAVELING WITH: KELLYN MONSON, SUMMIT
ACCOMMODATIONS AT DESTINATION (will be verified):
(if more than one destination or stop is being planned, see back of request form)
   NAME: SHUTTERS SANTA MONICA   PHONE NUMBER: 310 458 0030
   ADDRESS: 1 PICO BLVD, SANTA MONICA, CA 90405
   RELATIONSHIP: HOTEL

MODE OF TRANSPORTATION:
   VEHICLE:
      MAKE AND MODEL: _____   LICENSE PLATE NUMBER: _____
      REGISTERED OWNER OF VEHICLE: _____
   AIRLINE:
      NAME OF AIRLINE: DELTA
      DEPARTURE FLIGHT NUMBER AND TIME: DL 899
      RETURN FLIGHT NUMBER AND TIME: TBD - WILL PROVIDE ONCE BOOKED
   OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.): _____

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $6-7K
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS / GIFT
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
   ✓ YES   ____ NO
IF NO, EXPLAIN: _____
DO YOU HAVE ANY PENDING CHARGES? ____ YES ____ NO
IF YES EXPLAIN: _____

FOR OFFICE USE ONLY

| Approved/Date | United States Probation Officer Signature |
|---|---|
|  |  |

please write special instructions on back

Yes or No?: ____   NV State Felon Registration? ____   Idaho Sex Offender Registration? ____

United States Probation Office
District of Utah

# TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron MAUGA    DATE: JULY 25th /2025.
NAME: Aaron Wagner    PHONE NUMBER: 801 735 6105
ADDRESS: 111 S 300 W #1021    FAX NUMBER: _____
SALT LAKE CITY, UT 84101

DESTINATION: LAS VEGAS, NV
DEPARTURE DATE: 7/25/25    RETURN DATE: 7/28/25.
PURPOSE OF TRIP: BUSINESS / LEGAL
PERSONS TRAVELING WITH: ALONE.
ACCOMMODATIONS AT DESTINATION (will be verified): TBD. Will update when confirmed.
(if more than one destination or stop is being planned, see back of request form)
NAME: _____    PHONE NUMBER: _____
ADDRESS: _____
RELATIONSHIP: _____

MODE OF TRANSPORTATION:
   VEHICLE:
      MAKE AND MODEL: _____    LICENSE PLATE NUMBER: _____
      REGISTERED OWNER OF VEHICLE: _____
   AIRLINE:
      NAME OF AIRLINE: DELTA. - WILL UPDATE.
      DEPARTURE FLIGHT NUMBER AND TIME: TBD. HAVE NOT BOOKED YET.
      RETURN FLIGHT NUMBER AND TIME: _____
   OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):
   _____

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $2000
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS / GIFTS.
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
   ✓ YES    ___ NO
IF NO, EXPLAIN: _____
DO YOU HAVE ANY PENDING CHARGES?    ___ YES ___ NO
IF YES EXPLAIN: _____

FOR OFFICE USE ONLY

| Approved/Date | United States Probation Officer Signature |
|---|---|
|  |  |

please write special instructions on back

Yes or No?:    NV State Felon Registration? _____    Idaho Sex Offender Registration? _____

## TRAVEL REQUEST FORM (BACK)

4444444444444444444444444444444444444444444444444444444444444444

IF YOU ARE STOPPING AT VARIOUS LOCATIONS ALONG THE WAY DURING THIS PERIOD OF TRAVEL, INDICATE BELOW YOUR ITINERARY:

| | DATE LEAVING | DATE ARRIVING | LOCATION |
|---|---|---|---|
| 1. | 7/4/25 | 7/4/25 | LOS ANGELES, CA. |
| 2. | 7/10/25 | 7/7/25 | SAN DIEGO, CA. |
| 3. | 7/14/25 | 7/10/25 | TAMPA BAY, FL |
| 4. | | | |
| 5. | | | |

INDICATE BELOW THE NAMES, ADDRESSES, TELEPHONE NUMBERS, AND RELATIONSHIP OF THOSE YOU WILL BE STAYING WITH AT EACH LOCATION DURING YOUR TRAVEL, AS WELL AS THE PURPOSE OF THE VISIT

1. LISTED ON FRONT.
2. HOTEL DEL CORONODO. - 619-435-6611   1500 ORANGE AVE, CORONADO, CA. 92118
3. TBD. - WILL PROVIDE ONCE BOOKED.
4.
5.

### FOR OFFICE USE ONLY

SPECIAL INSTRUCTIONS TO BE TYPED ON TRAVEL PERMIT