UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Request and Order for an Expedited Hearing

Name of Defendant: Aaron A. Wagner            Docket Number: 2:24CR00357-001 CMR

Name of Judicial Officer:  Honorable Cecelia M. Romero
                           U.S. Magistrate Judge

Date of Release:   November 8, 2024

## PETITIONING THE COURT

To issue an expedited hearing. Contact with the defendant to be made by the U.S. Pretrial Officer.

## CAUSE

The pretrial service officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about October 2, 2025, the defendant had contact with those named persons, who are considered either alleged victims, potential witnesses and/or codefendants.

*On November 8, 2024, the defendant appeared before Magistrate Judge Cecelia M. Romero for an Arraignment/Detention/Pretrial Hearing. At that time the defendant plead not guilty to financial related offenses including Wire Fraud, Conspiracy to Commit Wire Fraud, Transactional Money Laundering, and Concealment Money Laundering. The Court heard arguments from all parties on the issue of detention. After hearing from all parties, the Court ordered the defendant be released on conditions of release, including avoid all contact, directly or indirectly, with any person who is or may be an alleged victim, potential witness and/or codefendant in the investigation or prosecution.*

*The undersigned officer was notified of an interview conducted by the Federal Bureau of Investigations (FBI) with an alleged victim of the defendant's pending federal case. According to the FBI written report, on or about October 2, 2025, the defendant, without provocation, initiated face to face contact with the victim and verbalized a direct threat to kill the victim.*

Evidence in support of this allegation is derived from the records of the Federal Bureau of Investigations (FBI), U.S. Attorney's Office for the District of Utah, and the U.S. Pretrial Services Office.

I declare under penalty of perjury that the foregoing is true and correct.

_____
By      Aaron Mauga
        U.S. Pretrial Services Officer
        Date: October 24, 2025

Aaron A. Wagner
2:24CR00357-001 CMR

**THE COURT ORDERS:**

☑ Expedited hearing set for: 10/30/2025 at 10:30 AM in Courtroom 8.400
before U.S. Magistrate Judge   Cecilia M. Romero
☑ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____

_____
Honorable Cecilia M. Romero
U.S. Magistrate Judge

Date:
___10/24/2025_____