IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON A. WAGNER,<br><br>    Defendant. | Case No. 2:24mj1042<br><br>AFFIDAVIT OF AARON A. WAGNER IN SUPPORT OF EMERGENCY MOTION TO TRAVEL<br><br>Judge Ted Stewart |

Aaron A. Wagner, being duly sworn, states under penalty of perjury as follows:

1. I am requesting to travel to Canada for the limited purpose of visiting my ailing father for a limited period of no more than 5 days.

2. I recognize that this is an extraordinary request, given the charges pending against me in the United States.

3. I agree that I will not transport to Canada any goods or assets or container of any goods or assets of a value in excess of $10,000.

4. I have provided the court with a physician's letter that accurately describes my father's condition.

5. My ties to the United States are important to me. I am a United States citizen. Although I am undergoing a divorce, I am current on my spousal support obligations and on my child support obligations.

6. If revocation proceedings are not completed prior to my departure to Canada, I agree I will submit to any revocation proceeding arising out of the pending petition.

7. I understand and acknowledge that, if I fail to return as scheduled, I may be subject to prosecution for flight from prosecution pursuant to 18 U.S.C. s. 1073.

8. In the event that I remain in Canada beyond the permitted five days, I agree to extradition to the United States. In that event, I agree to waive all rights under Canada's *Extradition Act* and that I should be immediately removed to the United States at the request of the United States without further hearings or appeals in Canada, and without conditions or

limitations on any grounds for prosecution in the United States. Without admitting guilt, I agree that the alleged criminal conduct underlying the charges pending in the United States would also be criminal in Canada.

9. I agree that, if I fail to return to the United States within 5 days of my departure to Canada, the United States may present this affidavit to the Central Authority of Canada in support of a request for a provisional arrest or in support of a formal request for extradition, and that the United States may present this affidavit in lieu of any statement of record or evidence of the charges pending against me in the United States. I waive any objection to the adequacy or necessity of a record of proof of the charges against me.

_____
AARON A. WAGNER

<u>Acknowledgment</u>

State of Utah                    )

County of _____)

On this _____ day of October, in the year 2025, before me, _____, a notary public, personally appeared Aaron A. Wagner, proved on the basis of satisfactory name of document signer evidence to be the person whose name is subscribed to this instrument, and acknowledged he executed the same.

Witness my hand and official seal.

_____
(notary signature)