IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>Defendants. | ORDER FOR STATUS REPORT<br><br><br>Case 2:24-cr-357<br><br>District Judge Ted Stewart |

On October 24, 2025, Defendant Aaron A. Wagner filed a Motion to Continue Jury Trial, Exclude Time from Speedy Trial Act Computation, and for Scheduling Conference to Set Trial and Other Dates.[1] In lieu of a status conference, the Court directs the parties to meet and confer regarding their availability for trial, and to subsequently file a joint status report that includes several proposed dates for the 14-day trial to begin that will accommodate each of the involved attorneys' schedules and will allow counsel sufficient time to prepare for trial. The joint status report must also include if the deadlines for plea negotiations and motions proposed in the Motion to Continue are stipulated to by all parties. The joint status report is due November 10, 2025.

SO ORDERED.

DATED this 30th day of October, 2025.

BY THE COURT:

Ted Stewart
United States District Judge

---

[1] Docket No. 102.