RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
SPENCER FANE LLP
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone:  (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
 *Attorneys for Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>Defendant. | **AARON WAGNER'S UNOPPOSED EMERGENCY MOTION FOR RELEASE OF U.S. PASSPORT AND PERMISSION TO TRAVEL TO ATTEND HIS FATHER'S MEMORIAL SERVICE NOVEMBER 16 AND 17, 2025**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart |

Defendant Aaron Wagner ("Aaron"), through undersigned counsel, moves the Court for permission to travel to his father's memorial service in Magrath, AB, Canada. His father passed on November 10, 2025.  A copy of the Funeral Director's Statement of Death is attached hereto as **Exhibit A**. The United States consents to the travel so long as Aaron signs an affidavit similar to the one the Court previously required.  A copy of

the new affidavit, prepared by government counsel and signed by Aaron, is attached as **Exhibit B**.

The Court recently authorized Aaron to travel to meet with and say goodbye to his father who was suffering end-stage kidney failure. A copy of the Court's prior travel order is attached as **Exhibit C**. Aaron traveled and returned per the Court order. He retrieved his U.S. passport, which was in the possession of the FBI, so he could travel outside the United States. His counsel deposited his U.S. passport with the Clerk of the Court after Aaron's return.

Aaron complied in all respects with the Court's order for his recent travel to Canada to see his father. His prior motion for travel to Canada set forth a history of Aaron's extensive ties to the United States, including his seven children whom he would never abandon. A copy of his prior motion is attached as **Exhibit D**.

Aaron asks for the Court's permission to retrieve his U.S. passport from the Clerk of the Court, travel on November 16, 2025 to Magrath, AB, Canada on to attend his father's funeral and return to Utah after the funeral on November 17, 2025. Aaron must be back in Utah for a November 18, 2025 hearing in his divorce case.

DATED this 13th day of November 2025.

SPENCER FANE LLP

*/s/ Richard A. Van Wagoner*
Richard A. Van Wagoner
Nathan A. Crane
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AARON WAGNER'S UNOPPOSED EMERGENCY MOTION FOR RELEASE OF U.S. PASSPORT AND PERMISSION TO TRAVEL TO ATTEND HIS FATHER'S MEMORIAL SERVICE NOVEMBER 16 AND 17, 2025** was served upon Plaintiff by submission of the document for electronic filing on November 13, 2025.

>   Carl D. LeSueur
>   Brent L. Andrus
>   Assistant United States Attorney
>   111 S. Main Street, Ste. 1800
>   Salt Lake City, UT 84111
>   801-524-5682
>   Carl.lesueur@usdoj.gov
>   Brent.Andrus@usdoj.gov
>     *Attorney for Plaintiff*

>>       */s/ Megan Neff*
>>       Legal Assistant

4812-5308-7597, v. 1