# Exhibit A

## FUNERAL DIRECTOR'S STATEMENT OF DEATH

We certify that (from our records) **Glenn Harold Wagner** died at

**Magrath, Alberta** on the **10th** day of **November, 2025** at the age of **70** years

and was a resident of **Magrath, Alberta.**

The above named deceased person will be **Buried** by the funeral home on

the **17th** day of **November, 2025**

At **The Magrath Cemetery, Magrath, AB**

It is our understanding that the next of kin is **Aaron Arthur Wagner** and relationship **Son**

**13412 South Lovers Lane,
Riverton Utah 84065**

We certify the above to be a true statement from our records.

Dated in Lethbridge, Alberta.

This **11th** day of **November, 2025.**



**SALMON & SONS**
FUNERAL HOME LTD

Per _____

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24mj1042 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF AARON A. WAGNER IN SUPPORT OF EMERGENCY MOTION TO TRAVEL |
| AARON A. WAGNER, | |
| Defendant. | Judge Ted Stewart |

Aaron A. Wagner, being duly sworn, states under penalty of perjury as follows:

1. I am requesting to travel to Canada for the limited purpose of attending my father's funeral from approximately November 16 to 18, 2025.

2. I agree that I will not transport to Canada any goods or assets or container of any goods or assets of a value in excess of $10,000.

3. I understand and acknowledge that, if I fail to return as scheduled, I may be subject to prosecution for flight from prosecution pursuant to 18 U.S.C. s. 1073.

4. In the event that I remain in Canada beyond November 18, 2025, I agree to extradition to the United States. In that event, I agree to waive all rights under Canada's *Extradition Act* and that I should be immediately removed to the United States at the request of the United States without further hearings or appeals in Canada, and without conditions or limitations on any grounds for prosecution in the United States. Without admitting guilt, I agree that the alleged criminal conduct underlying the charges pending in the United States would also be criminal in Canada.

5. I agree that, if I fail to return to the United States by November 18, 2025, the United States may present this affidavit to the Central Authority of Canada in support of a request for a provisional arrest or in support of a formal request for extradition, and that the United States may present this affidavit in lieu of any statement of record or evidence

of the charges pending against me in the United States.  I waive any objection to the adequacy or necessity of a record of proof of the charges against me.

AARON A. WAGNER

Acknowledgment

State of Utah                              )

County of: Salt Lake )

On this 13th day of October, in the year 2025, before me, Michelle Rizzuto a notary public, personally appeared Aaron A. Wagner, proved on the basis of satisfactory name of document signer evidence to be the person whose name is subscribed to this instrument, and acknowledged he executed the same.

Witness my hand and official seal.

(notary signature)

Michelle Rizzuto
Notary Public
State of Utah
Commission No. 743099
My Commission Expires 05/14/2029

# Exhibit C

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under ï¿½ï¿½ï¿½Notice has been delivered by other means to. . . ï¿½ï¿½ï¿½ï¿½. The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the ï¿½ï¿½ï¿½ï¿½Notice has been delivered by other means to. . . ï¿½ï¿½ï¿½ï¿½ï¿½ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

### US District Court Electronic Case Filing System

### District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 10/25/2025 at 5:39 PM MDT and filed on 10/25/2025

| | |
|---|---|
| **Case Name:** | USA v. Wagner et al |
| **Case Number:** | 2:24-cr-00357-TS |
| **Filer:** | |
| **Document Number:** | 108(No document attached) |

**Docket Text:**

DOCKET TEXT ORDER granting with conditions Defendant Aaron Wagner's [103] Motion to Travel. Mr. Wagner shall sign a notarized copy of the affidavit proposed and drafted by the government at ECF 107-1, and provide a copy of the notarized affidavit to the government. Upon satisfaction of these conditions, Mr. Wagner's passport shall be released to him and he may then travel to Canada for the limited purpose of visiting with his father. Mr. Wagner must return to the United States within five days of the date of his departure from the United States. He must surrender his passport to the Clerk's Office within 24 hours of his return. He is further directed to coordinate his travel plans with his probation officer. Signed by Judge Ted Stewart on 10/25/2025. No attached document. (cg)

**2:24-cr-00357-TS-1 Notice has been electronically mailed to:**

Richard A. Van Wagoner     rvanwagoner@spencerfane.com, intakeclerk@scmlaw.com, kbond@spencerfane.com, mneff@spencerfane.com, rick-van-wagoner-0094@ecf.pacerpro.com

Matthew R. Lewis     mlewis@kba.law, kslade@kba.law, mhansen@kba.law

Nathan A. Crane     ncrane@spencerfane.com, kbond@spencerfane.com, mneff@spencerfane.com, nathan-crane-1649@ecf.pacerpro.com

Travis K. Elder     travis.elder@usdoj.gov, Benjamin.Jensen@usdoj.gov, CaseView.ECF@usdoj.gov, Ianeta.Misa@usdoj.gov, Joni.Ehrenberger@usdoj.gov, Krystal.Beard@usdoj.gov, Rebecca.Reichert@usdoj.gov

Carl David LeSueur     carl.lesueur@usdoj.gov, CaseView.ECF@usdoj.gov, Shannon.Mattson@usdoj.gov, carl.david@gmail.com, emily.adams@usdoj.gov

Taylor J. Smith     tsmith@kba.law, acoats@kba.law, calendar@kba.law, kslade@kba.law, mhansen@kba.law

Brent L Andrus     brent.andrus@usdoj.gov, CaseView.ECF@usdoj.gov, Shannon.Mattson@usdoj.gov, chantele.stuart2@usdoj.gov

Heidi Groussman     heidi_groussman@utp.uscourts.gov

Aaron A. Mauga     aaron_mauga@utp.uscourts.gov

**2:24-cr-00357-TS-1 Notice has been delivered by other means to:**

# Exhibit D

RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
SPENCER FANE LLP
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
 *Attorneys for Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AARON WAGNER'S EMERGENCY MOTION FOR PERMISSION TO TRAVEL TO MEET WITH AND SAY GOODBYE TO HIS FATHER** |
| Plaintiff, | |
| vs. | |
| AARON A. WAGNER, and MICHAEL MAINS, | Case No. 2:24-cr-00357 |
| Defendant. | Judge Ted Stewart |
| | Magistrate Judge Cecilia M. Romero |

On an emergency basis, Defendant Aaron Wagner ("Aaron"), through undersigned counsel, moves the Court for permission to travel to meet with and say goodbye to his father who is not expected to live much longer. His father, Glenn Wagner ("Mr. Wagner"), lives in Magrath, AB, Canada.

On October 23, 2025, Aaron received notice that his father had taken a fall, lay on the floor for two hours unable to get up, but finally was able to crawl to his phone. Mr. Wagner has end-stage kidney failure, has become increasingly weak, cannot complete

his courses of treatment, has lost significant weight, and is now under full care for most of his needs. His life expectancy is very short. Attached as **Exhibit A** is a letter from Dr. Brad Weston of Southgate Medical Centre, in Lethbridge, Alberta, detailing Mr. Wagner's condition and prognosis.

Aaron is a dual citizen of the United States and Canada. The Clerk of the Court is holding his passports pursuant to the order on conditions of release. Aaron asks for permission to obtain his passports[1] from the Clerk of the Court and travel to meet with and say goodbye to his father before he passes. He intends to stay 4-5 days and then return to the United States. If the Court permits the travel, he will make the travel arrangements and notify his pretrial officer and the United States, through his counsel, of the itinerary, including means and timing of travel, and where he will be staying and upon his return, turn over the passports to the Clerk of the Court.

Counsel for Aaron reached out to the United States Attorney's office and sought its stipulation or non-opposition to this request. The government expressed concern that Aaron has not established sufficient ties to the United States and will not return to the United States. The government also questioned the authenticity of the letter that Mr. Wagner has end-stage kidney failure and is on death's door.

The United States asked for the original communication transmitting the letter from Dr. Weston on suspicion that the letter could be fake. On October 23, 2025, at 2:10 p.m., Aaron received the letter, **Exhibit A**, from Dr. Weston at

---

[1] Aaron does not know if his Canadian passport expired. If so, he would need his U.S. passport.

bradweston10@hotmail.com. Counsel has provided that email to the United States.  *See*
**Exhibit B**.

As the Court is aware from prior hearings, Aaron came to the United States 25
years ago to attend college at Washington State University.  He resided in Pullman,
Washington for two years, and then served an ecclesiastical mission in Las Vegas,
Nevada for two years. He attended BYU. He married his now estranged wife in 2005,
and they have seven young children together. Aaron has been very active in his
children's lives and activities. Aaron is currently in a contentious divorce and child
custody dispute with his estranged spouse, and they are undergoing a custody
evaluation.  The divorce/child custody action requires his presence and attention. Aaron
became a United States citizen in 2017. He has owned and operated businesses and
owned property in Utah and other states. His mother and a sister live in Arizona, and a
brother lives in Utah.

As for Aaron's most important ties to the United States, he has seven children:
Posie is 6, Brave is 8, Jagger is 10, Tucker is 12, Saylor is 14, Edge is 16, and Saydie is 18.
They live in Utah County.  Aaron's children are the most important part of his life.  He
has never missed a parent time visit with his children. He is active in their lives and
attends their activities.  His oldest daughters are world class golfers who compete in
tournaments in Utah and other states. Aaron has attended every tournament in Utah
and traveled to California to watch and support Saydie in world championships. Aaron
attends his son's basketball tryouts, practices, and games. He recently attended his
children's parent teacher conferences at Alpine Elementary. He has volunteered to

3

chaperone the children on school field trips and at class parties.  He would never
abandon his children.

In response to Aaron's request to meet with his father before he passes away, the
government asked whether Aaron is current on child and spousal support. He is.  His
divorce/child custody attorney, Thomas Burns, responded to that inquiry as follows:

> Mr. LaSueur:
>
> Attached is the latest statement from ORS concerning Aaron's child support
> situation.  Contrary to the odd child support lien cases, he is and will remain
> current on all of his child support obligations.  Hopefully, that will eliminate the
> child support issue as an impediment to his request . . . to leave to see his parent.
>
> If I can provide anything else, I am happy to do so, if available to me.

*See* **Exhibit C**.[2]

 Aaron also volunteers at the Women's and Children's Center on Thursday
evenings, helping prepare and serve dinner for guests.  Aaron has volunteered for the
Festival of Trees, regularly attends church in Sandy, volunteers at his church as a
greeter, and recently attended the men's "Fire and Iron" event where he volunteered as
staff to help set up the event.

---

[2] The Office of Recovery Service showed that a payment for June 2025 was owing,
even though Aaron had made the payment.  Aaron has video evidence of handing the
June payment to his estranged wife and a text exchange with her confirming he had
made the payment. Counsel has seen and verified the video. ORS refuses to accept video
or text proof of payment, and his estranged wife has refused to sign a document
confirming that fact with ORS. Aaron made the payment directly to his ex-wife as
opposed to going through ORS because she claimed she was in desperate, immediate
need of the money. Given his estranged wife's refusal to sign the confirmation of
payment with ORS, Aaron made an additional payment to clear the purported debt with
ORS. *See* **Exhibit D**.

Aaron is very close with his nieces and nephews who live in Utah and is active in their lives. He babysits for them on a weekly basis and attends one nephew's flag football games and another nephew's hockey games.

The United States asked what Aaron is doing for work. Counsel responded that he is enrolled in an executive program with the Wharton School of Business and is engaged in business consulting on a contract basis.

While Aaron has been on pretrial release, he has traveled with permission to Arizona, Las Vegas, Los Angeles, San Diego, Tampa, and Austin. *See* **Exhibit E**. He has always returned as promised.

Aaron was originally detained on false information his estranged wife provided to the government. She alleged he had fake passports for his children and large quantities of cash in a duffle bag, and that he was planning to flee with his children in a private plane. A search revealed that the referenced duffle bag had no fake passports and no stash of cash for an escape with his children but contained his jiu jitsu equipment. Indeed, during the course of the criminal case, his estranged wife has made repeated false accusations against Aaron and has attempted to leverage the criminal case against him to gain advantages in the divorce case, claiming she has the ear of the prosecutor and the FBI. Counsel for the United States has, of course, assured that this assertion is untrue.

While Aaron cares deeply about spending time with and saying goodbye to his father before his father passes, the entirety of his life and what he cares about most are

in the United States.  If the Court grants him permission to visit his father one last time

so they can say their goodbyes, Aaron will go and return.

DATED this 24th day of October 2025.

SPENCER FANE LLP

*/s/ Richard A. Van Wagoner*
Richard A. Van Wagoner
Nathan A. Crane
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AARON WAGNER'S MOTION FOR PERMISSION TO TRAVEL TO MEET WITH AND SAY GOODBYE TO HIS FATHER** was served upon Plaintiff by submission of the document for electronic filing on October 24, 2025.

> Carl D. LeSueur
> Brent L. Andrus
> Assistant United States Attorney
> 111 S. Main Street, Ste. 1800
> Salt Lake City, UT 84111
> 801-524-5682
> Carl.lesueur@usdoj.gov
> Brent.Andrus@usdoj.gov
> *Attorney for Plaintiff*

> */s/ Megan Neff*
> Legal Assistant

4812-5308-7597, v. 1

7

# Exhibit A

Southgate Medical Centre
10-15 Southgate Blvd S
Lethbridge, AB T1K 6S5
PH: 403-942-7790   FAX: 403-942-0651

Thursday, October 23, 2025

Re:   Glenn Wagner
      PO Box 991
      Magrath
      T0K 1J0

To Whom It May Concern:

Additional Notes:
      This note is for Aaron Wagner, Glenn's oldest son.

      Glenn is declining rapidly from his many health concerns. He is on dialysis for
      kidney failure and is becoming increasingly weak and unable to complete his full
      courses of treatment. This is end stage disease and his life expectancy is very short.
      He has lost significant weight and is now full care for nearly al his needs.

      Glenn is 70 yrs old and reside in Magrath Alberta Canada at the above address. I
      would advise any family that lives abroad to attend to him as soon as possible.

Dr. Brad Weston

# Exhibit B

## Van Wagoner, Rick

| | |
|---|---|
| **From:** | Van Wagoner, Rick |
| **Sent:** | Friday, October 24, 2025 9:18 AM |
| **To:** | LeSueur, Carl (USAUT) |
| **Cc:** | Crane, Nathan |
| **Subject:** | FW: [EXTERNAL] Fwd: letter |
| **Attachments:** | glen letter .pdf |

Carl: this was attached to an email from Dr. Weston to Aaron. We are not waiving attorney-client privilege by providing you this communication between Aaron and us.  Thank you.

**Rick Vanwagoner**  Partner
Spencer Fane Snow Christensen & Martineau

10 Exchange Place, Suite 1100 | Salt Lake City, UT 84111
**O** 801.322.9168
rvanwagoner@spencerfane.com | spencerfane.com

**From:** Aaron Wagner <aaronwags@gmail.com>
**Sent:** Thursday, October 23, 2025 10:23 PM
**To:** Van Wagoner, Rick <rvanwagoner@spencerfane.com>; Crane, Nathan <Ncrane@spencerfane.com>
**Subject:** [EXTERNAL] Fwd: letter

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Sent from Gmail Mobile

---------- Forwarded message ---------
From: **Brad Weston** <bradweston10@hotmail.com>
Date: Thu, Oct 23, 2025 at 2:10 PM
Subject: letter
To: aaronwags@gmail.com <aaronwags@gmail.com>

1

# Exhibit C

09/16/2025     16:59:40

OFFICE OF RECOVERY SERVICES
DEBT COMPUTATION
REPORT FOR PERIOD STARTING 01/01/2025 AND ENDING 09/16/2025

CASE NUMBER: C001804198

CASE TYPE: IVDS

OBLIGEE: CANDACE    WAGNER
OBLIGOR: AARON      WAGNER

| | SUMMARY TOTALS |
|---|---|
| STARTING ARREARS: | 0.00 |
| SUPPORT AND FEES DUE: | 15,747.24 |
| INTEREST DUE: | 0.00 |
| TOTAL OWED: | 15,747.24 |
| TOTAL PAYMENTS: | -5,249.08 |
| NET ADJUSTMENTS: | -7,873.62 |
| BALANCE: | 2,624.54 |

| TRANS DATE | PAYMENT DATE | AMOUNT | TYPE | CURRENT | BALANCES CURRENT FEES | STATE ACCR | STATE JUDGMNT | STATE INTEREST | NADC ACCR | NADC JUDGMNT | NADC INTEREST | UNPAID FEES | UNAPPLD | REFND | DISBRS | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/29/2025 | | 6,450.00 | ARTR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 |
| RETROACTIVE ADJUSTMENT FOR MONTHS 01/2025 THRU 03/2025 |
| 04/29/2025 | | 2,150.00 | ASPT | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,600.00 |
| 04/29/2025 | | 1,423.62 | ARTR | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,023.62 |
| RETROACTIVE ADJUSTMENT FOR MONTHS 01/2025 THRU 03/2025 |
| 04/29/2025 | | 474.54 | ASPT | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 |
| 05/01/2025 | | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 |
| 05/01/2025 | | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,648.16 |
| 05/01/2025 | | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 10,498.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 |
| 06/01/2025 | | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 |
| 06/01/2025 | | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,272.70 |
| 06/01/2025 | | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 13,122.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 |
| 07/01/2025 | | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 |
| 07/01/2025 | | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,897.24 |
| 07/01/2025 | | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 15,747.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 |
| 08/01/2025 | | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 |
| 08/01/2025 | | 474.54 | CHRG | 474.54 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,846.32 |
| 08/01/2025 | | 2,150.00 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 18,371.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,996.32 |
| 08/25/2025 | | -12,900.00 | AOPD | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 5,471.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,096.32 |
| 08/25/2025 | | -2,847.24 | AOPD | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 |
| 09/01/2025 | | -2,624.54 | USPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 |
| 09/01/2025 | | 2,150.00 | CHRG | 2,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,249.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,399.08 |
| 09/01/2025 | | 474.54 | CHRG | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,873.62 |
| 09/15/2025 | 09/10/2025 | 5,249.08 | PMT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.54 |
| TOTALS: | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 2,624.54 |

NOTE: This may not contain all debts currently owed to ORS. Obligee payments marked with '*' were reduced by cost recovery fee(s) or with '**' were reduced by other fee(s). While the total amount owed should be accurate as of the date of this form, the party to whom the support is owed may change when the family's assistance status changes.

Team 57   0RDJF     C0DC   C001804198       93702514582780

This page is intentionally blank.

# Exhibit D

SHOW ME HOW ▶

EXPORT AS PDF

PRINT

ummary

**Status: Pending Approval,**

**Wire Reference Number: 0LBB2025102469955045**

You've successfully created a wire payment. The payment requires additional approval(s). Approvers in your company can find it in their Approval Inbox on the Home page, or in Manage Wire Payments.

Manage Wire Payments

Create Another Wire Payment

**Beneficiary**

## Utah Office of Recovery Services - 002198125 - USD

Address:

| Value Date | Amount To Be Sent |
|---|---|
| 2025-10-24 | $2,639.54 USD |

**Beneficiary Bank Details**

Account Number or IBAN: 002198125

Bank ID: 124000054

Bank ID Type: FED

Bank Name: ZB NA DBA ZIONS BANK

Bank Address: 1 S Main St, SALT LAKE CITY, UT, 84133, US

**Funding Account**

**Charges**

Additional charges for routing of the Wire Payment will be paid by: N/A

**Sender to Receiver Information**

**Payment Purpose**

Case: #C001804198, SSN#:4257

Create

Manage Wire Payments

# Exhibit E

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>AARON WAGNER,<br><br>            Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR TRAVEL**<br><br>Case No. 2:24-CR-357<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia Romero |

The Court, having reviewed Defendant Wagner's Motion to Travel, with no objection from the government, and good cause appearing, HEREBY ORDERS Defendant Wagner's Motion To Travel is GRANTED.  Defendant Wagner may travel to and from Arizona during the time period February 6, 2025 to February 9, 2025 on commercial flights to visit family members. He is ordered to provide any information requested by pre-trial services before, during and after the travel.

DATED this ____4th____ day of February 2024.

BY THE COURT

_____
Magistrate Judge Cecilia Romero

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **ORDER**

**GRANTING UNOPPOSED MOTION FOR TRAVEL** as served upon the following

by submission of the document for electronic filing on February 4, 2025:

> Carl Leseur
> Assistant United States Attorney
> Brent Andrus
> Assistant United States Attorney
> 111 S. Main Street, Ste. 1800
> Salt Lake City, UT 84111
> 801-524-5682
>   *Attorneys for USA*

/s/ Richard A. Van Wagoner
4885-6142-8836, v. 1

United States Probation Office
District of Utah

## TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron Mauga    DATE: 6/8/25
NAME: Aaron Wagner    PHONE NUMBER: 801 735 6105
ADDRESS:    FAX NUMBER:
    111 S 300 W #1021 SALT LAKE CITY UT 84101

DESTINATION: AUSTIN, TX
DEPARTURE DATE: 6/9/25    RETURN DATE: 6/11/25
PURPOSE OF TRIP: BUSINESS / LEGAL
PERSONS TRAVELING WITH: N/A.

ACCOMMODATIONS AT DESTINATION (will be verified):    NEED TO FIND A HOTEL
(if more than one destination or stop is being planned, see back of request form)
    NAME: FAIRMONT AUSTIN    PHONE NUMBER: 512-600-2000
    ADDRESS: 101 RED RIVER ST. AUSTIN, TX 78701
    RELATIONSHIP:

MODE OF TRANSPORTATION:
    VEHICLE:
        MAKE AND MODEL:    LICENSE PLATE NUMBER:
        REGISTERED OWNER OF VEHICLE:

    AIRLINE:
        NAME OF AIRLINE: DELTA.
        DEPARTURE FLIGHT NUMBER AND TIME: DL 1986 @ 2:04pm
        RETURN FLIGHT NUMBER AND TIME: DL 1986 @ 7:15pm

    OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):


ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $2-3K.
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS.
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
        ✓ YES        NO

IF NO, EXPLAIN:
DO YOU HAVE ANY PENDING CHARGES? ✓ YES    NO
IF YES EXPLAIN: SAME ONES.

| FOR OFFICE USE ONLY | |
| --- | --- |
| Approved/Date | United States Probation Officer Signature |
| | |
| | please write special instructions on back |

Yes or No?:    NV State Felon Registration? ____    Idaho Sex Offender Registration? ____

United States Probation Office
District of Utah

## TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron MAUGA DATE: 6/29/25

NAME: Aaron Wagner   PHONE NUMBER: 801 735 6105

ADDRESS: 111 S. 300 W #1021 FAX NUMBER: _____

SLC, UT 84101

DESTINATION: SAN DIEGO / LA AREA,

DEPARTURE DATE: JULY 4/2025 RETURN DATE: JULY 10th/2025.

PURPOSE OF TRIP: DAUGHTERS WORLD CHAMPIONSHIPS GOLF TOURNEY.

PERSONS TRAVELING WITH: _____

ACCOMMODATIONS AT DESTINATION (will be verified): TBD. WILL PROVIDE.
(if more than one destination or stop is being planned, see back of request form)

NAME: _____   PHONE NUMBER: _____

ADDRESS: _____

RELATIONSHIP: _____

MODE OF TRANSPORTATION:
VEHICLE:

MAKE AND MODEL: _____   LICENSE PLATE NUMBER: _____

REGISTERED OWNER OF VEHICLE: _____

AIRLINE:
NAME OF AIRLINE: DELTA.

DEPARTURE FLIGHT NUMBER AND TIME: DL 1296 @ 11:25am.

RETURN FLIGHT NUMBER AND TIME: DL 1116 @ 7:10pm

OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):

_____

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $4K.

SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS.

ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
N/A.
_____ YES _____ NO

IF NO, EXPLAIN: _____

DO YOU HAVE ANY PENDING CHARGES? _____ YES _____ NO

IF YES EXPLAIN: _____

### FOR OFFICE USE ONLY

| Approved/Date | United States Probation Officer Signature |
|---|---|
| | |
| | please write special instructions on back |

Yes or No?: _____ NV State Felon Registration? _____   Idaho Sex Offender Registration? _____

United States Probation Office
District of Utah

## TRAVEL REQUEST FORM

PROBATION OFFICER: Aaron Mauga    DATE: 7/2/25 .
NAME: Aaron A. Wagner    PHONE NUMBER: 801 735 6105
ADDRESS: 111 S 300 W #1021    FAX NUMBER:
SALT LAKE CITY, UT. 84101

DESTINATION: LOS ANGELES / SAN DIEGO / TAMPA
DEPARTURE DATE: JULY 4th    RETURN DATE: JULY 14th .
PURPOSE OF TRIP: BIRTHDAY / DAUGHTERS WORLD CHAMPIONSHIP GOLF
PERSONS TRAVELING WITH: KELLYN SUMMIT MONSON ,

ACCOMMODATIONS AT DESTINATION (will be verified):
(if more than one destination or stop is being planned, see back of request form)
NAME: SHUTTERS SANTA MONICA  PHONE NUMBER: 310 458 0030
ADDRESS: 1 PICO BLVD, SANTA MONICA, CA 90405
RELATIONSHIP: HOTEL .

MODE OF TRANSPORTATION:
VEHICLE:
MAKE AND MODEL: _____  LICENSE PLATE NUMBER: _____
REGISTERED OWNER OF VEHICLE: _____
AIRLINE:
NAME OF AIRLINE: DELTA .
DEPARTURE FLIGHT NUMBER AND TIME: DL 899
RETURN FLIGHT NUMBER AND TIME: TBD. - WILL PROVIDE ONCE BOOKED
OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): $6-7 K
SOURCE OF FUNDS TO PAY TRAVEL COSTS: SAVINGS / GIFT.
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
✓ YES ___ NO
IF NO, EXPLAIN: _____
DO YOU HAVE ANY PENDING CHARGES? ___ YES ___ NO
IF YES EXPLAIN: _____

| FOR OFFICE USE ONLY | |
|---|---|
| Approved/Date | United States Probation Officer Signature |
| | please write special instructions on back |
| Yes or No?:  NV State Felon Registration? ___ | Idaho Sex Offender Registration? ___ |

United States Probation Office
District of Utah

## TRAVEL REQUEST FORM

PROBATION OFFICER: **Aaron Mauga** DATE: **July 25th / 2025.**
NAME: **Aaron Wagner** PHONE NUMBER: **801 735 6105**
ADDRESS: **11 S 300 W # 1021** FAX NUMBER: _____
**Salt Lake City, UT 84101**

DESTINATION: **Las Vegas, NV**
DEPARTURE DATE: **7/25/25** RETURN DATE: **7/28/25.**
PURPOSE OF TRIP: **Business / Legal**
PERSONS TRAVELING WITH: **Alone.**
ACCOMMODATIONS AT DESTINATION (will be verified): **TBD. Will update when**
(if more than one destination or stop is being planned, see back of request form) **confirmed.**
NAME: _____ PHONE NUMBER: _____

ADDRESS: _____

RELATIONSHIP: _____

MODE OF TRANSPORTATION:
   VEHICLE:
      MAKE AND MODEL: _____ LICENSE PLATE NUMBER: _____

      REGISTERED OWNER OF VEHICLE: _____

   AIRLINE:
      NAME OF AIRLINE: **Delta.   - Will update.**
      DEPARTURE FLIGHT NUMBER AND TIME: **TBD. Have not Booked yet.**
      RETURN FLIGHT NUMBER AND TIME: _____

   OTHER MODE OF TRANSPORTATION (specify carrier, i.e., Rail, Bus, etc.):
   _____

ESTIMATED COST OF TRAVEL (travel, lodging, food, miscellaneous): **$2000**
SOURCE OF FUNDS TO PAY TRAVEL COSTS: **Savings / Gifts.**
ARE YOU CURRENT IN FINE/RESTITUTION AND ALL OTHER COURT-ORDERED PAYMENTS?
               ✓ YES ____ NO

IF NO, EXPLAIN: _____

DO YOU HAVE ANY PENDING CHARGES? ____ YES ____ NO

IF YES EXPLAIN: _____

---

### FOR OFFICE USE ONLY

| Approved/Date | United States Probation Officer Signature |
|---|---|
| | |
| | please write special instructions on back |

Yes or No?:     NV State Felon Registration? _____     Idaho Sex Offender Registration? _____

## TRAVEL REQUEST FORM (BACK)

44444444444444444444444444444444444444444444444444444444444444
IF YOU ARE STOPPING AT VARIOUS LOCATIONS ALONG THE WAY DURING THIS PERIOD OF
TRAVEL, INDICATE BELOW YOUR ITINERARY:

| DATE LEAVING | DATE ARRIVING | LOCATION |
|---|---|---|
| 1. 7/4/25 | 7/4/25 | LOS ANGELES, CA. |
| 2. 7/10/25 | 7/7/25 | SAN DIEGO, CA. |
| 3. 7/14/25 | 7/10/25 | TAMPA BAY, FL |
| 4. | | |
| 5. | | |

INDICATE BELOW THE NAMES, ADDRESSES, TELEPHONE NUMBERS, AND RELATIONSHIP
OF THOSE YOU WILL BE STAYING WITH AT EACH LOCATION DURING YOUR TRAVEL, AS
WELL AS THE PURPOSE OF THE VISIT

1. LISTED ON FRONT.
2. HOTEL DEL CORONODO. - 619-435-6611    1500 ORANGE AVE, CORONADO, CA. 92118
3. TBD. - WILL PROVIDE ONCE BOOKED.
4. 
5. 

---

### FOR OFFICE USE ONLY

SPECIAL INSTRUCTIONS TO BE TYPED ON TRAVEL PERMIT