MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CARL LESUEUR, Assistant United States Attorney (#16087)
BRENT ANDRUS, Assistant United States Attorney (NY #5143474)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:  Carl.lesueur@usdoj.gov
Email: Brent.Andrus@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:24cr357 - TS |
| Plaintiff, | : | |
| v. | : | TENTH NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| AARON WAGONER, et al, | : | |
| Defendant. | : | |
| | : | Judge Ted Stewart |

---

The United States of America, by and through the undersigned, hereby files its tenth notice of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

//
//

| Description | Bates Number |
|---|---|
| Discovery produced:<br><br>        NOC 10<br><br>Investigative Reports produced via USAfx. | *Discovery Index provided via USAfx.* |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time.  Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material.  Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant

under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 22nd day of April, 2026.

Melissa HOLYOAK
First Assistant United States Attorney


 /s/ Carl LeSueur
CARL LESUEUR
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on the 25<u>th</u> day of March, 2026, the TENTH CERTIFICATE OF

COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically

with the District Court, and caused to be made available for download from USAfx, to the

following:

| | |
|---|---|
| **Nathan A. Crane**<br>**Richard A. Van Wagoner**<br>SPencer Fane LLP<br>10 Exchange Place 11th Floor<br>Salt Lake City, UT. 84111<br>Email: ncrane@spencerfane.com<br>Email: rvanwagoner@spencerfane.com<br>*Attorneys for Aaron Wagoner* | **Matthew Lewis &**<br>**Taylor J. Smith**<br>KUNZLER BEAN & ADAMSON<br>50 W Broadway STE 1000<br>Salt Lake City, UT 84101<br>Email: mlewis@kba.law<br>Email: tsmith@kba.law<br>*Attorneys for Michael Mains* |

/s/ *Shannon Mattson*
Shannon Mattson, LAS – Litigation Support