**US v. Aaron Wagner et al**

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC | Database |
|---|---|---|---|---|---|---|---|---|
| **Investigative** | FBI | 302 relating to release of Aaron Wagner's passport released to Nathan C | INV-FBI-12-00001 | INV-FBI-12-00001 | None | Agent | 10 | Wagner Main |
| | FBI | Receipt for Property relating to Aaron Wagner's Passport | INV-FBI-12-00002 | INV-FBI-12-00002 | None | Agent | 10 | Wagner Main |
| | FBI | 302 relating to release of silver Apple MacBook Laptop& silver/purple fla | INV-FBI-12-00003 | INV-FBI-12-00003 | None | Agent | 10 | Wagner Main |
| | FBI | Receipt for Property relating to Silver Apple MacBook Laptop & silver/pu | INV-FBI-12-00004 | INV-FBI-12-00004 | None | Agent | 10 | Wagner Main |
| | FBI | 302 relating to interview of ▮▮▮▮▮▮ (dated 11/10/25) | INV-FBI-12-00005 | INV-FBI-12-00005.02 | None | Agent | 10 | Wagner Main |
| | FBI | Agent notes relating to interview of ▮▮▮▮ ▮ | INV-FBI-12-00006 | INV-FBI-12-00006.03 | None | Agent | 10 | Wagner Main |
| | FBI | 302 relating to release of Grey Apple laptop & Grey Apple iPhone to Meg | INV-FBI-12-00007 | INV-FBI-12-00007 | None | Agent | 10 | Wagner Main |
| | FBI | Receipt for Property relating to Grey Apple laptop & Grey Apple iPhone | INV-FBI-12-00008 | INV-FBI-12-00008 | None | Agent | 10 | Wagner Main |
| | FBI | 1036 relating to Email from ▮▮▮▮▮champ@yahoo.com (dated 12/0 | INV-FBI-12-00009 | INV-FBI-12-00010 | None | Agent | 10 | Wagner Main |
| | FBI | Email from ▮▮▮▮▮champ@yahoo.com | INV-FBI-12-00011 | INV-FBI-12-00011 | None | Agent | 10 | Wagner Main |
| | FBI | 1036 relating to complaint regarding Aaron Wagner & Michael Mains (da | INV-FBI-12-00012 | INV-FBI-12-00013.02 | None | Agent | 10 | Wagner Main |
| | FBI | Email Titled: NTOC2026 Additional Information, Reference XXXX-SU-379 | INV-FBI-12-00014 | INV-FBI-12-00014.02 | None | Agent | 10 | Wagner Main |
| | | | | | | | | |