# IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | ) )<br>) | **ORDER FOR MODIFICATION**<br>**OF CONDITIONS OF RELEASE** |
| **Aaron A. Wagner** | ) )<br>) | **CASE NO.: 2:24CR00357-001** |

Upon recommendation of the United States Pretrial Office to modify the conditions of the release for the above defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that the defendant's conditions of release be modified as follows:

Remove the condition: Not frequent establishments where alcohol is the main item of order. (Incorrectly added for defendant on December 2, 2024 when his conditions were modified to have no contact with co-defendant without counsel present.)

DATED this __16th__ day of __June__ 20__26__

BY THE COURT:

*Cecilia M. Romero*

Honorable Cecilia Romero
United States Magistrate Judge