RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
MELINDA BOWEN (13150)
**SPENCER FANE LLP**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone:  (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
mbowen@spencerfane.com
 *Attorneys for Defendant Aaron Wagner*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON A. WAGNER, and<br>MICHAEL MAINS,<br><br>Defendant. | **DEFENDANTS' JOINT STIPULATED MOTION FOR BRIEF EXTENSION TO FILE PRETRIAL MOTIONS**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart<br>Magistrate Judge Cecila Romero |

Defendants jointly move for a brief extension to file pretrial motions through July 2, 2026. The United States, through Mr. Andrus, stipulates to the extension. The Court's Order to Continue Jury Trial (Dkt. 126) set the motion deadline for 90 days before trial which is June 26, 2026. The defendants are in the process of preparing additional motions but need a few more days.

DATED this 26th day of June 2026.

**SPENCER FANE LLP**

*/s/ Richard A. Van Wagoner*
Richard A. Van Wagoner
Nathan A. Crane
Melinda K. Bowen
  *Attorneys for Defendant Aaron Wagner*

**MASSEY BEAN AND LEWIS**

*/s/ Taylor Smith*
*Taylor Smith (signed with permission via email on 6/26/26 by filling attorney)*
  *Attorney for Defendant Michael Mains*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the **MOTION FOR BRIEF EXTENSION TO FILE SEVERANCE MOTIONS** was served upon Plaintiff by submission of the document for electronic filing on June 26, 2026.

Carl D. LeSueur
Brent L. Andrus
Travis K. Elder
Assistant United States Attorney
111 S. Main Street, Ste. 1800
Salt Lake City, UT 84111
801-524-5682
carl.lesueur@usdoj.gov
Brent.Andrus@usdoj.gov
travis.elder@usdoj.gov
*Attorney for Plaintiff*

*/s/ Megan L. Neff*
Legal Assistant

4812-5308-7597, v. 1

3