# Becca Broderick, CFE, CPA

## Employment

**Federal Bureau of Investigation** — **Salt Lake City, UT**

*Forensic Accountant* — *July 2023 to Present*

*Honors Intern* — *June 2016 - Aug. 2016 full-time, Sept. - May 2017 part-time*

- Provides financial expertise on complex criminal cases requiring the analysis of voluminous data to determine the source and use of funds as well as the larger financial picture; identifies witnesses, victims, and co-conspirators; traces funds to assets that may be recoverable; and calculates loss and restitution
- Plans, organizes, and coordinates with agents, analysts, and attorneys from the onset of the case to identify the statute relevant to the case, develop investigative strategy, and collect and assess evidence in relation to the elements of the statute
- Drafts and serves subpoenas for relevant evidence such as financial records, bank records, tax documents, loan documents, and business records
- Provides written summaries and exhibits of financial facts used in indictments, search warrants, restraining orders, seizure warrants, loss and restitution schedules, and other court documents
- Creates visualizations in Power BI, i2 Analyst's Notebook, Excel and other software tools to summarize complex financial transactions and analysis succinctly, clearly, and concisely for agents, attorneys, and jurors
- Investigates allegations of investment fraud, bank fraud, embezzlement, and other white-collar crimes
- Participates in interviews of victims, witnesses, and targets and the memorialization of interviews in 302s
- Meets with state and federal partners to present case findings and to improve efficiencies in the investigation of financial crimes
- Innovates new ways to process, analyze, and synthesize large amounts of financial data to provide efficient ways to identify, summarize, and trace funds
- Provides expertise and guidance to case agents and analysts on financial matters and mentors interns new to financial investigations

**Deloitte & Touche** — **Rosslyn, VA; McLean, VA**

*Senior Consultant, Advisory* — *Sept 2020 - June 2023*

*Consultant, Advisory* — *July 2017 - Aug. 2020*

*Audit Intern* — *Jan. 2016 - Mar. 2016*

- Provided financial advisory services in audit remediation, financial analytics, and business process improvement
- Reconciled transactions from a feeder system to the general ledger to identify variances
- Became team resource for accounting and business process knowledge for analytics-focused team members
- Investigated root causes of variances between governmental financial statements balances
- Presented findings to key stakeholders to share assessment and analysis of feeder system reconciliations
- Documented variances from reconciliations in working papers to summarize the reconciliation process and findings
- Developed automated audit remediation analytics tools that increased the efficiency of the processes from weeks to days and days to hours to analyze over 50 material accounts and became the team expert in Audit Command Language (ACL)

- Led team members to improve efficiency and analysis, provided solutions that could be widely implemented throughout the team, and guided less-technical team members to create technical deliverables and improve their technical abilities
- Cleaned, analyzed, and prepared large datasets using Tableau and Tableau Prep Builder
- Designed and built Tableau dashboards to provide greater insight into key questions and improve analytics
- Documented and analyzed business processes and provided recommendations for process improvements
- Led the team toward more reliable metric-driven data for the client by adding data validation, improving. data quality, and automating processes in VBA to expand the efficiency and effectiveness of the team
- Identified key metrics to identify prevalence of accounting issues and pinpoint possible methodologies to remediate these issues for property, plant, and equipment (PP&E) that led to resolutions that were accepted by the client
- Coordinated and communicated amongst team members to set priorities, develop timelines, review and complete deliverables effectively and efficiently, and share accomplishments and risks with team leadership
- Supported writing workshop for university students by critiquing student writing and sharing tips on effective business writing and communication
- Organized and documented the financial statements for statutory accounting to GAAP accounting for eight subsidiaries of an insurance company
- Aided in expense, investment, and cash testing for the 2015 audit of a financial services organization

## Skills and Certifications

- Certified Public Accountant (CPA) in Virginia
- Certified Fraud Examiner (CFE)
- Completed Projects: Power BI, Tableau, Audit Command Language (ACL), and Visual Basic (VBA)
- Completed Trainings: Python

## Education

**Brigham Young University** **Provo, UT**

*Marriott School of Management* *Graduated Apr. 2017*

- Master of Accountancy, Professional Stem; Bachelor of Science in Accounting
- Overall GPA 3.93/4.00