**Key Accounts**

| Bank | Account Number | Account Name | Open Date | Signers |
|---|---|---|---|---|
| Central Bank | 121327191 | Wagscap, LLC | 1/24/2019 | Aaron Wagner/JW/TM |
| Central Bank | 121328116 | Wags Capital LLC | 9/3/2019 | Aaron Wagner |
| Central Bank | 121328504 | Wagscap Food Services LLC | 5/7/2019 | |
| Wells Fargo | 2137009326 | Aaron A Wagner & Spouse | 7/22/2019 | Aaron Wagner/Spouse |
| Wells Fargo | 2137009342 | Dynamic Capital LLC | 7/22/2019 | Aaron Wagner |
| Wells Fargo | 3196204329 | The Belle LLC | 1/29/2021 | Cole Bergquist/Aaron Wagner |
| Wells Fargo | 8288997995 | Wags Elevator LLC | 9/2/2020 | Aaron Wagner/Michael Mains |
| Wells Fargo | 9082049264 | Wags Capital LLC | 8/28/2019 | Aaron Wagner |
| Wells Fargo | 9082288573 | Wagscap Food Services, LLC | 8/28/2019 | Aaron Wagner |
| US Bank | 153154795444 | Bird Group X LLC | 7/28/2021 | Aaron Wagner/Michael Mains/CSB |
| US Bank | 153154795451 | Sugar Group X LLC | 7/28/2021 | Aaron Wagner/Michael Mains/CSB |
| US Bank | 153154840406 | WCFS Cantina LLC | 10/13/2021 | Aaron Wagner/Michael Mains/CSB |
| US Bank | 153154867979 | Wagscap Food Services LLC | 1/26/2021 | Aaron Wagner/Michael Mains |
| US Bank | 153154868282 | Mantel Capital LLC | 3/5/2020 | Michael Mains |
| US Bank | 153154946906 | Kokonut Group X LLC | 4/29/2021 | Aaron Wagner/Michael Mains |
| US Bank | 153155080069 | WFH EB Secondaries LLC | 6/8/2021 | Aaron Wagner/Michael Mains |
| US Bank | 153155080077 | Wags EB Secondaries LLC | 6/8/2021 | Aaron Wagner/Michael Mains |
| US Bank | 153155172320 | WCFS Electric Fish LLC | 12/21/2022 | |
| US Bank | 153155172353 | WCFS Morning After PG LLC | 12/27/2022 | |
| US Bank | 153155273227 | Cantina Group X LLC | 6/14/2023 | Aaron Wagner/Michael Mains |
| US Bank | 153155273722 | Wagscap Food Services LLC | 6/27/2023 | |

**Account X6906 - Kokonut Group X Deposits**

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor/Payee |
|---|---|---|---|---|---|
| Account X6906 - Kokonut Group X | US Bank | 5/28/2021 | $200,000.00 | | Account X7979 - Wagscap Food Services LLC |
| Account X6906 - Kokonut Group X | US Bank | 6/4/2021 | $150,000.00 | Kokonut Group X - 2021 Return | Provident Trust Group, LLC |
| Account X6906 - Kokonut Group X | US Bank | 7/12/2021 | $6,000.00 | | Account X2305 - Kokonut Island Grill Of Slc LLC |
| Account X6906 - Kokonut Group X | US Bank | 7/15/2021 | $500,000.00 | Kokonut Group X - 2021 Return | Boardwalk Food & Beverage Partners |
| Account X6906 - Kokonut Group X | US Bank | 7/20/2021 | $250,000.00 | Kokonut Group X - 2021 Return | Boardwalk Food & Beverage Partners |
| Account X6906 - Kokonut Group X | US Bank | 7/22/2021 | $250,000.00 | Kokonut Group X - 2021 Return | Lifestyle Money Family LLC |
| Account X6906 - Kokonut Group X | US Bank | 8/5/2021 | $250,000.00 | Kokonut Group X - 2021 Return | Eastside Marketing Inc |
| Account X6906 - Kokonut Group X | US Bank | 8/27/2021 | $50,000.00 | DKDG - Rex Group | DC Inc |
| Account X6906 - Kokonut Group X | US Bank | 8/30/2021 | $100,000.00 | DKDG - Rex Group | G Group Inc |
| Account X6906 - Kokonut Group X | US Bank | 8/30/2021 | $50,000.00 | DKDG - Rex Group | ADP Lemco Inc |
| Account X6906 - Kokonut Group X | US Bank | 8/30/2021 | $50,000.00 | DKDG - Rex Group | CRB |
| Account X6906 - Kokonut Group X | US Bank | 8/30/2021 | $50,000.00 | DKDG - Rex Group | H Plastic Surgery Inc |
| Account X6906 - Kokonut Group X | US Bank | 8/31/2021 | $100,000.00 | DKDG - Rex Group | CC |
| Account X6906 - Kokonut Group X | US Bank | 8/31/2021 | $50,000.00 | DKDG - Rex Group | CLVB |
| Account X6906 - Kokonut Group X | US Bank | 8/31/2021 | $50,000.00 | DKDG - Rex Group | JST |
| Account X6906 - Kokonut Group X | US Bank | 8/31/2021 | $50,000.00 | DKDG - Rex Group | JST |
| Account X6906 - Kokonut Group X | US Bank | 9/1/2021 | $100,000.00 | DKDG - Rex Group | MM |
| Account X6906 - Kokonut Group X | US Bank | 9/1/2021 | $100,000.00 | DKDG - Rex Group | TP |
| Account X6906 - Kokonut Group X | US Bank | 9/1/2021 | $50,000.00 | DKDG - Rex Group | MM |
| Account X6906 - Kokonut Group X | US Bank | 9/1/2021 | $50,000.00 | DKDG - Rex Group | RBS - ERS |
| Account X6906 - Kokonut Group X | US Bank | 9/2/2021 | $100,000.00 | DKDG - Rex Group | DL & EL Fam LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/2/2021 | $50,000.00 | Kokonut Group X - 2021 Return | Royal Realty Prop Mgmt & Inv |
| Account X6906 - Kokonut Group X | US Bank | 9/2/2021 | $50,000.00 | Kokonut Group X - 2021 Return | Slopes Digital, LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/9/2021 | $100,000.00 | Kokonut Group X - 2021 Return | BSM |
| Account X6906 - Kokonut Group X | US Bank | 9/14/2021 | $350,000.00 | Kokonut Group X - 2021 Return | DKH Investment Holding Co LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/14/2021 | $250,000.00 | Kokonut Group X - 2021 Return | JR |
| Account X6906 - Kokonut Group X | US Bank | 9/15/2021 | $50,000.00 | Kokonut Group X - 2021 Return | DFM or NS |
| Account X6906 - Kokonut Group X | US Bank | 9/16/2021 | $50,000.00 | Kokonut Group X - 2021 Return | BM |
| Account X6906 - Kokonut Group X | US Bank | 9/24/2021 | $150,000.00 | Kokonut Group X - 2021 Return | JR |
| Account X6906 - Kokonut Group X | US Bank | 9/24/2021 | $100,000.00 | Kokonut Group X - 2021 Return | Social Expansion, LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/24/2021 | $50,000.00 | Kokonut Group X - 2021 Return | CAM |
| Account X6906 - Kokonut Group X | US Bank | 9/24/2021 | $50,000.00 | Kokonut Group X - 2021 Return | DB |
| Account X6906 - Kokonut Group X | US Bank | 9/24/2021 | $50,000.00 | Kokonut Group X - 2021 Return | P Capital LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/27/2021 | $100,000.00 | Kokonut Group X - 2021 Return | Pliris, A Nevada Corporation |
| Account X6906 - Kokonut Group X | US Bank | 9/27/2021 | $50,000.00 | Kokonut Group X - 2021 Return | BTP, L L.C 330 |
| Account X6906 - Kokonut Group X | US Bank | 9/28/2021 | $400,000.00 | Kokonut Group X - 2021 Return | Sugar Bird LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/28/2021 | $100,000.00 | Kokonut Group X - 2021 Return | JL |
| Account X6906 - Kokonut Group X | US Bank | 9/29/2021 | $50,000.00 | Kokonut Group X - 2021 Return | JNJ |
| Account X6906 - Kokonut Group X | US Bank | 9/30/2021 | $300,000.00 | Kokonut Group X - 2021 Return | Alpha Influence, LLC |
| Account X6906 - Kokonut Group X | US Bank | 9/30/2021 | $50,000.00 | Kokonut Group X - 2021 Return | Blazer Marketing LLC |
| Account X6906 - Kokonut Group X | US Bank | 10/5/2021 | $100,000.00 | Kokonut Group X - 2021 Return | Pure Water Of America LLC |
| Account X6906 - Kokonut Group X | US Bank | 10/8/2021 | $100,000.00 | Kokonut Group X - 2021 Return | SW |
| Account X6906 - Kokonut Group X | US Bank | 10/21/2021 | $100,000.00 | DKDG - Rex Group | GM |
| Account X6906 - Kokonut Group X | US Bank | 10/22/2021 | $100,000.00 | DKDG - Rex Group | PRJ |
| Account X6906 - Kokonut Group X | US Bank | 10/25/2021 | $150,000.00 | DKDG - Rex Group | MH |
| Account X6906 - Kokonut Group X | US Bank | 10/26/2021 | $100,000.00 | DKDG - Rex Group | Ehmann Realty LLC |
| **Total (Excluding Reversed)** | | | **$5,356,000.00** | | |
| **Total Investor Funds** | | | **$5,350,000.00** | | |
| **Percent Investor Funds** | | | **99.89%** | | |

**Other Investor Deposits After Last Date Listed in Disclosure**

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor/Payee |
|---|---|---|---|---|---|
| Account X6906 - Kokonut Group X | US Bank | 8/16/2022 | $100,000.00 | Kokonut Group X - 2022 Return | Control Holdings, LLC |

**Account X5444 - Bird Group X Deposits**

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| Account X5444 - Bird Group X | US Bank | 8/5/2021 | $ 250,000.00 | | Account X7979 - Wagscap Food Services LLC |
| Account X5444 - Bird Group X | US Bank | 8/25/2021 | $ 250,000.00 | Bird Group X - 2021 Return | B M Acquisitions, LLC |
| Account X5444 - Bird Group X | US Bank | 8/25/2021 | $ 125,000.00 | Bird Group X - 2021 Return | B M Acquisitions, LLC |
| Account X5444 - Bird Group X | US Bank | 9/1/2021 | $ 50,000.00 | Bird Group X - 2021 Return | Royal Realty Prop Mgmt & Inv |
| Account X5444 - Bird Group X | US Bank | 9/15/2021 | $ 700,000.00 | | Account X6906 - Kokonut Group X LLC |
| Account X5444 - Bird Group X | US Bank | 9/22/2021 | $ 250,000.00 | Bird Group X - 2021 Return | Real Business Owners |
| Account X5444 - Bird Group X | US Bank | 9/28/2021 | $ 500,000.00 | Bird Group X - 2021 Return | Sugar Bird LLC |
| Account X5444 - Bird Group X | US Bank | 9/28/2021 | $ 100,000.00 | Bird Group X - 2021 Return | Life Elevated Company LLC |
| Account X5444 - Bird Group X | US Bank | 10/5/2021 | $ 300,000.00 | Bird Group X - 2021 Return | Sugar Bird LLC |
| Account X5444 - Bird Group X | US Bank | 10/5/2021 | $ 100,000.00 | Bird Group X - 2021 Return | Pure Water Of America LLC |
| Account X5444 - Bird Group X | US Bank | 10/7/2021 | $ 25,000.00 | Bird Group X - 2021 Return | TM |
| Account X5444 - Bird Group X | US Bank | 10/8/2021 | $ 100,000.00 | Bird Group X - 2021 Return | SW |
| Account X5444 - Bird Group X | US Bank | 10/19/2021 | $ 250,000.00 | Bird Group X - 2021 Return | AO |
| Account X5444 - Bird Group X | US Bank | 11/8/2021 | $ 300,000.00 | Bird Group X - 2021 Return | TV Ohana, LLC |
| **Total** | | | **$ 3,300,000.00** | | |
| **Total Investor Funds** | | | **$ 3,049,215.83** | | |
| **Percent Investor Funds** | | | **92.40%** | | |

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| Account X5444 - Bird Group X | US Bank | 3/17/2022 | $ 25,000.00 | | Top Shelf Tax And Accounting LLC |
| Account X5444 - Bird Group X | US Bank | 5/5/2022 | $ 25,000.00 | | Top Shelf Tax And Accounting LLC |
| Account X5444 - Bird Group X | US Bank | 9/22/2022 | $ 140,000.00 | Memo | NGM |
| Account X5444 - Bird Group X | US Bank | 9/27/2022 | $ 160,000.00 | | NGM |

**Account X5451 - Sugar Group X Deposits**

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| Account X5451 - Sugar Group X | US Bank | 8/13/2021 | $ 500,000.00 | Sugar Group X - 2021 Return | Lifestyle Money Family LLC |
| Account X5451 - Sugar Group X | US Bank | 8/13/2021 | $ 150,000.00 | Sugar Group X - 2021 Return | MB |
| Account X5451 - Sugar Group X | US Bank | 9/1/2021 | $ 100,000.00 | Sugar Group X - 2021 Return | Royal Realty Prop Mgmt & Inv |
| Account X5451 - Sugar Group X | US Bank | 9/22/2021 | $ 250,000.00 | Sugar Group X - 2021 Return | Real Business Owners |
| Account X5451 - Sugar Group X | US Bank | 9/28/2021 | $ 170,000.00 | Sugar Group X - 2021 Return | Tri-City Partners LLC |
| Account X5451 - Sugar Group X | US Bank | 10/5/2021 | $ 300,000.00 | Sugar Group X - 2021 Return | Sugar Bird LLC |
| Account X5451 - Sugar Group X | US Bank | 10/5/2021 | $ 100,000.00 | Sugar Group X - 2021 Return | Pure Water Of America LLC |
| Account X5451 - Sugar Group X | US Bank | 10/5/2021 | $ 30,000.00 | Sugar Group X - 2021 Return | Tri-City Partners LLC |
| Account X5451 - Sugar Group X | US Bank | 10/7/2021 | $ 850,000.00 | | Account X6906 - Kokonut Group X LLC |
| Account X5451 - Sugar Group X | US Bank | 10/8/2021 | $ 100,000.00 | Sugar Group X - 2021 Return | SW |
| Account X5451 - Sugar Group X | US Bank | 10/27/2021 | $ 500,000.00 | Sugar Group X - 2021 Return | Sugar Bird LLC |
| Account X5451 - Sugar Group X | US Bank | 11/4/2021 | $ 2,141.92 | | Amazon |
| Account X5451 - Sugar Group X | US Bank | 11/9/2021 | $ 300,000.00 | Sugar Group X - 2021 Return | TV Ohana, LLC |
| Account X5451 - Sugar Group X | US Bank | 12/2/2021 | $ 100,000.00 | Sugar Group X - 2021 Return | MB |
| Account X5451 - Sugar Group X | US Bank | 12/6/2021 | $ 2,000,000.00 | Sugar Group X - 2021 Return | Hello S Investor Group LLC |
| Account X5451 - Sugar Group X | US Bank | 12/6/2021 | $ 205,000.00 | | Account X7979 - Wagscap Food Services LLC |
| Account X5451 - Sugar Group X | US Bank | 3/22/2022 | $ 99,400.00 | Sugar Group X - 2022 Return | RB |
| Account X5451 - Sugar Group X | US Bank | 3/23/2022 | $ 100,000.00 | Sugar Group X - 2022 Return | KF |
| Account X5451 - Sugar Group X | US Bank | 3/24/2022 | $ 100,000.00 | Sugar Group X - 2022 Return | KF |
| Account X5451 - Sugar Group X | US Bank | 3/25/2022 | $ 55,600.00 | Sugar Group X - 2022 Return | KF |
| **Total** | | | **$ 6,012,141.92** | | |
| **Total Investors** | | | **$ 6,009,047.80** | | |
| **Percent Investor Funds** | | | **99.95%** | | |

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| Account X5451 - Sugar Group X | US Bank | 9/12/2022 | $ 150,000.00 | Sugar Group X - 2022 Return | CEO Capital |

**Account X0406 - WCFS Cantina Deposits**

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 12/17/2021 | $ 250,000.00 | Cantina Group X - 2022 Return | Alpha Influence, LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 1/21/2022 | $ 106,000.00 | Cantina Group X - 2022 Return | M Investments LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 1/24/2022 | $ 94,000.00 | Cantina Group X - 2022 Return | M Investments LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 2/2/2022 | $ 250,000.00 | Cantina Group X - 2022 Return | ML |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/10/2022 | $ 200,000.00 | Utah Botellas Group - Rex Group | PRJ or SBJ |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/11/2022 | $ 125,000.00 | Utah Botellas Group - Rex Group | MDMRH LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/14/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | Dmce LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/14/2022 | $ 100,000.00 | | JCL |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/15/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | SLC146 LLC Dba Alair Homes |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/15/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | TLS |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/16/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | Natersteph Real Esate LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/17/2022 | $ 50,000.00 | Utah Botellas Group - Rex Group | Empower Home Tea |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/18/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | DJ |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/21/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | Ehmann Realty LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/28/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | TCN |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 3/31/2022 | $ 100,000.00 | Utah Botellas Group - Rex Group | R Capital LLP - JNR |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 4/19/2022 | $ 85,000.00 | Utah Botellas Group - Rex Group | JR |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 6/27/2022 | $ 150,000.00 | Cantina Group X - 2022 Return | Easier Accounting LLC - JW |
| **Total** | | | **$ 2,210,000.00** | | |
| **Total Investors** | | | **$ 2,110,000.00** | | |
| **Percent Investor Funds** | | | **95.48%** | | |

| Account Last 4 & Name | Bank Name | Posted Date | Credit | Source | Payor |
|---|---|---|---|---|---|
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 7/27/2022 | $ 200,000.00 | | LH |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 7/27/2022 | $ 150,000.00 | Cantina Group X - 2022 Return; Memo - BEM | TJ or GJ |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 7/28/2022 | $ 100,000.00 | | BG |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 8/4/2022 | $ 50,000.00 | | AT |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 8/5/2022 | $ 50,000.00 | | PG and LH |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 8/12/2022 | $ 200,000.00 | | Account X3055 |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 8/22/2022 | $ 50,000.00 | Cantina Group X - 2022 Return | DIA Real Estate LLC |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 9/27/2022 | $ 500,000.00 | Cantina Group X - 2022 Tax Return | The S Irrevocable Trust |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 10/11/2022 | $ 50,000.00 | Cantina Group X - 2022 Return; Memo - BEM | TI |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 10/14/2022 | $ 50,000.00 | Cantina Group X - 2022 Return; Memo - BEM | BN |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 6/28/2023 | $ 100,000.00 | | Flagstick Ventures |
| ACCOUNT X0406 - WCFS Cantina LLC DBA Las Botellas | US Bank | 7/3/2023 | $ 250,000.00 | Memo states "Investment" | AEC |

**September 3, 2021 through September 7, 2021**
**Distributions**
**Overall Flow of Funds**




*Deposits from other sources:
X7979 - $30.4K, 23 transactions

**September 3, 2021 through September 7, 2021**
**Distributions**
**Activity of Account X7979 – Wagscap Food Services**

| | | | | | |
|---|---|---|---|---|---|
| 9/3/2021 | $148.5K | $645.4K | $715.3K | $78.6K | 9/7/2021 |
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |






**September 30, 2021 through October 4, 2021**
**Anthem Office Purchase**
**Overall Flow of Funds**




*Deposits from other sources:
X7979 - $31.4K, 24 transactions

**September 30, 2021 through October 4, 2021**
**Anthem Office Purchase**
**Activity of Account X7979 – Wagscap Food Services**

| 9/30/2021 | $111.1K | $531.4K | $565.0K | $77.5K | 10/4/2021 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |






**October 8, 2021**
**Shoeman Lane Purchase**
**Overall Flow of Funds**






Grand Canyon Title Agency
7323 E Shoeman Lane, Scottsdale, AZ

*Deposits from other sources:
X7979 - $29K, 9 transactions

**October 8, 2021**
**Shoeman Lane Purchase**
**Activity of Account X7979 – Wagscap Food Services**

| 10/8/2021 | $34.4K | $4.4M | $4.3M | $110.3K | 10/8/2021 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |



**October 15, 2021**
**Scottsdale House Purchase**
**Overall Flow of Funds**

Investors → $4.75M, 7/13/2021-10/15/2021 → Account X6906 - Kokonut Group X → $726.3K, 10/15/2021 → Pioneer Title Agency

Investors

$4.75M
7/13/2021-10/15/2021

Account X6906 - Kokonut Group X
Ending Balance on 10/14/2021: $1.03M
Ending Balance on 10/15/2021: $197.8K

$726.3K
10/15/2021



Pioneer Title Agency
11221 N 75th St, Scottsdale, AZ

**November 18, 2021**
**Higgins Riverfront Purchase**
**Overall Flow of Funds**





PRINTED ON LINEMARK PAPER • HOLD TO LIGHT TO VIEW • FOR ADDITIONAL SECURITY FEATURES SEE BACK.

CASHIER'S CHECK

0433401297

0004334
Office AU #

11-24
1210(8)

Remitter: COLE BERGQUIST
Operator I.D.: u826895 u509936

November 18, 2021

PAY TO THE ORDER OF ***FIRST AMERICAN TITLE***

**Two Million Five Hundred Twenty-Nine Thousand One Hundred Eighty and 29/100 -US Dollars ** **$2,529,180.29**

VOID IF OVER US $ 2,529,180.29

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
234 W MAIN ST
MISSOULA, MT 59802
FOR INQUIRIES CALL (480) 394-3122 948190

Authorized Signature    Authorized Signature

Security Features Included. Details on Back.

⑈0433401297⑈ ⑆121000248⑆4861 507309⑈

FI-WFB-TB-01-00005.03

*Deposits from other sources:
X6906 - $2.7K, 3 transactions
X5451 - $2.6K, 5 transactions

**November 26, 2021 through December 13, 2021**
**Refinance Shoeman Lane**
**Overall Flow of Funds**




*Deposits from other sources:
-X9264 - $585.9K wired on 11/26/2021 and reversed 11/30/2021
-X7979 - $1.8K, 7 transactions
-X5451 - $2M from Hello S Investor Group
-X6906 - $5K, 3 transactions

**December 20, 2021**
**CJ4 Plane Purchase Part 1**
**Overall Flow of Funds**




*Deposits from other sources:
X7979 - $8.7K, 28 transactions

**December 30, 2021**
**Truck Ranch HQ and Elliott Aviation Transaction**
**Overall Flow of Funds**



**February 4, 2022 through March 28, 2022**
**Truck Ranch Repayment Part 1**
**Overall Flow of Funds**







NOTE: No payments went to Account X5451 – Sugar Group X or any Wagscap Food Service accounts from 2/4/2022 through 4/4/2022 from X8116, X9342, X9264, or X9326

**February 4, 2022 through March 2, 2022**
**Truck Ranch Repayment Part 1**
**Account Activity of Account X9342 – Dynamic Capital**

| 2/4/2022 | $13.1K | $298.5K | $295.3K | $16.3K | 3/2/2022 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |







NOTE: No payments went to Account X5451 – Sugar Group X or any Wagscap Food Service account from 2/4/2022 through 4/4/2022 from X8116, X9342, X9264, or X9326

**February 18, 2022**
**CJ4 Plane Purchase Part 2**
**Overall Flow of Funds**




*Deposits from other sources:
X7979 - $4.2K, 38 transactions

**February 24, 2022 through March 11, 2022**
**Truck Ranch HQ Repayment Part 2**
**Account Activity of Account X7979 – Wagscap Food Services**

| 2/24/2022 | $110.7K | $364.6K | $408.4K | $66.8K | 3/11/2022 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |




*No payments went to Account X5451 – Sugar Group X during the outlined period

**September 12, 2022 through September 13, 2022**
**World Fuel Europe**
**Overall Flow of Funds**



**November 18, 2022 through December 16, 2022**
**Jangro and Carusillo Dirty Bird Loan**
**Activity of Account X7979 – Wagscap Food Services**

| 11/18/2022 | $22.9K | $3.2M | $3.1M | $48.3K | 12/16/2022 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |







Note: About $255K went to Bird Group X accounts and Dirty Bird restaurant accounts; the Sorensen Design & Construction payments relate to renovations of the Wagscap Food Services office, Suite 201

**November 18, 2022 through December 16, 2022**
**Jangro and Carusillo Dirty Bird Loan**
**Overall Flow of Funds**




*Deposits from other sources: X7979 - $162.9K, 208 transactions

Note: In X7979, about $255K went to Bird Group X accounts and Dirty Bird restaurant account; the Sorensen Design & Construction payments relate to renovations of the Wagscap Food Services office, Suite 201

**December 13, 2022 through January 18, 2023**
**Sale of CJ4 Plane**
**Overall Flow of Funds**







*Deposits from other sources:
-X8573 - $3K, 2 transactions
-X9342 - $20.4K, 30 transactions
-X9264 - $0.4K, 2 transactions
-X7979 - $364.2K, 169 transactions

* Significant Use of Funds:
-X9342 – American Express: $172K; Account X8116 – Wags Capital: $50K; Capital One $44.5K; Account X9326 – Aaron Wagner, Spouse: $25K; CB: 20K; Select Portfolio: $18.9K; and other transactions
-X9264 – Wagner Leasing: $358.4K; Truck Ranch: 250K; CMW: $150K; CA: $135K; and other transactions

**February 28, 2023 through March 23, 2023**
**Sale of Pilatus Plane**
**Activity of Account X7979 – Wagscap Food Services**

| 2/28/2023 | $55.6K | $3.1M | $3.1M | $239.5 | 3/23/2023 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |






**June 7, 2023 through July 6, 2023**
**SL20 LLC - Investor in WCFS**
**Activity of Account X7979 – Wagscap Food Services**

| 6/7/2023 | $151.9K | $6.3M | $6.5M | $40.3K | 7/6/2023 |
|---|---|---|---|---|---|
| Earliest Posted Date | Beginning Balance | Total Inflows | Total Outflows | Ending Balance | Latest Posted Date |







Note: On 6/13/2023, $181,090 was transferred to Account X9342 – Dynamic Capital. On the use of funds provided to SL20 LLC, a transaction for $181,090 on 6/13/2023 was attributed to Sorensen Construction Payments. According to bank records, there were no payments to Sorensen Construction on 6/13/2023.

**September 12, 2023 through September 28, 2023**
**Scottsdale House Sale Part 1**
**Overall Flow of Funds**



**October 2, 2023 through October 11, 2023**
**Scottsdale House Sale Part 2 and Mr. Mains Transfers**
**Overall Flow of Funds**




*Memos:
10/3/2023 – "BUSINESS DEBT PAYMENT BUSINESS PARTNERS"

10/4/2023 – "DEBT REPAYMENT BUSINESS PARTNERS"

**2021 through 2022**
**Number of Stores Reported on Tax Returns**
**Kokonut Group X, Sugar Group X, Bird Group X**

| | 2022 | | | 2021 | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Kokonut Group X*** | **Sugar Group X** | **Bird Group X** | **Kokonut Group X** | **Sugar Group X** | **Bird Group X** | **2022** | **2021** | **Change** |
| Operational Stores (Gross Receipts) | 5 | 1 | 3 | 2 | 0 | 1 | **9** | **3** | **6** |
| Stores with Assets Placed into Service (No Gross Receipts) | 0 | 1 | 0 | 2 | 2 | 1 | **1** | **5** | **-4** |
| **Total** | **5** | **2** | **3** | **4** | **2** | **2** | **10** | **8** | **2** |

*Kokonut Group X owned a large percentage of the Kokonut Island Grill located in Woods Cross. This store was included above although it was not fully owned by Kokonut Group X