# Re: CJ4 LOI

| | |
|---|---|
| From: | mike@wagscapital.com |
| To: | Aaron Wagner <aaron@wagscapital.com> |
| Date: | Fri, 05 Nov 2021 11:33:51 -0600 |

Awesome . I'll have Jinks send the wire

Yeah good question on what's best
Since that cj is so steep right now might be good to have the cash out .
If we're $1.5 down on the cj the over raise on 3 brands would cover it easy though too .

If we could dry lease enough to make the payments I'd say keep it for a bit and let's try to cash flow it . We can always sell later , I don't think the market values will dip soon . If we end up wanting/needing a 2nd plane that's cheap to operate we'll prob wish we didn't sell if it just gets harder to get them .

With Scottsdale restaurant opening and Candace loving it down there you might want a plane every weekend anyway , so might be good that we have a 2nd one .
If we can lease during the week to peeps for biz trips , can cover us having weekends

---

From: Aaron Wagner <aaron@wagscapital.com>
Sent: Friday, November 5, 2021 10:07:12 AM
To: Mike Mains <mike@wagscapital.com>
Subject: CJ4 LOI

Mike,

I finally was able to lock up this CJ4. The Jet market is on fire right now and I locked this up before it hit the market.

I will get with a few lenders to get terms sorted on it, but it should only be 15% down payment because it's soo new and low hours.

We need to figure out if we want to keep the pilatus and Dry lease it out to others or sell it?  I feel like with the CJ4, we won't have much need for the pilatus, but I know we could also Dry lease it easy to pay for it.... Selling it would free up the cash for the entire down payment on the jet though, so we need to decide what's best.

Let's figure out what we want to do, but in the meantime we need to Wire $200K , completely 100% REFUNDABLE to the title company until we get a signed contract and do all our due diligence.

Can you have Jinks send the wire ?

Escrow info attached.

I also attached a draft of the Purchase Contract.

I will send an email with Finance, Insurance, etc contacts. SO Jinks can get all that going.

Aaron

--
Aaron A Wagner, Founder

Website
@AaronWags

**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**

EML-GOO-01-0019962