From: ██████████████████████.net>
Date: Mon, Mar 28, 2022 at 3:42 PM
Subject: Fwd: Pleasant Grove Final Draw
To: ██████████████████████.net>

---------- Forwarded message ---------
From: **Aaron Wagner** <aaron@wagscapital.com>
Date: Mon, Mar 28, 2022 at 3:08 PM
Subject: Fwd: Pleasant Grove Final Draw
To: ██████████████████████.net>

████

Can you submit a draw for the remaining balance or close to it. See the email below for the total and the lines that have remaining balance available…

Let's get this draw done asap.

Aaron

---------- Forwarded message ---------
From: ██████████████@wagscapital.com>
Date: Tue, Mar 8, 2022 at 12:04 PM
Subject: Pleasant Grove Final Draw
To: Aaron Wagner <aaron@wagscapital.com>

Aaron, It looks like we have **$397,199.64** left in the loan. Most of it is in the Tenant Improvements. I don't include the amount on the "LOT." See Below:



Also I attached ████'s final bid, which totals to : $217,156.85. He is missing one last change order where the building inspector told him to add a few handrails on ramps that would be a tripping hazard. That total CO is $4,028.39. So the final draw will be **$221,185.24.**

Let me know if you need anything else.

I am working on the site plan for the patio and the UDOT proposal. I will have it to you in the morning.
Thanks,



*Construction and Development Manager*

*4421 N Thanksgiving Way - Lehi, UT 84043*



THIS MESSAGE CONTAINS CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE INDIVIDUAL(S) NAMED. IF YOU ARE NOT THE NAMED ADDRESSEE(S) YOU SHOULD NOT DISSEMINATE, DISTRIBUTE OR COPY THIS E-MAIL. PLEASE NOTIFY THE SENDER IMMEDIATELY BY E-MAIL IF YOU HAVE RECEIVED THIS E-MAIL BY MISTAKE AND DELETE THIS E-MAIL FROM YOUR SYSTEM. E-MAIL TRANSMISSION CANNOT BE GUARANTEED TO BE SECURE OR ERROR-FREE AS INFORMATION COULD BE INTERCEPTED, CORRUPTED, LOST, DESTROYED, ARRIVE LATE OR INCOMPLETE, OR CONTAIN VIRUSES. THE SENDER THEREFORE DOES NOT ACCEPT LIABILITY FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS MESSAGE, WHICH ARISE AS A RESULT OF E-MAIL TRANSMISSION. IF VERIFICATION IS REQUIRED PLEASE REQUEST A HARD-COPY VERSION. COPYRIGHT 2018. ALL RIGHTS RESERVED BY WAGS CAPITAL, LLC, AND ITS AFFILIATES.

--
Aaron A Wagner, Founder

Website
@AaronWags

**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**



████████████████████████████

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

