# kokonut locations and schedule

| | |
|---|---|
| From: | mike@wagscapital.com |
| To: | Aaron Wagner <aaron@wagscapital.com> |
| Date: | Fri, 26 Feb 2021 02:05:30 -0700 |
| Attachments: | Kokonut Location Schedule.xlsx (10.21 kB) |

Attached schedule for kokonut locations

Provo and Bountiful we will own 60%.  So maybe we give 20% of each of those and then 40% in 9 others.  So they actually have a part of 11?
But we keep voting rights

Or we can just fund Bountiful with the over raise and keep them out of that and provo and give them 10 more separate.  But it might be nice to get them provo and bount , especially provo will start paying distributions.
 meet our obligation to them since some of the stores on this list are still just raw dirt pending LL build, which can delay for who knows how long.
Or if any of these lease negotiations fall apart and we have to go back to finding space and take longer than expected to get the 10.
Although now we know we've got fully funded, i'll put more effort into finding stuff in OR, NV, AZ outside of UT for some of their stores. We can grab a few spots in Vegas right away.
So we can get 10 deals done faster than whats on this sheet if we do.
But these are all real good options and in negotiation.

I put our estimate cost to build, obviously we won't show them that, but you can use this shee however you want internally too.

$400k might be high on gray shell, but I still need to get a final accounting of what Provo really cost with training labor and training food cogs, and full cost of equipment (if new in Gray shell space).  It might be close to $400k.
But avg I think we'll use $3mill on 10 stores. Because we'll have a couple Gen2, and Provo is done.

GOOGLE-490918

Kokonut Islan Grill Build out Timelines

| Location | Building Type | Lease Status | Posession Date | Build Status | Funds Needed | Estimate Store Open | Internal Est Cost Open | |
|---|---|---|---|---|---|---|---|---|
| Provo, UT | Gen2 Inline | | | Done | | 2/26/1931 | | WCFS 60% |
| Orem, UT | Gray Shell Drive Thru | Signed Final | 1/1/2021 | Engineering | Now | 6/1/2021 | $400k | |
| Bountiful, UT | Gray shell inline | LOI Signed | 3/30/2021 | Arch. Draft | 3/1/2021 | 8/1/2021 | $400k | WCFS 60% |
| Clearfield, UT | Land. Drive Thru pad | Land purchase closed | 1/15/2021 | Arch Draft | 4/1/2021 | 11/1/2021 | $400k | |
| Pleasant Grove, UT | End Cap Drive thru | Lease signed | 5/1/2021 | exterior build | 5/1/2021 | 9/1/2021 | TI/Financing? | |
| Highland, UT | Land. End Drive Thru | Lease signed | 8/1/2021 | pending LL build | 7/1/2021 | 12/1/2021 | $400k | |
| SLC, UT | Gen2 Inline | LOI | 4/1/2021 | | 4/1/2021 | 7/1/2021 | $100k | |
| Saratoga, UT | End Cap Drive thru Pad | LOI | 9/1/2021 | pending LL build | 9/1/2021 | 1/15/2021 | $400k | |
| Draper, UT | Gen2 Inline (possible Drive thru) | LOI in LL Court | 4/1/2021 | | 8/1/2021 | 8/1/2021 | $100k | |
| Eagle Mtn, UT | Land Drive Thru Pad | LOI in LL Court | 9/1/2021 | pending LL build | 9/1/2021 | 2/1/2021 | | |

Negotiating/Searching
Spanish Fork
Riverton
West Jordon
West Valley