# Letter of Resignation

| | |
|---|---|
| **From:** | ███████████ @wagscapital.com> |
| **To:** | Aaron Wagner <aaron@wagscapital.com>, Mike Mains <mike@wagscapital.com> |
| **Date:** | Thu, 13 Oct 2022 08:42:44 -0600 |
| **Attachments:** | ████ Letter of Resignation.docx (18.92 kB) |

EML-GOO-01-0015804

Letter of Resignation

It's with a heavy heart that I am providing my Letter of Resignation from Wagscap Food Services.  I apologize for doing this over a letter, but I wanted to make sure that I clearly outline my points.  Something I acknowledge I have difficulty in doing in a face to face with you. I am OOO today and tomorrow but I would still love to talk after you read this if you would like to discuss this further.

I've done my best to hold on as long as I can, have been near this point multiple times during my tenure here, but have always been able to walk away from the ledge, but have just felt lately that I don't belong here, and this place is not aligned with my path. I want to outline some of the primary reasons for my resignation.

- I'm just tired and mentally at my end.  The constant calls and emails from vendors, the constant pressure from all around.  Feeling like I'm the only one who really understands the true picture of our company.  It's taken an extremely heavy toll and my mental health and happiness is far more important to me than a large potential payout down the road.

- I don't feel truly valued. I've been making statements about our financials and the path we were going down since November.  Even when we had significantly more money in our accounts.  I brought up the heavy toll of the planes back in February.  Was told a dry lease would be written up. I've brought this up 3 times and It's October now and we may now just have the leasing docs ready.  When I asked about getting paid for external projects of WCFS you've asked me to work on, like Novo where I'm handling books and payments I was told "well I'm not gonna pay you JUST for the accounting" shows me there isn't value attributed to my work. You've both known that CFO was only to be a destination for me (6-9 months is what I stated) and not a stop and while you both acknowledged you'd love to move me to other things, it was never a priority for you.  I've been promised bonuses which could convert to equity.  Been told about an ownership plan.  Again, these were never made a priority by you to get wrapped up and show your employees that you do care for our never-ending sacrifice

- I've never agreed with using Investor funds for non WCFS use, or for owner distributions.  Sending the money for Aaron's house in Scottsdale was one of the hardest things for me to do.  But felt like I was forced into this.  Sending money on Shoeman Lane was hard, but I rationalized that it was for our business and would benefit WCFS ultimately and was told it was a short-term loan until an investor funded it.  When the investor didn't fund and there was an interest only loan done for $3.5M and $2M of those funds didn't return to WCFS, that was really rough for me.  WCFS funds to pay for the CJ4 were a back breaker for me, yet I continued to believe.   I've never loved the loans to other related parties.

EML-GOO-01-0015805

Feel like there's too many decisions that are made of what's best for ownership, as opposed to what's best for WCFS.  During all these times, I was always told that we're just using available cash cause that's quickest route and I should never worry, and cash will always be brought in when needed and I believed that.  But I've been fielding calls for months about nonpayment and its clearly not the case.

- Mike's leadership style in operations.  At our most successful point, we were a people company.  It no longer feels this way.  Mike has a way of undercutting people and their ideas and stating that things must be done in his way.  There is no true collaboration in this.  While I feel like my relationship with him has been better that this doesn't get felt by me as much, I hear from so many people about the way they feel about Mike and what he asks that I know this is a very common thing and there are a lot of people who are close to breaking.

- Preparing these numbers for the deck for Todd Peterson has been the final straw for me.  Manipulating the balance sheet to not display the true state we're in.  Being told to leave off key information. When I'm told it's just a pitch deck and it doesn't need to be true book financials.  Again, this is fine if that's what you want to do, I just don't want to be a part of it.  It's just been a constantly reminder of all the times I've been told to adjust things for decks, change proformas to show certain returns, create faux P&Ls and BSs to give to landlords and go against my gut about what feels right.  I've had to take on unnecessary stress and come up with explanations about why things look this way on our reports, but not that way at all in our bank accounts.  It's just too many things that while I understand, that may be the way in this world, it does not feel aligned with me at all. It feels so contradictory to my values.

- The statement on Monday about accountability for answers to you guys just felt so hypocritical.  That is a street that goes both ways.  There are so many things that I've been told that you both would do, and I constantly am checking in with you both to make sure things get done.  I understand that and I forgive that because it is the same for me.  We're all so insanely busy that we're all doing our best to remember all the things we have to do, and things get missed.  By all of us.  A greater sense of understanding and a realization that this goes both ways goes a lot further than "I'm the boss so I have to be priority"

- My enjoyment for this job is completely gone.  This last 3 months it's become increasingly difficult for me to even want to go to work in the morning.  I don't deserve this feeling.  You don't deserve to have an employee that feels this way.  You've stated at many meetings if you're not happy or wouldn't give a five-star review then you should leave and I've reached that point where it's time to leave.

EML-GOO-01-0015806

I really don't want to be a disruptor in my departure. I've only spoken to a few key people about my intention to leave and haven't spoken to my team. I want to leave you with the greatest roadmap to future success. I hope you both know and believe me as a person that I will not interfere with your business or investors or speak any ill will about you or about the company. I firmly believe that both of you will be even more successful than you are now but have come to accept that I cannot be a part of that process.

I believe my team will remain mostly intact, although I just heard from Marilyn (payroll) yesterday that she's putting in her resignation effective on Nov 15. Aaron, you mentioned wanting to take Hunter out for lunch or meet with him. This will be really key. I know he's had his moments of wanting to leave, but feel like he's still in it, but it's going to need some personal touch, probably a raise and some mentoring from ownership to hold this position until you can bring in a CFO. I wanted to hold out until you could at least find someone to come in, but I worry that it could take a lot of time, especially if the CFO were to come in and see the financial picture.

In full honesty, my personal preference would be to work from home for the next two weeks and finish up all of the financials and reporting for the month and the quarter and then be done. I no longer feel like I can handle all of the other duties but I believe that Hunter is capable enough to do so until you bring someone in. I'm willing to continue to work on a contract basis for financial report support only until you are able to bring someone in to take on the workload. In full honesty, I will honor 2 weeks in the office if you feel this is necessary and you need the support.

My plan is to go back to my entrepreneur ways. This job has been the greatest lesson for me and has shown me that I need to create my own legacy instead of building another's legacy. I have really appreciated my time here, albeit some of the most stressful years of my life. I have an immense amount of gratitude for this experience and what I've been able to learn from you both and really do wish you the best.

EML-GOO-01-0015807