# Fwd: CJ4 LOI

| | |
|---|---|
| **From:** | mike@wagscapital.com |
| **To:** | ███████████ @wagscapital.com> |
| **Date:** | Fri, 05 Nov 2021 11:42:31 -0600 |
| **Attachments:** | CJ4 LOI.pdf (1.8 MB); AeroSpace Wiring Instructions - Jeff Snowden copy.pdf (378.2 kB); CJ4 525C-0299 draft APA template.docx (77.17 kB) |

We need send wire today for $200k to title company for new jet.
See attached wire instructions
Thanks

EML-GOO-01-0113879