IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>Defendants. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT REPLY IN SUPPORT OF MOTION TO SEVER<br><br>Case No. 2:24-cr-00357<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Based on the stipulation of the parties and good cause appearing, the Court grants the

Motion to Extend the Deadline  (Docket No. 157). The Reply must be filed on or before August

14, 2026.

DATED August 7, 2026.

BY THE COURT:

_____

TED STEWART
United States District Judge