# Fwd: Missoulian // Capital Needed For Closing

| | |
|---|---|
| **From:** | Aaron Wagner <aaron@wagscapital.com> |
| **To:** | Michael Jinks <jinks@wagscapital.com>, Mike Mains <mike@wagscapital.com> |
| **Date:** | Thu, 18 Nov 2021 08:39:31 -0700 |
| **Attachments:** | 03. Settlement Statement.pdf (251.35 kB) |

The $1,027,715.29 is what needs to be sent to the Belle Account at Wells fargo Asap This morning

---------- Forwarded message ---------
From: ███████████████████ .dev>
Date: Wed, Nov 17, 2021 at 12:02 PM
Subject: Missoulian // Capital Needed For Closing
To: Aaron Wagner <aaron@wagscapital.com>
Cc: ███████████████ @truckranch.com>

Gents,

Settlement statement attached.

Here is the amount we need wired into Belle LLC checking account by tomorrow morning:

EML-GOO-01-0058337

Call or text with questions.



--
Aaron A Wagner, Founder

Website
@AaronWags



EML-GOO-01-0058338

**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**

EML-GOO-01-0058339

| American Land Title Association | ALTA Settlement Statement – Buyer |
|---|---|
| | Adopted 05-01-2015 |



| | |
|---|---|
| File No.: 948190-M | **First American Title Company** |
| Printed: 11/16/2021, 12:29 PM | |
| Officer/Escrow Officer: Lindsay Keller/lk | 1006 West Sussex/PO Box 549 (59806) • Missoula, MT 59801 |
| Settlement Location: | Phone: (406)829-2540  Fax: (406)829-2570 |
| 1006 West Sussex/PO Box 549 (59806), | **Final Settlement Statement** |
| Missoula, MT 59801 | |

Property Address: 500 South Higgins Avenue, Missoula, MT 59801
Buyer: The Belle LLC
Seller: Lee Enterprises, Incorporated
Lender:
Settlement Date: 11/18/2021
Disbursement Date: 11/18/2021

| | Buyer | |
|---|---|---|
| **Description** | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price | 8,300,000.00 | |
| Deposit:  Receipt No. 58117 on 12/28/2020 by Wags Capital, LLC | | 100,000.00 |
| Deposit:  Receipt No. 59897 on 04/06/2021 by Wags Capital, LLC | | 35,000.00 |
| Deposit:  Receipt No. 61242 on 06/22/2021 by Wags Capital, LLC | | 365,000.00 |
| Loan Amount  - Opportunity Bank of Montana | | 5,810,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes  11/18/21 to 01/01/22  @$176,734.68/yr | 21,305.00 | |
| Water right application fee | | 125.00 |
| | | |
| **Loan Charges** | | |
| Loan Charges to Opportunity Bank of Montana | | |
| Origination Fee | 58,100.00 | |
| Prepaid Interest Reserve for Savings Account | 458,990.04 | |
| Flood Certification | 14.25 | |
| Environmental Report Fee | 145.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Policy-Standard Lenders Policy  to First American Title Company | 40.00 | |
| Settlement or Closing Fee  to First American Title Company | 500.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee-Deed | 32.00 | |
| Recording Fee-Mortgage | 144.00 | |
| e-document filing fee | 10.00 | |
| | | |
| **Miscellaneous** | | |
| Water right transfer fee  to DNRC | 25.00 | |

Copyright 2015 American Land Title Association.
All rights reserved

File # 948190-M
Printed on 11/16/2021 at 12:29 PM

EML-GOO-01-0058340

| Description | Buyer | |
|---|---|---|
| | Debit | Credit |
| | | |
| **Subtotals** | 8,839,305.29 | 6,310,125.00 |
| Due From Buyer | | 2,529,180.29 |
| Totals | 8,839,305.29 | 8,839,305.29 |

Escrow Officer: Lindsay Keller

Copyright 2015 American Land Title Association.
All rights reserved

File # 948190-M
Printed on 11/16/2021 at 12:29 PM

EML-GOO-01-0058341