**To:** ███████████ @oppbank.com]
**Cc:** Aaron Wagner[aaron@wagscapital.com]
**From:** ██████████
**Sent:** Wed 9/22/2021 8:24:15 PM
**Subject:** Re: Missoulian Bridge
Aaron Wagner Team PLLC - 083121 Financials.pdf
Dynamic Capital - 073121 Financials.pdf
Aaron Wagner - Personal Debt Schedule - 09.20.21.pdf
WCFS Valuation .pdf
Dynamic Capital - RE Schedule.pdf

..........
>>>>>>>>>>

 -

Please see attached Personal Debt Schedule for Aaron and responses below in bold. Please let me know if you have any additional questions! Don't hesitate to call if you'd like to discuss!

Thanks,



██████ @truckranch.com

On Mon, Sep 20, 2021 at 9:53 AM ████████████████ @oppbank.com> wrote:

Thank you, and understood with regard to Cole. After a quick look I have a few questions and request for some further information:

1. What is the status of 2020 federal tax returns for all the entities and personal returns? Also, 2019 returns for Mayberrys Fashion LLC were missing. **All entities have been filed for 2020 other than Dynamic Capital - we are waiting on a 3rd party to finalize a subsidiary return. Once we receive the K1 from that 3rd party we will be ready to file Dynamic Capital. Personal returns are still on extension. Mayberrys Fashion's last year of business was 2018 - 'Final Return/K1' noted on return.**

2. Can you give me a quick narrative on what each of the entities are and what each do? **AARON WAGNER TEAM PLLC: S-Corp that reports all of Aaron's real estate commission-related activity. DYNAMIC CAPITAL: Aaron's personal holdings entity - holds equity for most of his major investments in businesses. MAYBERRYS FASHION: Single-puspose entity for clothing retail store that Aaron owned part of. That company closed in 2018.**

3. Please provide YE20 Profit/loss and Balance Sheet as well as YTD21 PL and Balance Sheet for each of the entities. If any entity applied for and received PPP or EIDL funding please let me know what the status of that is. **Please see attached.**

4. The personal return has 4 other business entities listed: Peterson Venture Partners, Mercato Partners Growth, Puffer Lake Resort, and ZZZ Natural. What are these and what is Aaron's level of ownership? We may need more information on them. **Aaron owns less than 4% of each of the 4 entities listed. Per your initial instructions, I did not include any info on these entities because he owns less than 20%.**

FI-OBM-TB-04-00274

5. On PFS, Aaron states $46MM in other CRE holdings—I will need a breakdown of those properties, the ownership structure, and related debt—I have attached a business debt schedule if that is helpful. **Please see attached RE Schedule**

6. As a verification of liquidity can you send the last bank statements for Aaron's accounts? **Aaron currently has $5-6M across all of his bank accounts, not including crypto currency holdings and other investments. He'd be happy to provide bank statements as a final condition of the loan.**

7. Finally, on PFS, Aaron states equity in Dynamic Capital of over $68.8MM—can I get a breakdown of that calculation? **I've attached a valuation sheet for Dynamic Capital's equity in Wagscap Food Services. These calculations are a few months old - total valuation at this point is over $100M. This does not include any of Dynamic's other holdings. Many of the reports have different 'as of' dates as some reports are only prepared as needed, and others are lagging because we are waiting on financials from subsidiaries, etc. But this valuation should provide the substance you're looking for on that equity number. Please feel free to give me a call if you would like to talk any of this through!**

This additional information with help distinguish what we are looking at and get a better understanding. If it leads to more questions I will let you know. Thanks Tallen, John

███████████████

VP/Senior Commerical Loan Officer

**Opportunity Bank of Montana** | Missoula South Branch

1821 South Ave. W., Suite 101, Missoula, MT 59801

███████████████████████

NMLS# 1752160

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this communication and destroy all copies. CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.

**From:** ████████████@truckranch.com>
**Sent:** Thursday, September 16, 2021 10:39 AM
**To:** ████████████@oppbank.com>
**Cc:** Aaron Wagner <aaron@wagscapital.com>
**Subject:** Re: Missoulian Bridge

Good morning ██████

I'm waiting on a few details to complete the personal debt schedule - should have that over sometime today/tomorrow. I've attached links to the PFS and tax returns requested, let me know if you need anything else at this time or if those links don't work for you!

FI-OBM-TB-04-00274.02

Additionally, when discussing personal financial matters for both Jadon & Aaron Wagner, please do not loop Cole in or discuss with him separately.

Thank you!

**AARON WAGNER - 2017 FED TAX RETURN (SIGNED).pdf**

**AARON WAGNER - 2018 FED TAX RETURN (SIGNED).pdf**

**AARON WAGNER - 2019 FED TAX RETURN (SIGNED).pdf**

**Aaron Wagner PFS - 072021.pdf**

**AARON WAGNER TEAM PLLC - 2017 TAX RETURNS (SIGN...**

**AARON WAGNER TEAM PLLC - 2018 TAX RETURNS (SIGN...**

**AARON WAGNER TEAM PLLC - 2019 TAX RETURNS (SIGN...**

FI-OBM-TB-04-00274.03

**DYNAMIC CAPITAL - 2017 TAX RETURNS (SIGNED).pdf**

**DYNAMIC CAPITAL - 2018 TAX RETURNS (SIGNED).pdf**

**DYNAMIC CAPITAL - 2019 TAX RETURNS (SIGNED).pdf**

**MAYBERRYS FASHION - 2017 TAX RETURNS (SIGNED).pdf**

**MAYBERRYS FASHION - 2018 TAX RETURNS (SIGNED).pdf**

 ██████ @truckranch.com

On Fri, Sep 10, 2021 at 2:00 PM ███████████ @oppbank.com> wrote:

Good afternoon,

Thank you and I too look forward to putting this together to see if we can get it done. For the information on Aaron we will need at least the following:

1. Signed and dated Personal Financial Statement (template attached)

2. Signed and dated personal debt schedule (template attached)

FI-OBM-TB-04-00274.04

3. Past 3 years of full personal returns including all schedules and K-1s

4. Past 3 years of full business tax returns for any business of which Aaron owns 20% of more of.

This is often sufficient information but at times the information provided does generate more questions. Upon receipt I will start the ball rolling again towards obtaining a full commitment from the Bank. I would assume you will also be able to put together the other information referenced in the term sheet.

I look forward to hearing from you, have a great weekend. John



**Opportunity Bank of Montana** | Missoula South Branch

1821 South Ave. W., Suite 101, Missoula, MT 59801

 | | Fax: (406) 541-6205

NMLS# 1752160

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this communication and destroy all copies. CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.

**From:** ███████████ @truckranch.com>
**Sent:** Friday, September 10, 2021 12:36 PM
**To:** ███████████ @oppbank.com>
**Cc:** ███████████ @truckranch.com>; Aaron Wagner <aaron@wagscapital.com>; ███████
███████████
**Subject:** Missoulian Bridge

Hi ███

Just wanted to touch base and let you know we are appreciate the work you have put in and would like to move fwd with the term sheet you have provided. I believe next step is to underwrite and additional guarantor which will be my business partner and ██████ Aaron Wagner.

Please respond with a needs sheet for Aaron and we will work on getting you that info early next week so you can put the finishing touches to the bridge loan.

Thanks

███████████

FI-OBM-TB-04-00274.05



FI-OBM-TB-04-00274.06

# AARON WAGNER TEAM, PLLC
## BALANCE SHEET
### AS OF 8/31/2021

**ASSETS**

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
|   **CASH & EQUIVALENTS** | | |
|     CHECKING | $ | 28,876 |
|     OTHER | $ | - |
|   **TOTAL CASH & CASH EQUIVALENTS:** | $ | 28,876 |
| | | |
|   **ACCOUNTS RECEIVABLE** | | |
|     ACCOUNTS RECEIVABLE | $ | - |
|     OTHER RECEIVABLES | $ | - |
|   **TOTAL ACCOUNTS RECEIVABLE:** | $ | - |
| | | |
| **TOTAL CURRENT ASSETS:** | $ | 28,876 |
| | | |
| **NON- CURRENT ASSETS** | | |
|   **FIXED ASSETS** | | |
|     OFFICE FURNISHINGS | $ | 21,262 |
|     ACCUM. DEPR.-OFFICE FURNISHINGS | $ | (21,262) |
|   **TOTAL FIXED ASSETS:** | $ | - |
| | | |
|   **OTHER LONG-TERM ASSETS** | | |
|     OTHER LONG-TERM ASSETS | $ | - |
|   **TOTAL OTHER LONG-TERM ASSETS:** | $ | - |
| | | |
| **TOTAL NON-CURRENT ASSETS:** | $ | - |
| | | |
| **TOTAL ASSETS:** | $ | 28,876 |

**LIABILITIES**

| | | |
|---|---|---:|
| **CURRENT LIABILITIES** | | |
|   ACCOUNTS PAYABLE | $ | - |
| **TOTAL CURRENT LIABILITIES:** | $ | - |
| | | |
| **NON-CURRENT LIABILITIES** | | |
|   LOANS PAYABLE | $ | - |
| **TOTAL NON-CURRENT LIABILITIES:** | $ | - |
| | | |
| **TOTAL LIABILITIES:** | $ | - |

**EQUITY**

| | | |
|---|---|---:|
| **EQUITY** | | |
|   CAPITAL STOCK (OWNERS EQUITY) | $ | 8,355 |
|   OWNER DRAWS | $ | (50,000) |
|   RETAINED EARNINGS | $ | (5,279) |
|   YTD NET INCOME | $ | 75,800 |
| **TOTAL EQUITY:** | $ | 28,876 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 28,876 |

# AARON WAGNER TEAM, PLLC
## PROFIT & LOSS STATEMENT
AS OF 8/31/2021

**REVENUE**

| | | |
|---|---|---|
| COMMISSIONS | $ | 100,000 |
| OTHER REVENUE | $ | - |
| **GROSS REVENUE** | **$** | **100,000** |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| ADVERTISITING/MARKETING | $ | 6,500 |
| AUTOMOBILE EXPENSES | $ | 3,200 |
| COMMISSIONS & FEES | $ | - |
| DUES & SUBSCRIPTIONS | $ | 2,500 |
| INTEREST EXPENSE | $ | - |
| MEALS & ENTERTAINMENT | $ | - |
| OFFICE EXPENSES | $ | 3,800 |
| OUTSIDE SERVICES | $ | - |
| PAYMENT PROCESSING FEES | $ | - |
| POSTAGE | $ | - |
| PROFESSIONAL & LEGAL FEES | $ | 1,300 |
| RENT/LEASE | $ | - |
| REPAIRS & MAINTENANCE | $ | - |
| SUPPLIES | $ | - |
| TAXES & LICENSES | $ | 600 |
| TELEPHONE | $ | 1,500 |
| TRAVEL | $ | - |
| UTILITIES | $ | 4,800 |
| **TOTAL OPERATING EXPENSES** | **$** | **24,200** |
| **NET OPERATING INCOME** | **$** | **75,800** |

**OTHER INCOME/EXPENSE**

| | | |
|---|---|---|
| OTHER INCOME | $ | - |
| OTHER EXPENSE | $ | - |
| **TOTAL OTHER INCOME/EXPENSE** | **$** | **-** |
| **NET PROFIT** | **$** | **75,800** |



## BALANCE SHEET
AS OF 7/31/2021

| | | |
|---|---|---:|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| **CASH & EQUIVALENTS** | | |
| CASH IN BANK | $ | 1,986,466 |
| CASH ON HAND | $ | 300,000 |
| INVENTORIES | $ | - |
| **TOTAL CASH & CASH EQUIVALENTS:** | **$** | **2,286,466** |
| **ACCOUNTS RECEIVABLE** | | |
| ACCOUNTS RECEIVABLE | $ | - |
| OTHER RECEIVABLES | $ | - |
| **TOTAL ACCOUNTS RECEIVABLE:** | **$** | **-** |
| **TOTAL CURRENT ASSETS:** | **$** | **2,286,466** |
| **NON- CURRENT ASSETS** | | |
| **FIXED ASSETS** | | |
| 2018 CADILLAC ESCALADE | $ | 100,000 |
| 2018 MALIBU WAKESETTER | $ | 175,000 |
| ACCUMULATED DEPRECIATION | $ | (113,760) |
| **TOTAL FIXED ASSETS:** | **$** | **161,240** |
| **OTHER LONG-TERM ASSETS** | | |
| INTANGIBLE ASSETS (NET OF AMORTIZATION) | $ | 87,893 |
| EQUITY HOLDINGS (WAGSCAP, WAGS CAPITAL, WAGSCAP FS, ETC) | $ | 65,919,401 |
| OTHER LONG-TERM ASSETS 1 | $ | - |
| OTHER LONG-TERM ASSETS 2 | $ | - |
| **TOTAL OTHER LONG-TERM ASSETS:** | **$** | **66,007,294** |
| **TOTAL NON-CURRENT ASSETS:** | **$** | **66,168,534** |
| **TOTAL ASSETS:** | **$** | **68,455,000** |
| **LIABILITIES** | | |
| **CURRENT LIABILITIES** | | |
| ACCOUNTS PAYABLE | $ | 120,000 |
| **TOTAL CURRENT LIABILITIES:** | $ | 120,000 |
| **NON-CURRENT LIABILITIES** | | |
| LOAN - MALIBU WAKESETTER | $ | 50,000 |
| **TOTAL NON-CURRENT LIABILITIES:** | $ | 50,000 |
| **TOTAL LIABILITIES:** | **$** | **170,000** |
| **EQUITY** | | |
| **EQUITY** | | |
| CAPITAL STOCK | $ | 65,688,492 |
| YTD NET INCOME | $ | 2,596,508 |
| **TOTAL EQUITY:** | **$** | **68,285,000** |
| **TOTAL LIABILITIES & EQUITY** | **$** | **68,455,000** |



## PROFIT & LOSS STATEMENT
### AS OF 07/31/2021

**REVENUE**

| | | |
|---|---|---|
| MANAGEMENT FEES-WCFS | $ | 959,577 |
| SALES PROCEEDS-NOVOLAB | $ | 900,000 |
| SECONDARY SALES-EVERBOWL | $ | 783,333 |
| SALES PROCEEDS-DIRTY BIRD | $ | 500,000 |
| SALES PROCEEDS-KOKONUT | $ | 500,000 |
| ROYALTIES | $ | 30,000 |
| **TOTAL REVENUE** | **$** | **3,672,910** |

**COST OF GOODS SOLD**

| | | |
|---|---|---|
| COGS-SECONDARY SALES-EVERBOWL | $ | (8,700) |
| COGS-DIRTY BIRD STORE SALES | $ | (4,500) |
| COGS-KOKONUT STORE SALES | $ | (4,500) |
| COGS-NOVOLAB SALE | $ | (755,000) |
| **TOTAL COST OF GOODS SOLD** | **$** | **(772,700)** |
| **GROSS PROFIT** | **$** | **2,900,210** |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| ADMIN EXPENSES | $ | 10,050 |
| BANK FEES | $ | 651 |
| INVESTOR RELATIONS | $ | 18,224 |
| LEASE | $ | 9,000 |
| MEALS & ENTERTAINMENT | $ | 12,058 |
| OFFICE SUPPLIES & COMPUTER EXPENSES | $ | 7,741 |
| OUTSIDE SERVICES | $ | 50,721 |
| PROFESSIONAL & LEGAL FEES | $ | 148,666 |
| SUBSCRIPTIONS & LICENSES | $ | 1,243 |
| TRAVEL | $ | 40,847 |
| UTILITIES | $ | 4,502 |
| **TOTAL OPERATING EXPENSES** | **$** | **303,702** |
| **NET OPERATING INCOME** | **$** | **2,596,508** |

**OTHER INCOME/EXPENSE**

| | | |
|---|---|---|
| OTHER INCOME | $ | - |
| OTHER EXPENSE | $ | - |
| **TOTAL OPERATING EXPENSES** | **$** | **-** |
| **NET PROFIT** | **$** | **2,596,508** |

**Schedule of Personal Debt**
**Please list all outstanding personal debt including loans, lines, cards**

| Asset Description (address, vehicle, etc.) | Creditor | Original Amount | Original Date | Present Balance | Interest Rate | Maturity Date | Monthly Payment | Current/Past Due |
|---|---|---|---|---|---|---|---|---|
| 2018 LAMBORGHINI HURACAN | FIRST FEDERAL SAVINGS | $179,276.00 | 6/24/2021 | $178,259.00 | 5.40% | 6/24/2036 | 1,561.00 | CURRENT |
| 2018 MASTERCRAFT WAKESETTER | UTAH COMMUNITY CREDIT UNION | $100,000.00 | 9/10/2018 | $83,005.00 | 3.50% | N/A | 1,024.00 | CURRENT |
| 2018 ESCALADE ESV | UTAH COMMUNITY CREDIT UNION | $50,000.00 | 6/9/2020 | $44,640.00 | 3.50% | N/A | 710.00 | CURRENT |
| 2021 ROLLS ROYCE GHOST | BMW FINANCIAL SERVICES | $342,887.00 | 6/4/2021 | $339,131.00 | 2.90% | 6/4/2027 | 5,200.00 | CURRENT |
| 781 N COUNTRY MANOR LN, ALPINE, UT 84004 | CENTRAL BANK | $2,668,986.00 | 11/15/2019 | $2,668,928.00 | 5.50% | N/A | 10,200.00 | CURRENT |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTAL: | $3,341,149.00 | | $3,313,963.00 | | | 18,695.00 | |

Signature: _____

Date: SEPT. 20, 2021

| | Monthly Revenue | Monthly Growth Rate 3 | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Monthly Growth Rate After Month 5 1% | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Annual Revenue | Revenue Value X 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRUMBLE REVENUES** | | | | | | | | | | | | | | | | | |
| Beaverton | $174,736.00 | | $698,944.00 | $2,795,776.00 | $11,183,104.00 | $44,732,416.00 | $178,929,664.00 | | $180,718,960.64 | $182,526,150.25 | $184,351,411.75 | $186,194,925.87 | $188,056,875.13 | $189,937,443.88 | $191,836,818.32 | $1,541,962,489.82 | $7,709,812,449.09 |
| Flagstaff | $78,531.00 | | $314,124.00 | $1,256,496.00 | $5,025,984.00 | $20,103,936.00 | $80,415,744.00 | | $81,219,901.44 | $82,032,100.45 | $82,852,421.46 | $83,680,945.67 | $84,517,755.13 | $85,362,932.68 | $86,216,562.01 | $692,998,902.85 | $3,464,994,514.24 |
| Fort Worth | $175,907.95 | | $703,631.80 | $2,814,527.20 | $11,258,108.80 | $45,032,435.20 | $180,129,740.80 | | $181,931,038.21 | $183,750,348.59 | $185,587,852.08 | $187,443,730.60 | $189,318,167.90 | $191,211,349.58 | $193,123,463.08 | $1,552,304,393.83 | $7,761,521,969.16 |
| Lake Oswego | $123,509.00 | | $494,036.00 | $1,976,144.00 | $7,904,576.00 | $31,618,304.00 | $126,473,216.00 | | $127,737,948.16 | $129,015,327.64 | $130,305,480.92 | $131,608,535.73 | $132,924,621.08 | $134,253,867.30 | $135,596,405.97 | $1,089,908,462.79 | $5,449,542,313.97 |
| Lehi | $105,595.00 | | $422,380.00 | $1,689,520.00 | $6,758,080.00 | $27,032,320.00 | $108,129,280.00 | | $109,210,572.80 | $110,302,678.53 | $111,405,705.31 | $112,519,762.37 | $113,644,959.99 | $114,781,409.59 | $115,929,223.69 | $931,825,892.27 | $4,659,129,461.37 |
| South Lake | $246,282.00 | | $985,128.00 | $3,940,512.00 | $15,762,048.00 | $63,048,192.00 | $252,192,768.00 | | $254,714,695.68 | $257,261,842.64 | $259,834,461.06 | $262,432,805.67 | $265,057,133.73 | $267,707,705.07 | $270,384,782.12 | $2,173,322,073.97 | $10,866,610,369.85 |
| Tanasbourne | $157,404.00 | | $629,616.00 | $2,518,464.00 | $10,073,856.00 | $40,295,424.00 | $161,181,696.00 | | $162,793,512.96 | $164,421,448.09 | $166,065,662.57 | $167,726,319.20 | $169,403,582.39 | $171,097,618.21 | $172,808,594.39 | $1,389,015,793.81 | $6,945,078,969.05 |
| Vancouver | $433,635.00 | | $1,734,540.00 | $6,938,160.00 | $27,752,640.00 | $111,010,560.00 | $444,042,240.00 | | $448,482,662.40 | $452,967,489.02 | $457,497,163.91 | $462,072,135.55 | $466,692,856.91 | $471,359,785.48 | $476,073,383.33 | $3,826,623,616.61 | $19,133,118,083.06 |
| Plano | $205,406.00 | | $821,624.00 | $3,286,496.00 | $13,145,984.00 | $52,583,936.00 | $210,335,744.00 | | $212,439,101.44 | $214,563,492.45 | $216,709,127.38 | $218,876,218.65 | $221,064,980.84 | $223,275,630.65 | $225,508,386.95 | $1,812,610,722.37 | $9,063,053,611.84 |
| Hillsboro 2 | $163,409.00 | | $653,636.00 | $2,614,544.00 | $10,458,176.00 | $41,832,704.00 | $167,330,816.00 | | $169,004,124.16 | $170,694,165.40 | $172,401,107.06 | $174,125,118.13 | $175,866,369.31 | $177,625,033.00 | $179,401,283.33 | $1,442,007,076.38 | $7,210,035,381.91 |
| **Totals** | $1,864,414.95 | | $7,457,659.80 | $29,830,639.20 | $119,322,556.80 | $477,290,227.20 | $1,909,160,908.80 | | $1,928,252,517.1 | $1,947,535,043.1 | $1,967,010,393.1 | $1,986,680,497.1 | $2,006,547,302.1 | $2,026,612,775.1 | $2,046,878,903.1 | $16,452,579,424.71 | $82,262,897,123.54 |
| | | | | | | | | | | | | | | | | **Annual Profits** | **Profit Value X** |
| **CRUMBLE PROFITS** | **Monthly Profit** | | | | | | | | | | | | | | | | 15 |
| Beaverton | $31,578.00 | | $126,312.00 | $505,248.00 | $2,020,992.00 | $8,083,968.00 | $32,335,872.00 | | $32,659,230.72 | $32,985,823.03 | $33,315,681.26 | $33,648,838.07 | $33,985,326.45 | $34,325,179.72 | $34,668,431.51 | $278,660,902.75 | $4,179,913,541.30 |
| Flagstaff | $17,623.00 | | $70,492.00 | $281,968.00 | $1,127,872.00 | $4,511,488.00 | $18,045,952.00 | | $18,226,411.52 | $18,408,675.64 | $18,592,762.39 | $18,778,690.02 | $18,966,476.92 | $19,156,141.68 | $19,347,703.10 | $155,514,633.26 | $2,332,719,498.96 |
| Fort Worth | $29,983.00 | | $119,932.00 | $479,728.00 | $1,918,912.00 | $7,675,648.00 | $30,702,592.00 | | $31,009,617.92 | $31,319,714.10 | $31,632,911.24 | $31,949,240.35 | $32,268,732.76 | $32,591,420.08 | $32,917,334.28 | $264,585,782.74 | $3,968,786,741.04 |
| Lake Oswego | $24,654.00 | | $98,616.00 | $394,464.00 | $1,577,856.00 | $6,311,424.00 | $25,245,696.00 | | $25,498,152.96 | $25,753,134.49 | $26,010,665.83 | $26,270,772.49 | $26,533,480.22 | $26,798,815.02 | $27,066,803.17 | $217,559,880.18 | $3,263,398,202.77 |
| Lehi | $13,251.00 | | $53,004.00 | $212,016.00 | $848,064.00 | $3,392,256.00 | $13,569,024.00 | | $13,704,714.24 | $13,841,761.38 | $13,980,179.00 | $14,119,980.79 | $14,261,180.59 | $14,403,792.40 | $14,547,830.32 | $116,933,802.72 | $1,754,007,040.84 |
| South Lake | $87,340.00 | | $349,360.00 | $1,397,440.00 | $5,589,760.00 | $22,359,040.00 | $89,436,160.00 | | $90,330,521.60 | $91,233,826.82 | $92,146,165.08 | $93,067,626.74 | $93,998,303.00 | $94,938,286.03 | $95,887,668.89 | $770,734,158.16 | $11,561,012,372.44 |
| Tanasbourne | $26,165.00 | | $104,660.00 | $418,640.00 | $1,674,560.00 | $6,698,240.00 | $26,792,960.00 | | $27,060,889.60 | $27,331,498.50 | $27,604,813.48 | $27,880,861.62 | $28,159,670.23 | $28,441,266.93 | $28,725,679.60 | $230,893,739.96 | $3,463,406,099.44 |
| Vancouver | $113,185.00 | | $452,740.00 | $1,810,960.00 | $7,243,840.00 | $28,975,360.00 | $115,901,440.00 | | $117,060,454.40 | $118,231,058.94 | $119,413,369.53 | $120,607,503.23 | $121,813,578.26 | $123,031,714.04 | $124,262,031.18 | $998,804,049.60 | $14,982,060,743.93 |
| Plano | $49,154.00 | | $196,572.00 | $786,288.00 | $3,145,152.00 | $12,580,608.00 | $50,322,432.00 | | $50,825,656.32 | $51,333,912.88 | $51,847,252.01 | $52,365,724.53 | $52,889,381.78 | $53,418,275.60 | $53,952,458.35 | $433,663,713.47 | $6,504,955,702.07 |
| Hillsboro 2 | $28,994.00 | | $115,976.00 | $463,904.00 | $1,855,616.00 | $7,422,464.00 | $29,689,856.00 | | $29,986,754.56 | $30,286,622.11 | $30,589,488.33 | $30,895,383.21 | $31,204,337.04 | $31,516,380.41 | $31,831,544.22 | $255,858,325.87 | $3,837,874,888.10 |
| **Totals** | $421,916.00 | | $1,687,664.00 | $6,750,656.00 | $27,002,624.00 | $108,010,496.00 | $432,041,984.00 | | $436,362,403.84 | $440,726,027.88 | $445,133,288.16 | $449,584,621.04 | $454,080,467.25 | $458,621,271.92 | $463,207,484.64 | $3,723,208,988.73 | $55,848,134,830.89 |
| | | | | | | | | | | | | | | | | **Annual Revenue** | **Revenue Value X** |
| **EVERGROUP REVENUES** | | | | | | | | | | | | | | | | | |
| All 23 Locations | $674,197.00 | | $2,696,788.00 | $10,787,152.00 | $43,148,608.00 | $172,594,432.00 | $690,377,728.00 | | $697,281,505.28 | $704,254,320.33 | $711,296,863.54 | $718,409,832.17 | $725,593,930.49 | $732,849,869.80 | $740,178,368.50 | $5,949,469,398.11 | $29,747,346,990.54 |
| **Totals** | $674,197.00 | | $2,696,788.00 | $10,787,152.00 | $43,148,608.00 | $172,594,432.00 | $690,377,728.00 | | $697,281,505.28 | $704,254,320.33 | $711,296,863.54 | $718,409,832.17 | $725,593,930.49 | $732,849,869.80 | $740,178,368.50 | $5,949,469,398.11 | $29,747,346,990.54 |
| | | | | | | | | | | | | | | | | **Annual Profits** | **Profit Value X** |
| **EVERGROUP PROFITS** | | | | | | | | | | | | | | | | | |
| All 23 Locations | $39,421.00 | | $157,684.00 | $630,736.00 | $2,522,944.00 | $10,091,776.00 | $40,367,104.00 | | $40,770,775.04 | $41,178,482.79 | $41,590,267.62 | $42,006,170.29 | $42,426,232.00 | $42,850,494.32 | $43,278,999.26 | $347,871,665.32 | $5,218,074,979.78 |
| **Totals** | $39,421.00 | | $157,684.00 | $630,736.00 | $2,522,944.00 | $10,091,776.00 | $40,367,104.00 | | $40,770,775.04 | $41,178,482.79 | $41,590,267.62 | $42,006,170.29 | $42,426,232.00 | $42,850,494.32 | $43,278,999.26 | $347,871,665.32 | $5,218,074,979.78 |
| | | | | | | | | | | | | | | | | **Annual Revenue** | **Revenue Value X** |
| **EVERBOWL REVENUES** | | | | | | | | | | | | | | | | | |
| Farmington | $69,026.00 | | $276,104.00 | $1,104,416.00 | $4,417,664.00 | $17,670,656.00 | $70,682,624.00 | | $71,389,450.24 | $72,103,344.74 | $72,824,378.19 | $73,552,621.97 | $74,288,148.19 | $75,031,029.67 | $75,781,339.97 | $609,121,776.98 | $3,045,608,884.89 |
| Pleasant Grove | $69,984.00 | | $279,936.00 | $1,119,744.00 | $4,478,976.00 | $17,915,904.00 | $71,663,616.00 | | $72,380,252.16 | $73,104,054.68 | $73,835,095.23 | $74,573,446.18 | $75,319,180.64 | $76,072,372.45 | $76,833,096.17 | $617,575,673.52 | $3,087,878,367.58 |
| PHR | $32,008.00 | | $128,032.00 | $512,128.00 | $2,048,512.00 | $8,194,048.00 | $32,776,192.00 | | $33,103,953.92 | $33,434,993.46 | $33,769,343.39 | $34,107,036.83 | $34,448,107.20 | $34,792,588.27 | $35,140,514.15 | $282,455,449.22 | $1,412,277,246.08 |
| Beaverton | $33,412.00 | | $133,648.00 | $534,592.00 | $2,138,368.00 | $8,553,472.00 | $34,213,888.00 | | $34,556,026.88 | $34,901,587.15 | $35,250,603.02 | $35,603,109.05 | $35,959,140.14 | $36,318,731.54 | $36,681,918.86 | $294,845,084.64 | $1,474,225,423.20 |
| PHX | $29,475.00 | | $117,900.00 | $471,600.00 | $1,886,400.00 | $7,545,600.00 | $30,182,400.00 | | $30,484,224.00 | $30,789,066.24 | $31,096,956.90 | $31,407,926.47 | $31,722,005.74 | $32,039,225.79 | $32,359,618.05 | $260,102,923.19 | $1,300,514,615.97 |
| Calabasas | $29,980.00 | | $119,920.00 | $479,680.00 | $1,918,720.00 | $7,674,880.00 | $30,699,520.00 | | $31,006,515.20 | $31,316,580.35 | $31,629,746.16 | $31,946,043.62 | $32,265,504.05 | $32,588,159.09 | $32,914,040.68 | $264,559,309.16 | $1,322,796,545.78 |
| Sahara | $34,678.00 | | $138,712.00 | $554,848.00 | $2,219,392.00 | $8,877,568.00 | $35,510,272.00 | | $35,865,374.72 | $36,224,028.47 | $36,586,268.75 | $36,952,131.44 | $37,321,652.75 | $37,694,869.28 | $38,071,817.97 | $306,016,935.39 | $1,530,084,676.94 |
| Hollywood | $33,908.00 | | $135,632.00 | $542,528.00 | $2,170,112.00 | $8,680,448.00 | $34,721,792.00 | | $35,069,009.92 | $35,419,700.02 | $35,773,897.02 | $36,131,635.99 | $36,492,952.35 | $36,857,881.87 | $37,226,460.69 | $299,222,049.86 | $1,496,110,249.31 |
| Green Valley | $36,147.00 | | $144,588.00 | $578,352.00 | $2,313,408.00 | $9,253,632.00 | $37,014,528.00 | | $37,384,673.28 | $37,758,520.01 | $38,136,105.21 | $38,517,466.27 | $38,902,640.93 | $39,291,667.34 | $39,684,584.01 | $318,980,165.05 | $1,594,900,825.23 |
| Thousand Oaks | $33,182.00 | | $132,728.00 | $530,912.00 | $2,123,648.00 | $8,494,592.00 | $33,978,368.00 | | $34,318,151.68 | $34,661,333.20 | $35,007,946.53 | $35,358,025.99 | $35,711,606.25 | $36,068,722.32 | $36,429,409.54 | $292,815,443.51 | $1,464,077,217.55 |
| **Totals** | $401,800.00 | | $1,607,200.00 | $6,428,800.00 | $25,715,200.00 | $102,860,800.00 | $411,443,200.00 | | $415,557,632.00 | $419,713,208.32 | $423,910,340.40 | $428,149,443.81 | $432,430,938.25 | $436,755,247.63 | $441,122,800.10 | $3,545,694,810.51 | $17,728,474,052.54 |
| | | | | | | | | | | | | | | | | **Annual Profits** | **Profit Value X** |
| **EVERBOWL PROFITS** | | | | | | | | | | | | | | | | | |
| Farmington | $19,801.00 | | $79,204.00 | $316,816.00 | $1,267,264.00 | $5,069,056.00 | $20,276,224.00 | | $20,478,986.24 | $20,683,776.10 | $20,890,613.86 | $21,099,520.00 | $21,310,515.20 | $21,523,620.35 | $21,738,856.56 | $174,734,452.32 | $2,621,016,784.83 |
| Pleasant Grove | $24,049.00 | | $96,196.00 | $384,784.00 | $1,539,136.00 | $6,156,544.00 | $24,626,176.00 | | $24,872,437.76 | $25,121,162.14 | $25,372,373.76 | $25,626,097.50 | $25,882,358.47 | $26,141,182.06 | $26,402,593.88 | $212,221,041.58 | $3,183,315,623.37 |
| PHR | $5,218.00 | | $20,872.00 | $83,488.00 | $333,952.00 | $1,335,808.00 | $5,343,232.00 | | $5,396,664.32 | $5,450,630.96 | $5,505,137.27 | $5,560,188.65 | $5,615,790.53 | $5,671,948.44 | $5,728,667.92 | $46,046,380.09 | $690,695,701.39 |
| Beaverton | $4,218.00 | | $16,872.00 | $67,488.00 | $269,952.00 | $1,079,808.00 | $4,319,232.00 | | $4,362,424.32 | $4,406,048.56 | $4,450,109.05 | $4,494,610.14 | $4,539,556.24 | $4,584,951.80 | $4,630,801.32 | $37,221,853.44 | $558,327,801.55 |
| PHX | $3,714.00 | | $14,856.00 | $59,424.00 | $237,696.00 | $950,784.00 | $3,803,136.00 | | $3,841,167.36 | $3,879,579.03 | $3,918,374.82 | $3,957,558.57 | $3,997,134.16 | $4,037,105.50 | $4,077,476.55 | $32,774,292.00 | $491,614,380.02 |
| Calabasas | $4,490.00 | | $17,960.00 | $71,840.00 | $287,360.00 | $1,149,440.00 | $4,597,760.00 | | $4,643,737.60 | $4,690,174.98 | $4,737,076.73 | $4,784,447.49 | $4,832,291.97 | $4,880,614.89 | $4,929,421.04 | $39,622,124.89 | $594,331,870.30 |
| Sahara | $5,565.00 | | $22,260.00 | $89,040.00 | $356,160.00 | $1,424,640.00 | $5,698,560.00 | | $5,755,545.60 | $5,813,101.06 | $5,871,232.07 | $5,929,944.39 | $5,989,243.83 | $6,049,136.27 | $6,109,627.63 | $49,108,490.84 | $736,627,362.64 |
| Hollywood | $4,807.00 | | $19,228.00 | $76,912.00 | $307,648.00 | $1,230,592.00 | $4,922,368.00 | | $4,971,591.68 | $5,021,307.60 | $5,071,520.67 | $5,122,235.88 | $5,173,458.24 | $5,225,192.82 | $5,277,444.75 | $42,419,499.84 | $636,292,494.55 |
| Green Valley | $6,011.00 | | $24,044.00 | $96,176.00 | $384,704.00 | $1,538,816.00 | $6,155,264.00 | | $6,216,816.64 | $6,278,984.81 | $6,341,774.65 | $6,405,192.40 | $6,469,244.33 | $6,533,936.77 | $6,599,276.14 | $53,044,229.73 | $795,663,445.97 |
| Thousand Oaks | $5,281.00 | | $21,124.00 | $84,496.00 | $337,984.00 | $1,351,936.00 | $5,407,744.00 | | $5,461,821.44 | $5,516,439.65 | $5,571,604.05 | $5,627,320.09 | $5,683,593.29 | $5,740,429.23 | $5,797,833.52 | $46,602,325.27 | $699,034,879.08 |
| **Totals** | $83,154.00 | | $332,616.00 | $1,330,464.00 | $5,321,856.00 | $21,287,424.00 | $85,149,696.00 | | $86,001,192.96 | $86,861,204.89 | $87,729,816.94 | $88,607,115.11 | $89,493,186.26 | $90,388,118.12 | $91,291,999.30 | $733,794,689.58 | $11,006,920,343.69 |
| | | | | | | | | | | | | | | | | | $11,006,920,343.69 |

| | Monthly Revenue | Monthly Growth Rate | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Monthly Growth Rate After Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Annual Revenue | Revenue Value X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | | | | | | 1% | | | | | | | | | 5 |
| **KOKONUT ISLAND GRILL REVENUES** | | | | | | | | | | | | | | | | **Annual Revenue** | **Revenue Value X** |
| Provo | $145,459.00 | | $581,836.00 | $2,327,344.00 | $9,309,376.00 | $37,237,504.00 | $148,950,016.00 | | $150,439,516.16 | $151,943,911.32 | $153,463,350.43 | $154,997,983.94 | $156,547,963.78 | $158,113,443.42 | $159,694,577.85 | $1,283,606,822.90 | $6,418,034,114.50 |
| SLC | $163,788.00 | | $655,152.00 | $2,620,608.00 | $10,482,432.00 | $41,929,728.00 | $167,718,912.00 | | $169,396,101.12 | $171,090,062.13 | $172,800,962.75 | $174,528,972.38 | $176,274,262.10 | $178,037,004.72 | $179,817,374.77 | $1,445,351,571.98 | $7,226,757,859.92 |
| Pleasant Grove | $155,732.00 | | $622,928.00 | $2,491,712.00 | $9,966,848.00 | $39,867,392.00 | $159,469,568.00 | | $161,064,263.68 | $162,674,906.32 | $164,301,655.38 | $165,944,671.93 | $167,604,118.65 | $169,280,159.84 | $170,972,961.44 | $1,374,261,185.24 | $6,871,305,926.21 |
| Orem | $149,034.00 | | $596,136.00 | $2,384,544.00 | $9,538,176.00 | $38,152,704.00 | $152,610,816.00 | | $154,136,924.16 | $155,678,293.40 | $157,235,076.34 | $158,807,427.10 | $160,395,501.37 | $161,999,456.38 | $163,619,450.95 | $1,315,154,505.70 | $6,575,772,528.49 |
| Highland | $168,730.00 | | $674,920.00 | $2,699,680.00 | $10,798,720.00 | $43,194,880.00 | $172,779,520.00 | | $174,507,315.20 | $176,252,388.35 | $178,014,912.24 | $179,795,061.36 | $181,593,011.97 | $183,408,942.09 | $185,243,031.51 | $1,488,962,382.72 | $7,444,811,913.60 |
| Clearfield | $139,053.00 | | $556,212.00 | $2,224,848.00 | $8,899,392.00 | $35,597,568.00 | $142,390,272.00 | | $143,814,174.72 | $145,252,316.47 | $146,704,839.63 | $148,171,888.03 | $149,653,606.91 | $151,150,142.98 | $152,661,644.41 | $1,227,076,905.14 | $6,135,384,525.70 |
| Woodscross | $138,884.00 | | $555,536.00 | $2,222,144.00 | $8,888,576.00 | $35,554,304.00 | $142,217,216.00 | | $143,639,388.16 | $145,075,782.04 | $146,526,539.86 | $147,991,805.26 | $149,471,723.31 | $150,966,440.55 | $152,476,104.95 | $1,225,585,560.14 | $6,127,927,800.68 |
| Logan | $147,765.00 | | $591,060.00 | $2,364,240.00 | $9,456,960.00 | $37,827,840.00 | $151,311,360.00 | | $152,824,473.60 | $154,352,718.34 | $155,896,245.52 | $157,455,207.97 | $159,029,760.05 | $160,620,057.65 | $162,226,258.23 | $1,303,956,181.37 | $6,519,780,906.85 |
| Vancouver | $179,150.00 | | $716,600.00 | $2,866,400.00 | $11,465,600.00 | $45,862,400.00 | $183,449,600.00 | | $185,284,096.00 | $187,136,936.96 | $189,008,306.33 | $190,898,389.39 | $192,807,373.29 | $194,735,447.02 | $196,682,801.49 | $1,580,913,950.48 | $7,904,569,752.39 |
| **Totals** | $1,387,595.00 | | $5,550,380.00 | $22,201,520.00 | $88,806,080.00 | $355,224,320.00 | $1,420,897,280.00 | | $1,435,106,252.1 | $1,449,457,315.3 | $1,463,951,888.4 | $1,478,591,407.3 | $1,493,377,321.4 | $1,508,311,094.6 | $1,523,394,205.0 | $12,244,869,065.67 | $61,224,345,328.35 |

| | Monthly Revenue | Monthly Growth Rate | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Monthly Growth Rate After Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Annual Profits | Profit Value X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **KOKONUT ISLAND GRILL PRORTS** | | | | | | | | | | | | | | | | **Annual Profits** | **Profit Value X** |
| Provo | $32,771.00 | | $131,084.00 | $524,336.00 | $2,097,344.00 | $8,389,376.00 | $33,557,504.00 | | $33,893,079.04 | $34,232,009.83 | $34,574,329.93 | $34,920,073.23 | $35,269,273.96 | $35,621,966.70 | $35,978,186.37 | $289,188,563.05 | $4,337,828,445.81 |
| SLC | $39,440.00 | | $157,760.00 | $631,040.00 | $2,524,160.00 | $10,096,640.00 | $40,386,560.00 | | $40,790,425.60 | $41,198,329.86 | $41,610,313.15 | $42,026,416.29 | $42,446,680.45 | $42,871,147.25 | $43,299,858.73 | $348,039,331.33 | $5,220,589,969.88 |
| Pleasant Grove | $35,543.00 | | $142,172.00 | $568,688.00 | $2,274,752.00 | $9,099,008.00 | $36,396,032.00 | | $36,759,992.32 | $37,127,592.24 | $37,498,868.17 | $37,873,856.85 | $38,252,595.42 | $38,635,121.37 | $39,021,472.58 | $313,650,150.95 | $4,704,752,264.18 |
| Orem | $33,299.00 | | $133,196.00 | $532,784.00 | $2,131,136.00 | $8,524,544.00 | $34,098,176.00 | | $34,439,157.76 | $34,783,549.34 | $35,131,384.83 | $35,482,698.68 | $35,837,525.67 | $36,195,900.92 | $36,557,859.93 | $293,847,913.13 | $4,407,718,696.93 |
| Highland | $44,663.00 | | $178,652.00 | $714,608.00 | $2,858,432.00 | $11,433,728.00 | $45,734,912.00 | | $46,192,261.12 | $46,654,183.73 | $47,120,725.57 | $47,591,932.82 | $48,067,852.15 | $48,548,530.67 | $49,034,015.98 | $394,129,834.05 | $5,911,947,510.77 |
| Clearfield | $31,098.00 | | $124,392.00 | $497,568.00 | $1,990,272.00 | $7,961,088.00 | $31,844,352.00 | | $32,162,795.52 | $32,484,423.48 | $32,809,267.71 | $33,137,360.39 | $33,468,733.99 | $33,803,421.33 | $34,141,455.54 | $274,425,129.96 | $4,116,376,949.37 |
| Woodscross | $32,043.00 | | $128,172.00 | $512,688.00 | $2,050,752.00 | $8,203,008.00 | $32,812,032.00 | | $33,140,152.32 | $33,471,553.84 | $33,806,269.38 | $34,144,332.08 | $34,485,775.40 | $34,830,633.15 | $35,178,939.48 | $282,764,307.65 | $4,241,464,614.72 |
| Logan | $33,998.00 | | $135,992.00 | $543,968.00 | $2,175,872.00 | $8,703,488.00 | $34,813,952.00 | | $35,162,091.52 | $35,513,712.44 | $35,868,849.56 | $36,227,538.06 | $36,589,813.44 | $36,955,711.57 | $37,325,268.69 | $300,016,257.26 | $4,500,243,858.92 |
| Vancouver | $47,189.00 | | $188,756.00 | $755,024.00 | $3,020,096.00 | $12,080,384.00 | $48,321,536.00 | | $48,804,751.36 | $49,292,798.87 | $49,785,726.86 | $50,283,584.13 | $50,786,419.97 | $51,294,284.17 | $51,807,227.01 | $416,420,588.38 | $6,246,308,825.77 |
| **Totals** | $330,044.00 | | $1,320,176.00 | $5,280,704.00 | $21,122,816.00 | $84,491,264.00 | $337,965,056.00 | | $341,344,706.56 | $344,758,153.63 | $348,205,735.16 | $351,687,792.51 | $355,204,670.44 | $358,756,717.14 | $362,344,284.31 | $2,912,482,075.76 | $43,687,231,136.35 |

| | Monthly Revenue | Monthly Growth Rate | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Monthly Growth Rate After Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Annual Fees | MGMT Fee Value X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WCFS MANAGEMENT FEES** | | | | | | | | | | | | | | | | | |
| **CRUMBLE MGMT FEES** | | | | | | | | | | | | | | | | **Annual Fees** | **MGMT Fee Value X** |
| | | | | | | | | | | | | | | | | | 4 |
| Beaverton | $13,978.88 | | $55,915.52 | $223,662.08 | $894,648.32 | $3,578,593.28 | $14,314,373.12 | | $14,457,516.85 | $14,602,092.02 | $14,748,112.94 | $14,895,594.07 | $15,044,550.01 | $15,194,995.51 | $15,346,945.47 | $123,356,999.19 | $493,427,996.74 |
| Flagstaff | $6,282.48 | | $25,129.92 | $100,519.68 | $402,078.72 | $1,608,314.88 | $6,433,259.52 | | $6,497,592.12 | $6,562,568.04 | $6,628,193.72 | $6,694,475.65 | $6,761,420.41 | $6,829,034.61 | $6,897,324.96 | $55,439,912.23 | $221,759,648.91 |
| Fort Worth | $14,072.64 | | $56,290.54 | $225,162.18 | $900,648.70 | $3,602,594.82 | $14,410,379.26 | | $14,554,483.06 | $14,700,027.89 | $14,847,028.17 | $14,995,498.45 | $15,145,453.43 | $15,296,907.97 | $15,449,877.05 | $124,184,351.51 | $496,737,406.03 |
| Lake Oswego | $9,880.72 | | $39,522.88 | $158,091.52 | $632,366.08 | $2,529,464.32 | $10,117,857.28 | | $10,219,035.85 | $10,321,226.21 | $10,424,438.47 | $10,528,682.86 | $10,633,969.69 | $10,740,309.38 | $10,847,712.48 | $87,192,677.02 | $348,770,708.09 |
| Lehi | $8,447.60 | | $33,790.40 | $135,161.60 | $540,646.40 | $2,162,585.60 | $8,650,342.40 | | $8,736,845.82 | $8,824,214.28 | $8,912,456.43 | $9,001,580.99 | $9,091,596.80 | $9,182,512.77 | $9,274,337.89 | $74,546,071.38 | $298,184,285.53 |
| South Lake | $19,702.56 | | $78,810.24 | $315,240.96 | $1,260,963.84 | $5,043,855.36 | $20,175,421.44 | | $20,377,175.65 | $20,580,947.41 | $20,786,756.89 | $20,994,624.45 | $21,204,570.70 | $21,416,616.41 | $21,630,782.57 | $173,865,765.92 | $695,463,063.67 |
| Tanasbourne | $12,592.32 | | $50,369.28 | $201,477.12 | $805,908.48 | $3,223,633.92 | $12,894,535.68 | | $13,023,481.04 | $13,153,715.85 | $13,285,253.01 | $13,418,105.54 | $13,552,286.59 | $13,687,809.46 | $13,824,687.55 | $111,121,263.50 | $444,485,054.02 |
| Vancouver | $34,690.80 | | $138,763.20 | $555,052.80 | $2,220,211.20 | $8,880,844.80 | $35,523,379.20 | | $35,878,612.99 | $36,237,399.12 | $36,599,773.11 | $36,965,770.84 | $37,335,428.55 | $37,708,782.84 | $38,085,870.67 | $306,129,889.33 | $1,224,519,557.32 |
| Plano | $16,432.48 | | $65,729.92 | $262,919.68 | $1,051,678.72 | $4,206,714.88 | $16,826,859.52 | | $16,995,128.12 | $17,165,079.40 | $17,336,730.19 | $17,510,097.49 | $17,685,198.47 | $17,862,050.45 | $18,040,670.96 | $145,008,857.79 | $580,035,431.16 |
| Hillsboro 2 | $13,072.72 | | $52,290.88 | $209,163.52 | $836,654.08 | $3,346,616.32 | $13,386,465.28 | | $13,520,329.93 | $13,655,533.23 | $13,792,088.56 | $13,930,009.45 | $14,069,309.54 | $14,210,002.64 | $14,352,102.67 | $115,360,566.11 | $461,442,264.44 |
| **Totals** | $149,153.20 | | $596,612.78 | $2,386,451.14 | $9,545,804.54 | $38,183,218.18 | $152,732,872.70 | | $154,260,201.43 | $155,802,803.45 | $157,360,831.48 | $158,934,439.79 | $160,523,784.19 | $162,129,022.03 | $163,750,312.25 | $1,316,206,353.96 | $5,264,825,415.91 |
| **EVERGROUP MGMT FEES** | | | | | | | | | | | | | | | | **Annual Fees** | **MGMT Fee Value X** |
| 23 Stores | $53,935.76 | | $215,743.04 | $862,972.16 | $3,451,888.64 | $13,807,554.56 | $55,230,218.24 | | $55,782,520.42 | $56,340,345.63 | $56,903,749.08 | $57,472,786.57 | $58,047,514.44 | $58,627,989.58 | $59,214,269.48 | $475,957,551.85 | $1,903,830,207.39 |
| **Totals** | $53,935.76 | | $215,743.04 | $862,972.16 | $3,451,888.64 | $13,807,554.56 | $55,230,218.24 | | $55,782,520.42 | $56,340,345.63 | $56,903,749.08 | $57,472,786.57 | $58,047,514.44 | $58,627,989.58 | $59,214,269.48 | $475,957,551.85 | $1,903,830,207.39 |
| **EVERBOWL MGMT FEES** | | | | | | | | | | | | | | | | **Annual Fees** | **MGMT Fee Value X** |
| Farmington | $5,522.08 | | $22,088.32 | $88,353.28 | $353,413.12 | $1,413,652.48 | $5,654,609.92 | | $5,711,156.02 | $5,768,267.58 | $5,825,950.26 | $5,884,209.76 | $5,943,051.86 | $6,002,482.37 | $6,062,507.20 | $48,729,742.16 | $194,918,968.63 |
| Pleasant Grove | $5,598.72 | | $22,394.88 | $89,579.52 | $358,318.08 | $1,433,272.32 | $5,733,089.28 | | $5,790,420.17 | $5,848,324.37 | $5,906,807.62 | $5,965,875.69 | $6,025,534.45 | $6,085,789.80 | $6,146,647.69 | $49,406,053.88 | $197,624,215.52 |
| PHR | $2,560.64 | | $10,242.56 | $40,970.24 | $163,880.96 | $655,523.84 | $2,622,095.36 | | $2,648,316.31 | $2,674,799.48 | $2,701,547.47 | $2,728,562.95 | $2,755,848.58 | $2,783,407.06 | $2,811,241.13 | $22,596,435.94 | $90,385,743.75 |
| Beaverton | $2,672.96 | | $10,691.84 | $42,767.36 | $171,069.44 | $684,277.76 | $2,737,111.04 | | $2,764,482.15 | $2,792,126.97 | $2,820,048.24 | $2,848,248.72 | $2,876,731.21 | $2,905,498.52 | $2,934,553.51 | $23,587,606.77 | $94,350,427.09 |
| PHX | $2,358.00 | | $9,432.00 | $37,728.00 | $150,912.00 | $603,648.00 | $2,414,592.00 | | $2,438,737.92 | $2,463,125.30 | $2,487,756.55 | $2,512,634.12 | $2,537,760.46 | $2,563,138.06 | $2,588,769.44 | $20,808,233.86 | $83,232,935.42 |
| Calabasas | $2,398.40 | | $9,593.60 | $38,374.40 | $153,497.60 | $613,990.40 | $2,455,961.60 | | $2,480,521.22 | $2,505,326.43 | $2,530,379.69 | $2,555,683.49 | $2,581,240.32 | $2,607,052.73 | $2,633,123.25 | $21,164,744.73 | $84,658,978.93 |
| Sahara | $2,774.24 | | $11,096.96 | $44,387.84 | $177,551.36 | $710,205.44 | $2,840,821.76 | | $2,869,229.98 | $2,897,922.28 | $2,926,901.50 | $2,956,170.52 | $2,985,732.22 | $3,015,589.54 | $3,045,745.44 | $24,481,354.83 | $97,925,419.32 |
| Hollywood | $2,712.64 | | $10,850.56 | $43,402.24 | $173,608.96 | $694,435.84 | $2,777,743.36 | | $2,805,520.79 | $2,833,576.00 | $2,861,911.76 | $2,890,530.88 | $2,919,436.19 | $2,948,630.55 | $2,978,116.86 | $23,937,763.99 | $95,751,055.96 |
| Green Valley | $2,891.76 | | $11,567.04 | $46,268.16 | $185,072.64 | $740,290.56 | $2,961,162.24 | | $2,990,773.86 | $3,020,681.60 | $3,050,888.42 | $3,081,397.30 | $3,112,211.27 | $3,143,333.39 | $3,174,766.72 | $25,518,413.20 | $102,073,652.81 |
| Thousand Oaks | $2,654.56 | | $10,618.24 | $42,472.96 | $169,891.84 | $679,567.36 | $2,718,269.44 | | $2,745,452.13 | $2,772,906.66 | $2,800,635.72 | $2,828,642.08 | $2,856,928.50 | $2,885,497.79 | $2,914,352.76 | $23,425,235.48 | $93,700,941.92 |
| **Totals** | $32,144.00 | | $128,576.00 | $514,304.00 | $2,057,216.00 | $8,228,864.00 | $32,915,456.00 | | $33,244,610.56 | $33,577,056.67 | $33,912,827.23 | $34,251,955.50 | $34,594,475.06 | $34,940,419.81 | $35,289,824.01 | $283,655,584.84 | $1,134,622,339.36 |
| **KOKONUT ISLAND GRILL MGMT FEES** | | | | | | | | | | | | | | | | **Annual Fees** | **MGMT Fee Value X** |
| Provo | $11,636.72 | | $46,546.88 | $186,187.52 | $744,750.08 | $2,979,000.32 | $11,916,001.28 | | $12,035,161.29 | $12,155,512.91 | $12,277,068.03 | $12,399,838.72 | $12,523,837.10 | $12,649,075.47 | $12,775,566.23 | $102,688,545.83 | $410,754,183.33 |
| SLC | $13,103.04 | | $52,412.16 | $209,648.64 | $838,594.56 | $3,354,378.24 | $13,417,512.96 | | $13,551,688.09 | $13,687,204.97 | $13,824,077.02 | $13,962,317.79 | $14,101,940.97 | $14,242,960.38 | $14,385,389.98 | $115,628,125.76 | $462,512,503.04 |
| Pleasant Grove | $12,458.56 | | $49,834.24 | $199,336.96 | $797,347.84 | $3,189,391.36 | $12,757,565.44 | | $12,885,141.09 | $13,013,992.51 | $13,144,132.43 | $13,275,573.75 | $13,408,329.49 | $13,542,412.79 | $13,677,836.92 | $109,940,894.82 | $439,763,579.28 |
| Orem | $11,922.72 | | $47,690.88 | $190,763.52 | $763,054.08 | $3,052,216.32 | $12,208,865.28 | | $12,330,953.93 | $12,454,263.47 | $12,578,806.11 | $12,704,594.17 | $12,831,640.11 | $12,959,956.51 | $13,089,556.08 | $105,212,360.46 | $420,849,441.82 |
| Highland | $13,498.40 | | $53,993.60 | $215,974.40 | $863,897.60 | $3,455,590.40 | $13,822,361.60 | | $13,960,585.22 | $14,100,191.07 | $14,241,192.98 | $14,383,604.91 | $14,527,440.96 | $14,672,715.37 | $14,819,442.52 | $119,116,990.62 | $476,467,962.47 |
| Clearfield | $11,124.24 | | $44,496.96 | $177,987.84 | $711,951.36 | $2,847,805.44 | $11,391,221.76 | | $11,505,133.98 | $11,620,185.32 | $11,736,387.17 | $11,853,751.04 | $11,972,288.55 | $12,092,011.44 | $12,212,931.55 | $98,166,152.41 | $392,664,609.65 |
| Woodscross | $11,110.72 | | $44,442.88 | $177,771.52 | $711,086.08 | $2,844,344.32 | $11,377,377.28 | | $11,491,151.05 | $11,606,062.56 | $11,722,123.19 | $11,839,344.42 | $11,957,737.87 | $12,077,315.24 | $12,198,088.40 | $98,046,864.41 | $392,187,379.24 |
| Logan | $11,821.20 | | $47,284.80 | $189,139.20 | $756,556.80 | $3,026,227.20 | $12,104,908.80 | | $12,225,957.89 | $12,348,217.47 | $12,471,699.64 | $12,596,416.64 | $12,722,380.80 | $12,849,604.61 | $12,978,100.66 | $104,316,494.51 | $417,265,978.04 |
| Vancouver | $14,332.00 | | $57,328.00 | $229,312.00 | $917,248.00 | $3,668,992.00 | $14,675,968.00 | | $14,822,727.68 | $14,970,954.96 | $15,120,664.51 | $15,271,871.15 | $15,424,589.86 | $15,578,835.76 | $15,734,624.12 | $126,473,116.04 | $505,892,464.15 |
| **Totals** | $111,007.60 | | $444,030.40 | $1,776,121.60 | $7,104,486.40 | $28,417,945.60 | $113,671,782.40 | | $114,808,500.22 | $115,956,585.23 | $117,116,151.08 | $118,287,312.59 | $119,470,185.72 | $120,664,887.57 | $121,871,536.45 | $979,589,525.25 | $3,918,358,101.01 |

| | Monthly Revenue | Monthly Growth Rate | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Monthly Growth Rate After Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Annual Revenue | Revenue Value X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | | | | | | 1% | | | | | | | | | 5 |
| **ALL BRAND REVENUES** | | | | | | | | | | | | | | | | Annual Revenue | Revenue Value X |
| Crumble | $1,864,414.95 | | $7,457,659.80 | $29,830,639.20 | $119,322,556.80 | $477,290,227.20 | $1,909,160,908.80 | | $1,928,252,517.( | $1,947,535,043.( | $1,967,010,393.5 | $1,986,680,497.4 | $2,006,547,302.4 | $2,026,612,775.4 | $2,046,878,903.1 | $16,452,579,424.71 | $82,262,897,123.54 |
| Evergroup | $674,197.00 | | $2,696,788.00 | $10,787,152.00 | $43,148,608.00 | $172,594,432.00 | $690,377,728.00 | | $697,281,505.28 | $704,254,320.33 | $711,296,863.54 | $718,409,832.17 | $725,593,930.49 | $732,849,869.80 | $740,178,368.50 | $5,949,469,398.11 | $29,747,346,990.54 |
| Everbowl | $401,800.00 | | $1,607,200.00 | $6,428,800.00 | $25,715,200.00 | $102,860,800.00 | $411,443,200.00 | | $415,557,632.00 | $419,713,208.32 | $423,910,340.40 | $428,149,443.81 | $432,430,938.25 | $436,755,247.63 | $441,122,800.10 | $3,545,694,810.51 | $17,728,474,052.54 |
| Kokonut Island Grill | $1,387,595.00 | | $5,550,380.00 | $22,201,520.00 | $88,806,080.00 | $355,224,320.00 | $1,420,897,280.00 | | $1,435,106,252.( | $1,449,457,315.( | $1,463,951,888.4 | $1,478,591,407.: | $1,493,377,321.4 | $1,508,311,094.( | $1,523,394,205.( | $12,244,869,065.67 | $61,224,345,328.35 |
| **Totals** | $4,328,006.95 | | $17,312,027.80 | $69,248,111.20 | $276,992,444.80 | $1,107,969,779.2 | $4,431,879,116.80 | | $4,476,197,907.( | $4,520,959,887.( | $4,566,169,485.( | $4,611,831,180.7 | $4,657,949,492.( | $4,704,528,987.( | $4,751,574,277.: | $38,192,612,698.99 | $190,963,063,494.97 |
| **ALL BRAND PROFITS** | | | | | | | | | | | | | | | | Annual Profits | Profit Value X |
| Crumble | $421,916.00 | | $1,687,664.00 | $6,750,656.00 | $27,002,624.00 | $108,010,496.00 | $432,041,984.00 | | $436,362,403.84 | $440,726,027.88 | $445,133,288.16 | $449,584,621.04 | $454,080,467.25 | $458,621,271.92 | $463,207,484.64 | $3,723,208,988.73 | $55,848,134,830.89 |
| Evergroup | $39,421.00 | | $157,684.00 | $630,736.00 | $2,522,944.00 | $10,091,776.00 | $40,367,104.00 | | $40,770,775.04 | $41,178,482.79 | $41,590,267.62 | $42,006,170.29 | $42,426,232.00 | $42,850,494.32 | $43,278,999.26 | $347,871,665.32 | $5,218,074,979.78 |
| Everbowl | $83,154.00 | | $332,616.00 | $1,330,464.00 | $5,321,856.00 | $21,287,424.00 | $85,149,696.00 | | $86,001,192.96 | $86,861,204.89 | $87,729,816.94 | $88,607,115.11 | $89,493,186.26 | $90,388,118.12 | $91,291,999.30 | $733,794,689.58 | $11,006,920,343.69 |
| Kokonut Island Grill | $330,044.00 | | $1,320,176.00 | $5,280,704.00 | $21,122,816.00 | $84,491,264.00 | $337,965,056.00 | | $341,344,706.56 | $344,758,153.63 | $348,205,735.16 | $351,687,792.51 | $355,204,670.44 | $358,756,717.14 | $362,344,284.31 | $2,912,482,075.76 | $43,687,231,136.35 |
| **Totals** | $874,535.00 | | $3,498,140.00 | $13,992,560.00 | $55,970,240.00 | $223,880,960.00 | $895,523,840.00 | | $904,479,078.40 | $913,523,869.18 | $922,659,107.88 | $931,885,698.95 | $941,204,555.94 | $950,616,601.50 | $960,122,767.52 | $7,717,357,419.38 | $115,760,361,290.71 |
| **ALL BRAND MANAGEMENT FEES** | | | | | | | | | | | | | | | | Annual Fees | MGMT Fee Value X |
| Crumble | $149,153.20 | | $596,612.78 | $2,386,451.14 | $9,545,804.54 | $38,183,218.18 | $152,732,872.70 | | $154,260,201.43 | $155,802,803.45 | $157,360,831.48 | $158,934,439.79 | $160,523,784.19 | $162,129,022.03 | $163,750,312.25 | $1,316,206,353.98 | $5,264,825,415.91 |
| Evergroup | $53,935.76 | | $215,743.04 | $862,972.16 | $3,451,888.64 | $13,807,554.56 | $55,230,218.24 | | $55,782,520.42 | $56,340,345.63 | $56,903,749.08 | $57,472,786.57 | $58,047,514.44 | $58,627,989.58 | $59,214,269.48 | $475,957,551.85 | $1,903,830,207.39 |
| Everbowl | $32,144.00 | | $128,576.00 | $514,304.00 | $2,057,216.00 | $8,228,864.00 | $32,915,456.00 | | $33,244,610.56 | $33,577,056.67 | $33,912,827.23 | $34,251,955.50 | $34,594,475.06 | $34,940,419.81 | $35,289,824.01 | $283,655,584.84 | $1,134,622,339.36 |
| Kokonut Island Grill | $111,007.60 | | $444,030.40 | $1,776,121.60 | $7,104,486.40 | $28,417,945.60 | $113,671,782.40 | | $114,808,500.22 | $115,956,585.23 | $117,116,151.08 | $118,287,312.59 | $119,470,185.72 | $120,664,887.57 | $121,871,536.45 | $979,589,525.25 | $3,918,358,101.01 |
| **Totals** | $346,240.56 | | $1,384,962.22 | $5,539,848.90 | $22,159,395.58 | $88,637,582.34 | $354,550,329.34 | | $358,095,832.64 | $361,676,790.96 | $365,293,558.87 | $368,946,494.46 | $372,635,959.41 | $376,362,319.00 | $380,125,942.19 | $3,055,409,015.92 | $12,221,636,063.68 |
| | | | | | | | | | | | | | | | | All Brands and Management Fees Value | |
| | | | | | | | | | | | | | | | | $127,981,997,354.39 | |
| | | | | | | | | | | | | | | | | Dynamic Capital Equity | $63,990,998,677.19 |

### REAL ESTATE SCHEDULE - DYNAMIC CAPITAL/AARON WAGNER

| PROPERTY ADDRESS/DESCRIPTION | # OF UNITS/ACRES/SPACES | % OCCUPIED | PURCH. DATE / PURCH. COST | MARKET VALUE | BANK ADJ. MARKET VALUE | MORTGAGE BALANCE(S) | TOTAL EQUITY | LTV | LENDER | INTEREST RATE / I/O OR AMORT. | MATURITY DATE | RECOURSE (Y/N) / RECOURSE AMOUNT | RENTAL INCOME | EST. EXPENSES | LOAN PAYMENTS | NET RENTAL INCOME | DSCR | OWNERSHIP ROLE | % OWNED | PRINCIPAL'S EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4697 S CHERRY ST, MURRAY, UT 84123 | 3 BLDGS | 100% | 10/22/2020 / $ 4,000,010 | $ 5,500,000 | $ 5,500,000 | $ 3,587,896 | $ 1,912,104 | 65% | SBA; HILLCREST BANK | 2.6%;4.25% / AMORT | 10/23/2030; 2/17/2046 | No / $ 3,587,896 | $ 290,947 | $ 32,000 | $ 230,499 | $ 28,448 | 1.12 | PRINCIPLE | 50% | $ 956,052 |
| 4421 N THANKSGIVING WAY, LEHI, UT 84043 | 17 UNITS | | 5/1/2021 / $ 6,115,497 | $ 12,000,000 | $ 11,000,000 | $ 4,031,704 | $ 6,968,296 | 37% | CENTRAL BANK | 5.15% / AMORT | | No / $ 4,031,704 | $ 600,391 | $ 90,000 | $ 290,002 | $ 220,389 | 1.76 | PRINCIPLE | 50% | $ 3,484,148 |
| 525 E AUTO MALL DRIVE, AMERICAN FORK, UT 84003 | 1 BLDG | 100% | 12/1/2020 / $ 3,321,917 | $ 4,000,000 | $ 4,000,000 | $ 1,612,064 | $ 2,387,936 | 40% | CENTRAL BANK | 5.15% / AMORT | | No / $ 1,612,064 | $ 204,000 | $ - | $ 119,170 | $ 84,830 | 1.71 | PRINCIPLE | 50% | $ 1,193,968 |
| 1200 S MAIN ST, LOGAN, UT 84321 | 1 BLDG | 100% | 10/1/2021 / $ 3,100,000 | $ 4,500,000 | $ 4,500,000 | $ 3,400,000 | $ 1,100,000 | 76% | ROCK CANYON BANK | 6.25% / CONSTR. LOAN | | YES / $ 3,400,000 | $ 250,000 | $ - | $ 195,000 | $ 55,000 | 1.28 | PRINCIPLE | 50% | $ 550,000 |
| WAGNER RETAIL, 633 N PLEASANT GROVE BLVD. PLEASANT GROVE, UT 84062 | 2 BLDGS | 100% | 5/19/2019 | $ 12,500,000 | $ 12,500,000 | $ 4,200,000 | $ 8,300,000 | 34% | Central Bank | 6.00% / CONSTR. LOAN | | YES / $ 4,200,000 | $ 850,000 | $ 50,000 | $ 245,000 | $ 555,000 | 3.27 | PRINCIPLE | 100% | $ 8,300,000 |
| 781 N COUNTRY MANOR LANE. ALPINE UT 84004 | 1 HOME | 100% | 11/30/2019 | $ 8,500,000 | $ 8,500,000 | $ 2,600,000 | $ 5,900,000 | 31% | CENTRAL BANK | YES / HELOC | | BALANCE | $ - | $ 25,000 | $ 144,000 | $ (169,000) | -0.17 | PRINCIPLE | 100% | $ 5,900,000 |
| 856 WEST ANTELOPE DR, CLEARFIELD UT 84015 | VACANT LOT | N/A | 1/21/2020 | $ 600,000 | $ 600,000 | $ - | $ 600,000 | 0% | N/A | N/A | N/A | N/A | $ - | $ - | $ - | $ - | #DIV/0! | PRINCIPLE | 100% | $ 600,000 |
| YUBA LAKE ESTATES, FAYETTE, UT 8430 | 7 ACRES & HOME | 100% | 7/3/1905 | $ 1,200,000 | $ 1,200,000 | $ - | $ 1,200,000 | 0% | N/A | | | | $ - | $ - | $ - | $ - | #DIV/0! | PRINCIPLE | 100% | $ 1,200,000 |
| 1 Main ST. COMMERCIAL, MAGRATH AB, CANADA | 1 BLDG | 100% | 7/1/1905 | $ 1,000,000 | $ 1,000,000 | $ - | $ 1,000,000 | 0% | N/A | | | | | | | $ - | #DIV/0! | PRINCIPLE | 100% | $ 1,000,000 |
| Axia Fund GP, USA | MULTIPLE ASSETS | 100%% | 1/1/2021 | $ 74,000,000 | $ 74,000,000 | $ 51,800,000 | $ 22,200,000 | 70% | Multiple | | | | | | | $ - | #DIV/0! | Majority GP | 60% | $ 13,320,000 |
| 11221 N 75th St , Scottsdale AZ 85260 | 2ND HOME | 100% | | $ 4,200,000 | $ 4,200,000 | $ - | $ 4,200,000 | 0% | N/A | | | | | | | | | PRINCIPLE | 100% | $ 4,200,000 |
| 7323 E Shoeman Lane, Scottsdale AZ 85251 | 1 BLDG | 100% | 9/2/2021 | $ 8,500,000 | $ 8,500,000 | $ 4,000,000 | $ 4,500,000 | 47% | Sundance Bay | 11.00% / BRIDGE LOAN | 9/2/2022 | NO | $ 420,000 | $ - | $ - | $ 420,000 | #DIV/0! | PRINCIPLE | 100% | $ 4,500,000 |
| TOTALS | | | | $ 136,500,000 | $ 135,500,000 | $ 75,231,664 | $ 60,268,336 | | | | | | $ 2,615,337 | $ 197,000 | $ 1,223,671 | $ 1,194,666 | | | | $ 45,204,168 |