**To:** ▮▮▮▮▮▮▮▮▮ @oppbank.com]
**Cc:** ▮▮▮▮▮▮▮▮ @truckranch.com]; ▮▮▮▮▮▮▮▮ @oppbank.com]; ▮▮▮ @truckranch.com]
**From:** Aaron Wagner
**Sent:** Fri 10/8/2021 9:27:56 PM
**Subject:** Re: 2020 financial information


▮▮,

My firm Wags Capital will be funding the down payment. I have been doing this for almost 15 years. I am super comfortable with this type of investment. I typically either use our firm's liquidity from various deals that we are in and out of, or I syndicate the capital with a few long term investors with some profit share on the long term project.

If you would like more details, please call me directly. I can give more details. I will have plenty of liquidity post closing. I have a large closing this month in which I will bring in about $20mm cash. So liquidity will not be an issue.

Please feel free to reach out.

▮▮▮▮▮▮▮

Aaron

On Fri, Oct 8, 2021 at 3:09 PM ▮▮▮▮▮▮▮ @oppbank.com> wrote:

> Tallen, I need a complete breakdown of exactly where the down payment and interest reserve will be coming from. If from an investor group can you be pretty specific please. I need a good understanding of what liquidity will look like after acquisition. Thanks
>
> ---
> Sent from Workspace ONE Boxer
>
> On October 8, 2021 at 2:08:31 PM MDT, ▮▮▮▮▮▮▮ @truckranch.com> wrote:
>
>> All -
>> We're getting down to the wire - just following up on this! Have you had a chance to review?
>> Do you need anything else from us at this time?
>>
>> ▮▮▮▮▮▮▮
>>
>> ▮▮ @truckranch.com
>>
>> On Wed, Oct 6, 2021 at 11:00 AM ▮▮▮▮▮▮▮ @truckranch.com> wrote:
>>
>>> Good afternoon All -
>>> Please see below for responses in green. Please let us know if you need anything

FI-OBM-TB-04-00299

else at this time.

Thanks,



████@truckranch.com

On Mon, Oct 4, 2021 at 12:39 PM ████████████████ @oppbank.com> wrote:

Hello ████,
As ████ noted in his e-mail I'm helping him with the underwriting of your Opportunity Bank of Montana financing request.
A few follow up questions as we proceed with the analysis:

**Financials**

Could you please provide the following K1s for Aaron (no need for the full tax returns) in 2017 (Das Partners, LLC) **Please see attached**, 2018 (Mercato Partners Growth Al III LP, Peterson Venture Partners II, Puffer Lake Resort INC) and 2019 (Mercato Partners Growth Al III LP, Peterson Venture Partners II Puffer Lake Resort INC, ZZZ Natural LLC)? **Aaron Wagner/Dynamic Capital own less than 5% of each of the entities listed - these are immaterial and I thought we were good to disregard them.**

Could you also provide the K1s for the entities Dynamic Capital had ownership in for 2017-2019? We have Mayberry's Fashion's complete tax returns for 2017 and 2018 so no need to provide K1s for that one. **2017: Mayberry's (Already provided), WKCP VB LLC (I don't have a copy, pretty immaterial though - do we really need it?), WKCP Holdings LLC (Attached)**
**2018: Mayberry's (Already provided), WKCP VB LLC (I don't have a copy, pretty immaterial though - do we really need it?), WKCP Holdings LLC (I don't have a copy, no activity in 2018 - do we really need it?)**
**2019: Wagscap Food Services (Attached), Wagscap LLC (Attached), WKCP Casablanca (Attached) - I believe WKCP VB and WKCP Holdings were inactive in 2019.**

**Dynamic Capital**

What is the -$617,623 other loss reporting on the 2019 tax returns? If this is a pass thru loss from entities Dynamic Capital holds ownership in? If so, the K1s for that year will help me sort this out. **The majority of this loss is real estate/depreciation related from Wagscap LLC and Wagscap Food Services LLC, not ordinary operating loss. I've attached the K1s, but most of the depreciation from Wagscap Food Services rolls up from its subsidiary entities.**
What is the primary reason for the income increase between 2019 and year-to-date financials? **The significant income growth from 18-19-**

FI-OBM-TB-04-00299.02

**20-21 is a result of natural business growth & reinvestment of profits to scale and acquire new restaurants/brands.** How does the Crumble, Evergroup, Everbowl, and Kokonut report thru the tax returns? **Operating activity for those brands/entities flows through the Wagscap Food Services entity via K1 to Dynamic Capital.** 2017 tax returns indicate there was a long-term gain from a sale from WKPC holdings from 12.30.2020? Is this just a typo? **Yes - typo. That is just a pass through long-term capital gain from WKCP Holdings K1.** What real estate property is held by WKCP Casablanca, LLC - this entity flows through the Form 8825 of the 2019 tax returns? **WKCP Casablanca was a single-purpose entity that built and sold an emergency center in San Antonio, TX. That entity served its purpose and final K1s were issued in 2019 (attached).** Aaron Wagner PFS / RE Schedule

The property listed under 'PROPERTY B' (Commercial Magrath, AB) valued at $2,000,000. Is this the same property as the 1 Main Street commercial property valued at $1MM on the provided RE schedule for Dynamic Capital/Aaron Wagner? **The $2M valuation was overlooked on the PFS. Since the pandemic the value of that property has decreased significantly. The $1M valuation on the RE schedule is accurate and should be used going forward.** To confirm, this property and Yuba Lake Estates were acquired in 1905. **We're not really sure what happened with those dates, but the Magrath property was acquired in 2011 and the Yuba property was acquired in 2012.**

Could you please provide a brief description on the Axia Fund GP $51,800,000 mortgage and what that is for? Also, briefly describe the collateral securing the note? **This $51,800,000 number is actually multiple mortgages. Axia Fund invests in RV Parks, Self-Storage Facilities, and Multi-Family properties. Its current holdings consist of 8-10 properties all financed by their own mortgage. Each individual mortgage is collateralized by a single asset.** There is no date acquired provided for the Scottsdale 2nd home, is this residence still held by Aaron? **Aaron will be closing on the Scottsdale home this week. Mortgage will be approximately $2,900,000**

The 4421 N Thanksgiving Way, 525 East Auto Mall Drive, 1200 S Main Street, and Wagner Retail listed on the RE schedule, are any of these properties also listed on the debt schedule you previously provided for Wagscap/Jadon (see attached)? **All but the Wagner Retail Center are Wagscap LLC projects and therefore flow up to both Aaron and Jadon.** If not, could you please let me know which enitity(ies) these properties/mortgages flow thru? **Wagner Retail Center is a Dynamic Capital project. There is a construction loan that should flow through that entity.**

Thanks for your help!

████████████
Credit Analyst

FI-OBM-TB-04-00299.03

**From:** ███████████ @oppbank.com>
**Sent:** Tuesday, September 28, 2021 3:07 PM
**To:** ███████████ @truckranch.com>
**Cc:** ███████████ @oppbank.com>
**Subject:** 2020 financial information

Hi ████,

Any further word on the 2020 business returns and the year end 2020 P&L and Balance Sheets for all the entities? You had mentioned in the last email you were working on them.

Also, as a reminder, I will be out of the office starting next week for 2 weeks but will still be able to work on this; however, I have cc'd my credit analyst Cail so that if there are any questions regarding the financials he would be able to ask you directly.

I want to keep moving forward so I look forward to hearing from you.



██████████

Vice President | Senior Lending Officer

-

**Opportunity Bank of Montana**
1821 South Ave W, Suite 101
Missoula, MT 59801



NMLS # 1752160

TO SEND A SECURE EMAIL click link: https://www.opportunitybank.com/Send-Secure-File

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this communication and destroy all copies. CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.

--

Aaron A Wagner, Founder

████████████

Website

@AaronWags



**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**

FI-OBM-TB-04-00299.05