**To:** [redacted] JHorner@oppbank.com]
**From:** Aaron Wagner
**Sent:** Mon 10/23/2023 4:18:58 PM
**Subject:** Re: The Belle LLC
Aaron Wagner-PFS Oct 23.pdf
Axia Partners - Missoula MT LOI v2.pdf

............
,,,,,,,,,,,,

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[redacted],

Please see my updated PFS attached below.

Also attached is the LOI from the investment group.

I will get Tax Returns over asap.

4,5,6 will come Cole direct.

On Fri, Oct 13, 2023 at 2:10 PM [redacted] @oppbank.com> wrote:

Good afternoon,

I wanted to follow up on our conversation from the 28th. We really do need to get the ball rolling on any type of request. As such I have attached the business application which needs to be completed and signed so I can start any sort of underwriting. I will also need the following information:

1. The letter of interest from the investor group you discussed.
2. Final 2022 personal and all businesses related to Aaron and Jadon—I would these are completed if not already filed.
3. Current PFS for Aaron
4. Schematics of draft plans if you can email. These are what you demonstrated in the call Cole. They will help me sell the project further.
5. Draft of potential costs as best you have.
6. Timeline as you all see it.

I really can't move forward without the information. I know we have discussed several avenues but now is the time we need to pick one and get it done. Thanks and have a great weekend. John Horner

[redacted]

VP/Senior Commerical Loan Officer

**Opportunity Bank of Montana** | Missoula South Branch

1821 South Ave. W., Suite 101, Missoula, MT 59801

[redacted] | Fax: (406) 541-6205

FI-OBM-TB-04-00481



NMLS# 1752160

<mark>UPLOAD A SECURE FILE</mark>

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this communication and destroy all copies. CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.

**From:** ████████████ @oppbank.com>
**Sent:** Friday, September 22, 2023 11:31 AM
**To:** Aaron Wagner <aaron@wagscapital.com>
**Cc:** ████████████ @truckranch.com>; ████████████████████ >; ██████ @wagscapital.com>
**Subject:** RE: The Belle LLC

Thank you Aaron, sounds like some pretty exciting times.

At this time, I am available Tuesday afternoon or any time Thursday of next week. I will be out of the office the following week.

I would like to hear more of what the plan is, ████ and I had an initial conversation and it sounds like a potentially solid project and yes, we would be interested in knowing more about it and taking a loo.

At this point, the priority would be on the plan for the existing note. How much time you think would be needed before payoff and what that looks like would be good to know. A structure similar to how we have it may be doable (interest only payment with funds on deposit) but we may need to see some principal paydown as well. I am not sure yet until we dig into it.

I look forward to hearing more and any preliminary information you have that I can review would be great. Let me know what works for you next week. Thanks, John

**From:** Aaron Wagner <aaron@wagscapital.com>
**Sent:** Thursday, September 21, 2023 6:05 PM
**To:** ████████████ @oppbank.com>
**Cc:** ████████████ @truckranch.com>; ████████████████ @bergquist.dev>; ████████ @wagscapital.com>
**Subject:** Re: The Belle LLC

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey ████ ,

I ap[ologize for the late response.

The lien was never finalized with the architects. We have a payment plan worked out with them and have stayed current on it.

Wew will have them paid in full very soon.

In terms of the maturity date, We will likely need to speak to you and the bank about an extension, as we have made some very significant changes to the development plans and just finalized our project plans. We have done a ton of work on this project and are finally at a place where we can have the investor come in and take out the loan. Cole did tell me that he had a recent convo proposing that we look at you guys doing our construction loan after we pay off this note cash.

I'd like to start exploring that option asap now that we are ready to move forward on construction.

I will get you over the PFS for me tomorrow. Do you have time to all get on a call next week to discuss next steps?

Cole, can you help with the insurance request?

John, Let me know your schedule for next week to do a call?

Aaron

On Thu, Sep 21, 2023 at 11:34 AM ████████████ @oppbank.com> wrote:

Good morning,

This loan to The Belle LLC is maturing on November 18, 2023, just under 2 months.

Please provide answers to the following as soon as possible:

1. The current status of the MMW Architects lien on the property. Has it been cleared? Where does it stand?
2. Your current plan for paying off the note. The original intent was that the organized investor group would be paying the property loan off in order to further leverage it into a construction project. What is the status of that plan?
3. I need to have Opportunity Bank of Montana added to the insurance policy as loss payee.
4. I am still in need of a current Personal Financial Statement for Aaron.

Thank you and I do appreciate your attention to this matter.

████████████

VP/Senior Commercial Loan Officer

NMLS# 1752160

**Opportunity Bank of Montana** | Missoula South Branch

1821 South Ave. W, Suite 101, Missoula, MT 59801

FI-OBM-TB-04-00481.03

 | | Fax: (406) 541-6205

@oppbank.com

[UPLOAD A SECURE FILE](#)

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this communication and destroy all copies. CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.

--

Sincerely,



**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**

--

Sincerely,



**This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. If this email is not returned as undeliverable it will be considered delivered as of the time stamp on this email**

FI-OBM-TB-04-00481.04

# PERSONAL FINANCIAL STATEMENT - AARON WAGNER

## CASH & EQUIVALENTS

| | | |
|---|---|---|
| ZIONS BANK-CHECKING | $ | 25,000 |
| UCCU-CHECKING | $ | 18,077 |
| US BANK | $ | 2,093,569 |
| WELLS FARGO | $ | 3,934,237 |
| GOLD AND SILVER | $ | 100,000 |
| CASH | $ | 300,000 |
| OTHER | $ | 68,743 |
| **TOTAL:** | **$** | **6,539,625** |

## STOCKS & BONDS

| | | |
|---|---|---|
| STOCKS-ETRADE | $ | 24,000 |
| ETRADE ACCOUNT | $ | 28,000 |
| **TOTAL:** | **$** | **52,000** |

## OTHER PERSONAL PROPERTY

| | | |
|---|---|---|
| JEWELRY-DIAMONDS, WATCHES, BAGS | $ | 750,000 |
| FURNISHINGS & DÉCOR | $ | 1,000,000 |
| ART | $ | 375,000 |
| **TOTAL:** | **$** | **2,125,000** |

## VEHICLES:

| | | |
|---|---|---|
| 2023 FORD RAPTOR | $ | 100,000 |
| 2021 ROLLS ROYCE GHOST | $ | 425,000 |
| 2016 LAMBORGHINI HURACAN | $ | 250,000 |
| 2019 CADILLAC ESCALADE ESV | $ | 75,000 |
| 1965 CHEVELLE MALIBU SS | $ | 300,000 |
| 2019 MALIBU WAKESETTER MXZ | $ | 170,000 |
| 2021 CADILLAC ESCALADE ESV | $ | 130,000 |
| 2014 HIGH COUNTRY TRAILER | $ | 25,000 |
| 2015 POLARIS RMK 800 | $ | 12,000 |
| 2015 POLARIS RMK 800 | $ | 12,000 |
| 2014 ARCTIC CAT M9000 | $ | 15,000 |
| 1965 Camaro SS | $ | 170,000 |
| 2014 KTM SX 450 | $ | 8,000 |
| Airplane -Ciruss SR22 | $ | 720,000 |
| 1962 Lincoln Continental | $ | 300,000 |
| 1953 Buick | $ | 55,000 |
| 2017 CANAM DEFENDER | $ | 35,000 |
| **TOTAL:** | **$** | **2,802,000** |

## OTHER ASSETS

| | | |
|---|---|---|
| LIFE INSURANCE-CASH VALUE | $ | 265,000 |
| RETIREMENT PENSION-CFL | $ | 102,000 |
| WEAPONS-RIFLES,HANDGUNS,SAFE | $ | 80,000 |
| CRYPTO CURRENCIES | $ | 16,440,000 |
| EQUITY - DYNAMIC CAPITAL | $ | 38,835,000 |
| **TOTAL:** | **$** | **55,722,000** |

## REAL ESTATE HOLDINGS:

| | PROPERTY A | PROPERTY B | PROPERTY C |
|---|---|---|---|
| PROPERTY TYPE: | PERSONAL RESIDENCE | PERSONAL RESIDENCE | RECREATIONAL |
| ADDRESS: | 781 N COUNTRY MANOR LANE | 11221 N 75TH ST | 2417 W High Mountain |
| CITY/STATE/ZIP: | ALPINE, UT 84004 | SCOTTSDALE , AZ | Park City, UT |
| TITLE/OWNERSHIP: | AARON WAGNER-100% | AARON WAGNER-100% | AARON WAGNER-100% |
| PURCHASE DATE: | SEP 19 | 21 | AUG 22 |
| PURCHASE PRICE: | $ 3,600,000 | $ 3,700,000 | $ 3,600,000 |
| MARKET VALUE: | $ 8,000,000 | $ 4,500,000 | $ 4,500,000 |
| LOAN BALANCE: | $ 2,600,000 | $ 2,400,000 | $ 2,200,000 |
| INTEREST RATE: | | N/A | N/A |
| MATURITY DATE: | | N/A | N/A |
| MONTHLY PAYMENT: | $ 11,000 | $ 18,000 | $ 10,500 |
| LENDER: | CENTRAL BANK | SLS | Private |

| | | |
|---|---|---|
| OTHER COMMERCIAL REAL ESTATE HOLDINGS VALUE (NET): | $ | 46,000,000 |
| **TOTAL REAL ESTATE VALUE:** | $ | 63,000,000 |
| **TOTAL REAL ESTATE DEBT:** | $ | 7,200,000 |
| **TOTAL MONTHLY OBLIGATIONS:** | $ | 39,500 |

### PERSONAL NET WORTH

| | | |
|---|---|---|
| TOTAL ASSETS VALUE: | $ | 130,240,625 |
| TOTAL LIABILITIES: | $ | (7,200,000) |
| **TOTAL PERSONAL NET WORTH:** | **$** | **123,040,625** |

### PERSONAL INCOME

| | ANNUAL | MONTHLY |
|---|---|---|
| DEVCO ROYALTIES | $ 25,000 | $ 2,083 |
| WAGS CAP FOOD SERVICES | $ 1,100,000 | $ 91,667 |
| WAGS CAPITAL | $ 850,000 | $ 70,833 |
| DYNAMIC CAPITAL | $ 1,200,000 | $ 100,000 |
| **TOTAL INCOME:** | **$ 3,175,000** | **$ 264,583** |
| **NET DEBT SERVICE:** | **$ (474,000)** | **$ (39,500)** |
| **NET INCOME:** | **$ 2,701,000** | **$ 225,083** |

SIGNATURE:

DATE: Oct/ 18/2023