IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                    Aaron Wagner

90

Q    Under Documents, Exhibit C, it has a Ford Raptor under Vehicles.  The Rolls-Royce is gone, correct?

A    Correct.

Q    Lamborghini Huracan, gone or not?  Here's why I ask.  Because I heard there was two of them.

A    There was never two.  I've only owned one Lamborghini Huracan.

Q    Do you know where that is?

A    That's stored.

Q    The Cadillac Escalade?

A    In Candace's garage.

Q    What about the Malibu?

A    Don't own it.

Q    Did you ever own a Chevelle Malibu --

A    No.

Q    -- 1965?  Never?

A    No.

Q    What about the Malibu Wakesetter?

A    The boat, in Candace's driveway.

Q    Another Cadillac Escalade?

A    No.  Where do you see another Cadillac Escalade?

Q    Right below the boat.

A    That first 2019 Cadillac Escalade, that's the

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                                  Aaron Wagner

91

Escalade that we used to own that Candace I believe kept in Scottsdale, when we owned a home there.  The 2021 is the one she owns today.

Q    The High Country Trailer, still have that?

A    No.

Q    When did that sell?

A    Last year.

Q    What about the two Polarises, do you still have those?

A    All those were sold.  The snowmobiles were sold with the trailer.  It was a package deal, last year.

Q    Just so I'm clear on the vehicles -- because I keep making this mistake, and it's my problem -- when I say did you own, did any of your entities own any of those vehicles?

A    Which vehicles?

Q    Where I started.  The Ford Raptor, 2020, the Rolls, the Lamborghini.

A    We talked about the Raptor last time.  I used to own a Ford Raptor.  I don't recall if it was a 2020 or if it was an older model.  I currently don't own the Ford Raptor.

Q    And right now you drive --

A    Ford Raptor.  And that might be the one I

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                    Aaron Wagner

92

drive.  That might be the same one.  I don't know.

Q    The one you drive is a loan from your brother's company?

A    It's owned by the dealership; I just drive it.

Q    Why do they let you drive it?

A    Because he's a good brother and I don't have a car.

Q    He's letting you do it?

A    He also lets my other family members drive vehicles.

Q    Was the Rolls-Royce and Lamborghini owned by you personally or any of your entities?

A    The Rolls-Royce was owned in my individual name.

Q    What about the Lamborghini?

A    I don't recall whether that was owned or titled -- I believe you've got records of it.  You sent --

Q    I've got something somewhere.  I'm asking you.

A    I don't recall.

Q    Okay.  Whose names were the other things titled in?  The Chevelle -- oh, you don't even know about the Chevelle.

A    The Cadillac Escalade was titled in I believe

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                      Aaron Wagner

93

mine or Candace's or both our personal names or an entity called Dynamic Holdings, LLC.  And I believe that the current Escalade is also still titled in Dynamic Holdings, LLC.

Q    Who is a member of that?

A    Me.

Q    Just you?

A    Personally.

Q    The Chevelle Malibu, you said you've never owned one.  Has any entity you have owned it?

A    No.

Q    Do you own any classic cars?

A    No -- yeah, a Buick, a 1960 something or '50 something Buick.

Q    Where is that Buick?

A    In the parking lot behind my office building.

Q    What's its value?

A    About $20,000.

Q    Do you still own an Indian motorcycle?

A    As long as Candace hasn't sold it, it's sitting in the garage.  It was there when I left.

Q    Is that in your name?

A    Uh-huh, yes.

Q    What about a 1969 Camaro SS?

A    No.

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                    Aaron Wagner

94

Q    Never owned it?

A    No.

Q    Any entity that you had an interest in?

A    No.

Q    And you've told us about the -- is it a '65 Buick?

A    Yeah.

Q    You own that one right?

A    Yeah.

Q    Is it owned in your name?

A    I don't think it's ever been registered in my name.  Candace bought it for me as a birthday present.

Q    There's reference to cryptocurrency here as of February 2023.  It says --

MR. BURNS:  Are you on B now?

MR. THAYER:  Where was I?

MR. BURNS:  I believe you were on C.

MR. THAYER:  I'll go back to C.  They have the same things on them, basically.

BY MR. THAYER:

Q    So your cryptocurrencies at the bottom of C. Assuming this was -- you did sign this December 23, '01. It says $102,000, correct?

A    That's what it reads.

Q    And you've taken crypto this year, at least

IN THE MATTER OF THE MARRIAGE OF WAGNER
August 30, 2024                                    Aaron Wagner

96

there, that's all the cryptocurrency you have?

A    I don't even have the money I've already taken out.  I sold that.

Q    But that's all you had?

A    Correct.

Q    Okay.

A    I mean, in the past I have bought and sold crypto previous to that.

Q    If you notice on A, when we talked about that you might have created or might have signed, you didn't know for sure, at least your crypto at $16 million.  Did you ever have that kind of crypto?

A    I wish.

Q    Ever?

A    The answer is no, never close.

Q    Then on Exhibit A, there's also reference to a Lincoln Continental and a Buick.  Did you ever own a Lincoln Continental, you or your entities?

A    No.

Q    Real estate, we've got here Alpine, Scottsdale, Mountain.  On A, Total Real Estate Value, it says about $17 million.  Is that roughly correct?

A    That's what that reads.  That reads that.

Q    I know.  Is that roughly correct?

A    Correct what?

August 30, 2024                                                                                Aaron Wagner

101

where it is.

MR. THAYER:  The $500,000 from Mr. Mains, where is that referenced?

MR. HARRIS:  Page 78, Exhibit I.

BY MR. THAYER:

Q    I'll show you that.  This is Exhibit I to your Declaration in Opposition to Petitioner's Request for a Protective Order.

(Exhibit marked for identification.)

Q    If you look at Page 10, there's a reference in Paragraph 48 --

A    Okay.

Q    2024 deposits.  Subparagraph B, a deposit of half a million dollars, which was a loan from Mike Mains used to purchase Bitcoin in Wagscap.  Can you explain this a little more clearly?  Because I'm not sure what happened there.  You borrowed $500,000 from them?

A    Correct.

Q    Do you have loan documents?

A    Likely.

Q    When did you borrow it in January of '24?

A    I don't recall.

Q    That's where it was deposited.

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                                    Aaron Wagner

102

A     Okay.

Q     Didn't you just default Mike Mains in November of '23 for millions of dollars?

A     I don't recall.

Q     You don't recall?

A     (No audible response).

(Exhibit marked for identification.)

Q     This is an email it looks like from you to Camille at Carr Woodall dated November 3rd, 2023, correct?  That's two months before Mr. Mains gives you a $500,000 check to deposit, correct?

A     Mr. Mains never gave me a $500,000 check.

Q     Where did you get the $500,000 that you deposited from Mike Mains?

A     I never deposited $500,000 in the form of a check.

Q     You're using the phrase "in the form of a check."  What was the form of the money that you deposited in January of '24?

A     Wire.

Q     From Mr. Mains?

A     Correct.

Q     Is that from Mantel or him personally?

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                                    Aaron Wagner

103

A    I don't recall.

Q    This reflects that in November of 2023, that you were basically saying, Mike, you've got to pay up on the monies that your entities apparently loaned him or invested or something like that?

A    I never loaned him or invested any of the monies that he had responsibilities for at this time.

Q    So what did you default him on?

A    His ability to be able to fund his portion of the equity in Wagscap Food Services.

Q    Explain what you mean by that.

A    When we started Wagscap Food Services he was supposed to either contribute or raise enough money, his portion to get his 40 or 50 percent equity in the business.  Over time he was not able to do that.  I raised all of my portion for all of our businesses, he did not.

Q    So is he out?

A    No, he was defaulted.

Q    So he owes you $6.5 million?

A    No.

Q    I'm not a business guy, so help me here.  What does he owe you?

A    Nothing.

Q    Why?  You just have his interest now?

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                              Aaron Wagner

104

A    No.

Q    I'm a little slow.

A    You asked two questions there.  Which one would you like me to answer?  I answered the second.

Q    What were the two questions?

A    Why and does he have that or did you take his interest.

Q    I've got to start over on it.

A    Okay.

Q    In May of 2019, you say there was a $6.5 million promissory note that he signed, right?

A    I don't believe I said that --

Q    Look at the sentence above it.

A    Above what?

Q    That 6.5.

A    This is reflected in two promissory notes, okay?

Q    So the first promissory note --

A    Okay.

Q    -- was signed for $6.5 million, right?

A    Okay.

Q    I have the notes, but I think it basically says he owes $6.5 million.

A    Okay.

Q    Then you just forgave the note?

August 30, 2024                                                    Aaron Wagner

105

A    Yes.

Q    And he didn't have to give you anything for that forgiveness?

A    He did have to give consideration.

Q    What was that consideration?

A    He had to continue to work in one of our other current businesses and take on a leadership role to be able to run that company.

Q    Does he get paid for doing that?

A    No.

Q    Then you have -- we signed another note in August of '21 for $14 million.  And you defaulted him on that note, right?

A    Okay.

Q    Did you?

A    I don't recall.  It sounds like it.

Q    This is what the letter is about, right?

A    Right.

Q    So does he have to pay that back?

A    No.

Q    What do you get -- what does he get for not having to pay that back?

A    He gets no debt.  That's what he gets.

Q    Why would you do that?

A    Because I need him to try to run a company

August 30, 2024                                                    Aaron Wagner

106

that I can generate cash flow.

Q    What company is he running?

A    Novo Lab.

Q    Did I already ask you about Novo Labs?

A    Yeah, regenerative medicine, stem cells.

Q    Any other companies that he works for you?

A    He doesn't work for me.

Q    For your companies?

A    Wagscap Food Services.

Q    And Novo Lab?

A    Yes.

Q    Any others?

A    I don't believe in an active relations role.

Q    Do you know where he got $500,000 to wire to you?

A    I don't.

Q    Did you ever ask him why didn't you give me that instead of me defaulting you, give me the $500,000 you just paid?

A    He likely gave me the money because I did default him.

Q    The loan for Bitcoin.

A    You're talking about the loan?

Q    $500,000, within two months from this letter.

A    That's what I bought with the $500,000 was

IN THE MATTER OF THE MARRIAGE OF WAGNER

August 30, 2024                                                    Aaron Wagner

107

Bitcoin.

Q    Right.  So you borrowed $500,000 from him?

A    Correct.

Q    Is there a note for that?

A    Correct, there is.

Q    And you just forgave $20 million in promissory notes?

A    Because that was never money that he ever lent to me or that I ever lent to him.

Q    But that's what he owed?

A    It was money that he was responsible for, yes.

Q    He owed it?

A    Yes.

Q    Okay.  So instead of applying it to that, you just took the $500,000 and applied it to buying Bitcoin?

A    I'd already forgiven the debt.

Q    So in January of this year you bought half a million dollars of Bitcoin?

A    If that's the date that it shows, yes.

Q    Okay.

A    Which I think that's the date that it shows that I sold -- deposit, yeah.

Q    In your email at the bottom, third paragraph

IN THE MATTER OF THE MARRIAGE OF WAGNER
August 30, 2024                                                    Aaron Wagner

108

from the bottom it says, "I have been patiently having conversations with Mike over the past nine months to work out making payments," correct?

A     Where are you seeing this?

Q     Third from the bottom, third paragraph from the bottom, "I have been," right below "in January."

A     I read that.

Q     Okay.  This says -- I've been using the word "you."  On the third paragraph from the top it says, "I agree to lend him the money over the time to cover his portion."  So that implies that you personally lent him that money to cover his portion.

A     It's definitely not what I was intending.

Q     Did you actually lend him money?

A     No.

Q     Okay.  Did we ask you about property in Frederick, Colorado?

A     Yeah, Truck Ranch, owned by Wagscap.

Q     You say in your declaration, Page 10, that you applied $237,000 and change to the mortgage balance.

A     Correct.

Q     Do you have documents about that, reflecting that?

A     Yeah, Central Bank statements would show it.

Q     All right.  Do you have the Coin Base