# IN THE UNITED STATES DISTRICT COURT

**FOR DISTRICT OF UTAH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | ) | **ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| | ) | |
| | ) | |
| | ) | |
| **Aaron A. Wagner** | ) | **CASE NO.: 2:24CR00357-001** |

Upon recommendation of the United States Pretrial Office to modify the conditions of the release for the above defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that the defendant's conditions of release be modified as follows:

(f) ☒ not use alcohol
(i) submit to drug/alcohol testing as directed by the pretrial officer; defendant shall pay all or part of the cost of the drug testing:
☒ (2) if testing reveals illegal drug use, the court will be notified immediately, with further action to be determined.

DATED this 13th day of October 2026

BY THE COURT:

Cecilia M. Romero

Honorable Cecilia Romero
United States Magistrate Judge